UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SIMON DAVID ANDRIESZ,                                    Case No: 24-CV-07004

                            Petitioner,                  DECLARATION IN SUPPORT PETITION
                                                         OF PETITION TO VACATE THE
For an Order Pursuant to 9 U.S.C.A. §1 *et seq.*         ARBITRATION AWARD, OR, IN THE
and CPLR § 7551 Vacating or Amending an                  ALTERNATIVE TO MODIFY OR
Arbitration Award                                        REMAND SUCH AWARD

                      - against -

BGC FINANCIAL, L.P.,

                            Respondent.
-------------------------------------------------------X

STATE OF NEW YORK        }
                         }        ss.:
COUNTY OF NEW YORK       }

     Ethan Leonard, an attorney duly authorized to practice before the Courts of this State, being

duly sworn and under penalties of perjury duly states and declares that:

     1.     I am an attorney at the Law Offices of Neal Brickman, P.C., counsel for Petitioner,

Simon David Andriesz, in this matter.

     2.     I submit this Affirmation in support of Mr. Andriesz' Petition to vacate the

erroneous Award of FINRA's arbitration panel.

     3.     I submit this Affirmation solely to provide the Court with copies of certain relevant

documents that were submitted to the Arbitration Panel or relate to events subsequent to the

issuance of the Award.

     4.     Attached hereto as Exhibit A is a true copy of the June 17, 2024, award of the

FINRA Arbitration Panel (the "Award).

5.      Attached hereto as Exhibit B is a true copy of correspondence from The Law Offices of Neal Brickman, P.C., to FINRA, dated July 2 and 3, 2024.

6.      Attached hereto as Exhibit C is a true copy of correspondence from FINRA to The Law Offices of Neal Brickman, P.C., dated July 5, 2024.

7.      Attached hereto as Exhibit D is a true copy of correspondence from The Law Offices of Neal Brickman, P.C., to FINRA, dated July 8, 2024.

8.      Attached hereto as Exhibit E is a true copy of correspondence from FINRA to The Law Offices of Neal Brickman, P.C., dated July 11, 2024.

9.      Attached hereto as Exhibit F is a true copy of a series of email correspondence between Neal Brickman (attorney for Petitioner), Nirav Shah (attorney for BGC), and Lisa Lasher (FINRA).

10.     Attached hereto as Exhibit G is a true copy of relevant cited excerpts from the first day of the Arbitration proceedings.

11.      Attached hereto as Exhibit H is a true copy of relevant cited excerpts from the second day of the Arbitration proceedings.

12.     Attached hereto as Exhibit I is a true copy of relevant cited excerpts from the third day of the Arbitration proceedings.

13.     Attached hereto as Exhibit J is a true copy of relevant cited excerpts from the fourth day of the Arbitration proceedings.

14.     Attached hereto as Exhibit K is a true copy of relevant cited excerpts from the fifth day of the Arbitration proceedings.

15.     Attached hereto as Exhibit L is a true copy of relevant cited excerpts from the sixth day of the Arbitration proceedings.

16.     Attached hereto as Exhibit M is a true copy of relevant cited excerpts from the eighth day of the Arbitration proceedings.

17.     Attached hereto as Exhibit N is a true copy of relevant cited excerpts from the ninth day of the Arbitration proceedings.

18.     Attached hereto as Exhibit O is a true copy of relevant cited excerpts from the tenth day of the Arbitration proceedings.

19.     Attached hereto as Exhibit P is a true copy of relevant cited excerpts from the eleventh day of the Arbitration proceedings.

20.     Attached hereto as Exhibit Q is a true copy of the January 21, 2015, contract between Andriesz and BGC (the "Contract").

21.     Attached hereto as Exhibit R is a true copy of email correspondence between, *inter alia*, Andriesz and Jean Pierre Aubin ("Aubin"), dated April 19, 2015.

22.     Attached hereto as Exhibit S is a true copy of email correspondence between, *inter alia*, Andriesz and Aubin, dated October 5, 2015.

23.     Attached hereto as Exhibit T is a true copy of email correspondence between Roberto Velez ("Velez") and Jonathan McLachlan ("McLachlan"), dated April 21, 2015.

24.     Attached hereto as Exhibit U is a true copy of Mourad Jridi's Form U-5.

25.     Attached hereto as Exhibit V is a true copy of email correspondence from Tommy Attrill to McLachlan, dated June 16, 2015.

26.     Attached hereto as Exhibit W is a true copy of correspondence between Andriesz and Aldric Marinos ("Marinos"), as well as Aubin, dated March 3, 2016.

27.     Attached hereto as Exhibit X is a true copy of email correspondence between Andriesz and Sandra Carmichael, dated January 28, 2016.

28.    Attached hereto as Exhibit Y is a true copy of the proffer of testimony submitted by Elise Choukroun.

29.    Attached hereto as Exhibit Z is a true copy of email correspondence written by Velez, dated December 1, 2017.

30.    Attached hereto as Exhibit AA is a true copy of email correspondence between Andriesz and Aubin, dated January 28, 2016.

