EXHIBIT "B"

## Ethan Leonard

| | |
|---|---|
| **From:** | Ethan Leonard |
| **Sent:** | Wednesday, July 3, 2024 2:42 PM |
| **To:** | Robert Kheel; geoffrey.elkind@gmail.com; dakotaharb@gmail.com |
| **Cc:** | Shah, Nirav; Nadkarni, Sid; Cardenas, Virginia; Neal Brickman |
| **Subject:** | RE: Andriesz v BGC et al - Supplementary Panel Questions |
| **Attachments:** | Andriesz Panel Letter S July 2 2024.pdf |

Dear Messrs. Kheel, Elkind, and Harbison –
Good afternoon.
I hope that all is well with you and each of yours.
Please find enclosed herewith a brief correspondence / request on behalf of Claimant.
Same has already been filed through the FINRA Portal.
Thank you for your time and attention in this regard.
Respectfully submitted,
Ethan Leonard

Ethan Leonard
The Law Offices of Neal Brickman, P.C.
420 Lexington Avenue – Suite 2811
New York, New York 10170
(212) 986-6840

THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2811
NEW YORK, NEW YORK 10170

NEAL BRICKMAN
JUDITH L. GOLDSBOROUGH
ETHAN Y. LEONARD
VIRGINIA A. REILLY
JASON A. STEWART

**TELEPHONE:**
**(212) 986-6840**

**TELECOPIER:**
**(212) 986-7691**

July 2, 2024

<u>By Email and Via FINRA Portal</u>

                Re:   *Andriesz v. BGC Financial, LP, et al.,*
                      FINRA Case No: 22-02539

Dear Messrs. Kheel, Elkind and Harbison:

     I hope that all is excellent with you and all of yours. As you may recall, we represent the Claimant, Simon D. Andriesz, in the above-referenced arbitration. We write today with regard to the June 17, 2024 Award of the Panel. Specifically, we write to request that the Parties be provided with an Explained Decision as we understood had been previously requested.

     If the Panel would like further clarification regarding this, or any other, matter, please do not hesitate to contact the undersigned.

     Thank you for your time and consideration in this regard.

                                          Respectfully submitted,

                                          *Neal Brickman*

                                          Neal Brickman, Esq.

cc:   Nirav Shah, Esq. (Via FINRA Portal and Email)
       Virginia J. Cardenas, Esq. (Via FINRA Portal and Email)
       Sid Nadkarni, Esq. (Via FINRA Portal and Email)