EXHIBIT "C"

# FINra.

| | |
|---|---|
| **TO:** | Neal Brickman, Esq.<br>Nirav S. Shah, Esq. |
| **From:** | Leonie A. Feliciano<br>Senior Case Administrator |
| **Subject:** | FINRA Dispute Resolution Services Arbitration Number 22-02539<br>Simon D. Andriesz vs. BGC Financial, L.P., Cantor Fitzgerald & Co., Jean Pierre Aubin, Michael Carl Sulfaro, et al. |
| **Date:** | July 5, 2024 |

Please be advised that the Director of Dispute Resolution Services has determined that the submissions made by Simon David Andriesz do not comply with the grounds enumerated in Rule 12905/13905.

Accordingly, the submissions will not be sent to the arbitrators.

If you have any questions, please do not hesitate to contact me at 212-858-3928 or by email at Neprocessingcenter@finra.org.


LZH:lzh:LC66D
idr: 09/16/2022

RECIPIENTS:
Neal Brickman, Esq., The Law Offices of Neal Brickman, P.C., 420 Lexington Avenue, Suite 2811, New York, NY 10170
On Behalf Of: Simon David Andriesz

Nirav S. Shah, Esq., Cantor Fitzgerald & Co., 110 East 59th Street, 7th Floor, New York, NY 10022
On Behalf Of: BGC Financial, L.P.; Cantor Fitzgerald & Co.; Jean Pierre Aubin; Paul Marc Pion; William Michael Shields; Mark Webster

Investor protection. Market integrity.   FINRA Dispute Resolution Services   Brookfield Place   t 212 858 4200
Northeast Regional Office   200 Liberty Street   www.finra.org
New York, NY 10281