EXHIBIT "E"



**TO:**  Neal Brickman, Esq.
Nirav S. Shah, Esq.

**From:**  Leonie A. Feliciano
Senior Case Administrator

**Subject:**  FINRA Dispute Resolution Services Arbitration Number 22-02539
Simon D. Andriesz vs. BGC Financial, L.P., Cantor Fitzgerald & Co., Jean Pierre Aubin, Michael Carl Sulfaro, et al.

**Date:**  July 11, 2024

I am writing in response to your July 8, 2024, letter to Richard Berry, Executive Vice President, and Director of FINRA Dispute Resolution Services. In your letter, you request that your prior correspondence seeking an explained decision be transmitted to the Panel and that the Panel provide the parties with an explanation of their decision. You also state that this case is not closed.

Please note that this case was closed when the award was served on June 17, 2024. This reaffirms the Director's July 5, 2024, determination that the submission made by Simon David Andriesz does not comply with the grounds enumerated in Rule 13905 and, accordingly, will not be sent to the arbitrators.

You also emailed your July 2, 2024, letter seeking an explained decision directly to the arbitrators. Please be advised that the arbitrators have declined to consider your request.

If you have any questions, please do not hesitate to contact me at 212-858-3928 or by email at Neprocessingcenter@finra.org.

LZH:mco:LC53A
idr: 02/18/2020

RECIPIENTS:
Neal Brickman, Esq., The Law Offices of Neal Brickman, P.C., 420 Lexington Avenue, Suite 2811, New York, NY 10170
On Behalf Of: Simon David Andriesz

Nirav S. Shah, Esq., Cantor Fitzgerald & Co., 110 East 59th Street, 7th Floor, New York, NY 10022
On Behalf Of: BGC Financial, L.P.; Cantor Fitzgerald & Co.; Jean Pierre Aubin; Paul Marc Pion; William Michael Shields; Mark Webster

Investor protection. Market integrity.    FINRA Dispute Resolution Services    Brookfield Place    t 212 858 4200
Northeast Regional Office    200 Liberty Street    www.finra.org
New York, NY 10281