31.    Attached hereto as Exhibit BB is a true copy of email correspondence from Andriesz to Louis Scotto and Shawn McLoughlin, dated January 28, 2016.

32.    Attached hereto as Exhibit CC is a true copy of email correspondence between Andriesz and Dyanne Rosado ("Rosado"), dated February 4, 2016.

33.    Attached hereto as Exhibit DD is a true copy of a suspension letter from Patricia Dreste ("Dreste") to Andriesz, dated February 8, 2016.

34.    Attached hereto as Exhibit EE is a true copy of a purported Conduct Warning from Dreste to Andriesz, Dated February 23, 2016.

35.    Attached hereto as Exhibit FF is a true copy of correspondence between McLoughlin and Carrie Fertig ("Fertig"), dated November 21, 2016.

36.    Attached hereto as Exhibit GG is a true copy of a suspension letter from Dreste to Andriesz, dated December 2, 2016.

37.    Attached hereto as Exhibit HH is a true copy of the termination letter from Dreste to Andriesz, dated January 31, 2017.

38.    Attached hereto as Exhibit II is a true copy of an email from Andriesz to Rosado, dated February 4, 2016.

39.     Attached hereto as Exhibit JJ is a true copy of email correspondence between Andriesz and Dreste dated February 6, 2016.

40.     Attached hereto as Exhibit LL is a true copy of email correspondence between Andriesz, Marinos, and Rosado, dated around February 1, 2016.

41.      Attached hereto as Exhibit MM is a true copy of email correspondence between Andriesz, Marinos, and Rosado, dated around February 1, 2016.

42.     Attached hereto as Exhibit NN is a true copy of an email from Velez to Andriesz, dated February 2, 2016.

43.     Attached hereto as Exhibit OO is a true copy of an email from Andriesz to Rosado and Dreste, dated February 5, 2016.

44.     Attached hereto as exhibit PP is a true copy of an email from Andriesz to Rosado, dated February 5, 2016.

45.     Attached hereto as exhibit QQ is a true copy of an email note written by Andriesz, dated February 5, 2016.

46.     Attached hereto as Exhibit RR is a true copy of an email exchange between, *inter alia*, Andriesz and John Skitt ("Skitt"), dated February 8, 2016.

47.     Attached hereto as Exhibit SS is a true copy of email correspondence between Andriesz, Rosado, and Dreste, dated February 9, 2016.

48.     Attached hereto as Exhibit TT is a true copy of email correspondence between Andriesz, Rosado, and Dreste with a prior chain, dated February 23, 2016.

49.     Attached hereto as Exhibit UU is a true copy email correspondence between Andriesz, Rosado, and Carmichael, dated February 25, 2016.

50.     Attached hereto as Exhibit VV is a true copy of email correspondence between, *inter alia*, Andriesz and Michael Sulfaro ("Sulfaro"), dated March 15, 2016.

51.     Attached hereto as Exhibit WW is a true copy of email correspondence between Andriesz and Drest dated March 11, 2016.

52.     Attached hereto as Exhibit XX is a true copy of an email from Andriesz to Dreste dated April 21, 2016.

53.     Attached hereto as Exhibit YY is a true copy of emails between, *inter alia*, Andriesz, Aubin, and McLoughlin dated March 14, 2016.

54.     Attached hereto as Exhibit ZZ is a true copy of an email exchange between Andriesz and Christopher Jensen of Morgan Lewis, dated April 22, 2016.

55.     Attached hereto as Exhibit AAA is a true copy of an email exchange between Andriesz and Michael Popok ("Popok"), dated May 5, 2016.

56.     Attached hereto as Exhibit BBB is a true copy of email correspondence from and the whistleblower complaint letter by William Fleming of Gage, Spencer, and Fleming LLP, dated May 9, 2016, and submitted on behalf of Andriesz.

57.     Attached hereto as Exhibit CCC is a Preliminary Determination, dated April 19, 2021, by the CFTC awarding Andriesz a whistleblower award.

58.     Attached hereto as Exhibit DDD is Order, *inter alia*, imposing remedial sanctions from the CFTC, dated November 22, 2019 in the matter of BGC Financial, LP.

59.     Attached hereto as Exhibit EEE is a written confirmation, dated October 28, 2016, from Joanne Morris ("Morris") of the SEC to Daniel Hanks ("Hanks") acknowledging receipt of the written complaint previously submitted by Hanks on behalf of Andriesz against BGC and Aubin.

60.    Attached hereto as Exhibit FFF is a true copy of a note from Andriesz's doctor dated October 28, 2016.

61.    Attached hereto as Exhibit GGG is a true copy of a note from Andriesz's doctor dated November 8, 2016.

62.    Attached hereto as Exhibit HHH is a true copy of email correspondence between Aubin and Andriesz, dated November 11, 2016.

63.    Attached hereto as Exhibit III is a true copy of email correspondence between Andriesz and Fertig dated November 15, 2016.

64.    Attached hereto as Exhibit JJJ is a true copy of correspondence written by Velez concerning, inter alia, Andriesz's time in the hospital.

65.    Attached hereto as Exhibit KKK is a true copy of email correspondence between McLoughlin and Fertig, dated November 21, 2016, including a prior email from Aubin which was ghost written by Dreste.

66.    Attached hereto as Exhibit LLL is a true copy of email correspondence between Andriesz and Fertig, dated November 21, 2016, including a prior email from Andriesz to Aubin.

67.    Attached hereto as Exhibit MMM is an email from Andriesz to Fertig, dated November 22, 2016.

68.    Attached hereto as Exhibit NNN is a true copy of emails between Andriesz and Fertig dated on or about November 21, 2016.

69.    Attached hereto as Exhibit OOO is a true copy of an email exchange between Andriesz and Fertig dated on or about November 22, 2016.

69.    Attached hereto as Exhibit PPP is a true copy of an email exchange between Andriesz and Daniel Aiken, dated November 29, 2016.

70.     Attached hereto as Exhibit QQQ is a true copy of email correspondence between Andriesz and Paul Pion ("Pion"), dated November 30, 2016.

71.     Attached hereto as Exhibit RRR is a true copy of email correspondence between Andriesz and Fertig, dated December 1, 2016.

72.     Attached hereto as Exhibit SSS is a true copy of email correspondence between Andriesz and Pion, dated December 1, 2016.

73.     Attached hereto as Exhibit TTT is a true copy of email correspondence between Andriesz and Pion, dated December 2, 2016.

74.     Attached hereto as Exhibit UUU is a true copy of email correspondence between Andriesz and Pion, dated December 2, 2016, attached a prior email from Dreste.

75.     Attached hereto as Exhibit VVV is a true copy of Andriesz's response, dated December 7, 2016, to Dreste's retaliatory suspension letter of December 2, 2016.

76.     Attached hereto as Exhibit WWW is a true copy of the decision in the matter of Dent v. New York Downtown Hosp., in which Dr. Christopher Busillo was named as defendant.

77.     Attached hereto as Exhibit XXX is true copy of internet appraisals of Dr. Randall Solomon.

78.     Attached hereto as Exhibit YYY is a true copy of a December 8, 2016, letter from Dreste to Andriesz.

79.     Attached hereto as Exhibit ZZZ is a true copy of a December 12, 2016, email from Dreste to, *inter alia*, Dr. Busillo.

80.     Attached hereto as Exhibit AAAA is a true copy of email correspondence between, *inter alia*, Andriesz, Fertig, and Dreste, dated December 21, 2016.

81.    Attached hereto as Exhibit BBBB is a true copy of an email from Andriesz to Dreste, dated January 3, 2017.

82.    Attached hereto as Exhibit CCCC is a true copy CFTC Whistleblower complaint filed with the CFTC on behalf of Andriesz, dated February 14, 2017.

83.    Attached hereto as Exhibit DDDD is a true copy of correspondence, dated November 22, 2021., from the CFTC to Andriesz including notice of Andriesz's whistleblower award.

84.    Attached hereto as Exhibit EEEE is a true copy of various whistleblower filings and communications concerning the same by and to Velez during the December 2020 and January 2021 time frame.

85.    Attached hereto as Exhibit FFFF is a true copy of the Smith Economics Group, Ltd., report concerning Andriesz's damages, dated December 22, 2023.

86.    Attached hereto as Exhibit GGGG is a true copy of an October 2018 summary report by Paola Pomponi concerning damages to Andriesz along with a copy of her CV.

87.    Attached hereto as Exhibit HHHH is a true copy of an April 18, 2023, summary report by Dr. Wayne Kampers concerning damages to Andriesz.

88.    Attached hereto as Exhibit IIII is a true copy of a Form TCR (Tip, Complaint or Referral) to the SEC from Andriesz's counsel on his behalf, dated January 25, 2017.

89.    Attached hereto as Exhibit JJJJ is a true copy of a Form TCR (Tip, Complaint or Referral) to the SEC from Andriesz's counsel on his behalf, dated January 29, 2017.

WHEREFORE, for all of the foregoing reasons, Andriesz respectfully requests that the Court (1) vacate the Panel's Award, or, in the alternative, modify the Award as set forth above; (2)

or, in the second alternative, remand for clarification of the current Award; and (3) award to Andriesz any such other or further relief as this Court deems just and proper.

Dated: New York, New York
September 16, 2024

Respectfully submitted,

_____
Neal Brickman (NB0874)
Ethan Leonard (EL2497)
The Law Offices of Neal Brickman
420 Lexington Avenue - Suite 2811
New York, New York 10017
(212) 986-6840
Attorneys for Petitioner Andriesz

To:    BGC Financial, L.P.
55 Water Street - 10th Floor
New York, New York 10041