EXHIBIT "G"

```
1        Direct - Andriesz (Brickman)
2        Q.    And if could you answer to the        11:42
3   Panel because --                                 11:42
4        A.    Oh, I'm sorry.                         11:42
5        Q.    -- those are the people who            11:42
6   would need to hear.                               11:42
7        A.    I'm so sorry.                          11:42
8        Q.    If you don't mind, Mr. Andriesz,       11:42
9   we're going to take something out of order       11:42
10  because it was something that Mr. Shah           11:42
11  seemed to concentrate on.                        11:42
12        Did there come a time,                      11:42
13  Mr. Andriesz, when you advised anyone at         11:42
14  BGC that if they persisted in treating you       11:42
15  poorly, that you were going to report            11:42
16  violations to the SEC?                           11:42
17       A.    Yes, I did.  I reported to             11:42
18  the --                                           11:42
19       Q.    No, not who you reported to.           11:42
20        Did you tell anyone --                      11:43
21       A.    Yes, I mean, I reported -- I           11:43
22  told the managing director for Cantor           11:43
23  Fitzgerald and BGC's head of HR.                 11:43
24       Q.    Who are they by name?                  11:43
25       A.    Patty Dreste and I also told the      11:43
```



1    Direct - Andriesz (Brickman)

2  head of HR for BGC.  They were both.                    11:43

3  Patty Dreste was on a video call, and                   11:43

4  Dyanna Rosado was in the office.  I was in              11:43

5  the office with them.  They were trying to              11:43

6  pin letters of insubordination on me after             11:43

7  the NFA audit when I returned to work and               11:43

8  was reporting even more breaches in                     11:43

9  regulations.                                            11:43

10        So I warned them that, yes, if                    11:43

11  you carry on doing this, I'm going to the               11:43

12  SEC.  And obviously I've been in the                    11:43

13  markets 35 years, so I know exactly how to             11:43

14  do that.                                                11:43

15    Q.    Did there come a time --                        11:43

16        CHAIRMAN KHEEL:  Could you --                     11:43

17    stop.                                                 11:43

18        Mr. Andriesz, could you put a                     11:43

19    date or time frame?  I don't care how                 11:43

20    precise.                                              11:44

21        THE WITNESS:  Well, it would                      11:44

22    have been after the NFA when I was                    11:44

23    kept away from the NFA audit.  Then it               11:44

24    would have been after I came back from               11:44

25    that that first leave.                                11:44



| | | |
|---|---|---|
| 1 | Direct - Andriesz (Brickman) | |
| 2 | CHAIRMAN KHEEL:  Can you -- | 11:44 |
| 3 | MR. BRICKMAN:  February and | 11:44 |
| 4 | March -- | 11:44 |
| 5 | THE WITNESS:  March 2016.  So I | 11:44 |
| 6 | was in their office on the 19th -- | 11:44 |
| 7 | 18th floor and that's when I said, If | 11:44 |
| 8 | you carry on doing what you're doing, | 11:44 |
| 9 | I'm going to go to the SEC. | 11:44 |
| 10 | CHAIRMAN KHEEL:  Thank you. | 11:44 |
| 11 | BY MR. BRICKMAN: | 11:44 |
| 12 | Q.   As far as you were concerned, | 11:44 |
| 13 | did they carry on with what they were | 11:44 |
| 14 | doing? | 11:44 |
| 15 | A.   Yeah, I think that made them | 11:44 |
| 16 | escalate their retaliation. | 11:44 |
| 17 | Q.   Without regard to the facts | 11:44 |
| 18 | surrounding it, did there come a time, in | 11:44 |
| 19 | fact, when you made written complaint to | 11:44 |
| 20 | the SEC regarding your reasonable belief | 11:44 |
| 21 | that BGC was engaged in violations of the | 11:44 |
| 22 | securities regulations? | 11:44 |
| 23 | A.   Yes, I did and accounting for | 11:44 |
| 24 | about GAAP reporting as well. | 11:44 |
| 25 | Q.   If you could, look at -- it's | 11:45 |



```
 1       Direct - Andriesz (Brickman)
 2   the SEC.                                          11:46
 3       Q.    And did you enlist his               11:46
 4   assistance in filing your complaint with          11:46
 5   the SEC?                                           11:46
 6       A.    Absolutely.                            11:46
 7       Q.    And you see this is a letter          11:46
 8   that is addressed to you care of him.              11:46
 9            Do you see that?                          11:46
10       A.    Yes.                                   11:46
11       Q.    Did you, in fact, receive a copy      11:46
12   of this letter from Mr. Hanks?                     11:46
13       A.    Yes.                                   11:46
14       Q.    At or about the date indicated        11:46
15   which is October 28, 2016?                         11:46
16       A.    That's right.                          11:46
17       Q.    And --                                 11:46
18       A.    He was updating us on what had        11:46
19   been accepted, and what had been submitted        11:46
20   and to who.                                        11:46
21       Q.    And the first sentence of this        11:47
22   letter reads:  Thank you for contacting           11:47
23   the US Securities and Exchange Commission,         11:47
24   SEC.                                               11:47
25            Do you see that?                          11:47
```



| | | |
|---|---|---|
| 1 | Direct - Andriesz (Brickman) | |
| 2 | A.    Yes. | 11:47 |
| 3 | Q.    Had you, in fact, filed a | 11:47 |
| 4 | written complaint with the SEC? | 11:47 |
| 5 | A.    Yes. | 11:47 |
| 6 | Q.    And had you registered the TRC | 11:47 |
| 7 | form as a whistleblower with the SEC? | 11:47 |
| 8 | MR. SHAH:  Objection.  All of | 11:47 |
| 9 | this has been leading, but this is | 11:47 |
| 10 | important testimony so I'm going to | 11:47 |
| 11 | object to leading. | 11:47 |
| 12 | BY MR. BRICKMAN: | 11:47 |
| 13 | Q.    All right.  What did you | 11:47 |
| 14 | actually file with the SEC? | 11:47 |
| 15 | A.    Well, I filed this but then in | 11:47 |
| 16 | the -- | 11:47 |
| 17 | Q.    You've got to tell me what | 11:47 |
| 18 | "this" is. | 11:47 |
| 19 | A.    Yeah.  This letter, this was | 11:47 |
| 20 | filed.  And then later on when I was | 11:47 |
| 21 | terminated within the time, I filed the | 11:47 |
| 22 | form TCR.  So if I was eligible for award, | 11:47 |
| 23 | I followed that procedures exactly. | 11:47 |
| 24 | Q.    But in terms of your filing a | 11:47 |
| 25 | written complaint, what were the contents | 11:47 |



 1        Direct - Andriesz (Brickman)

 2        Q.    Prior to October 26th of 2016,                    12:04

 3   what, if anything, had you submitted to          12:04

 4   the SEC?                                           12:04

 5        A.    Sorry?  In this submission or          12:04

 6   what I said to the company?                        12:04

 7        Q.    No, this submission.                    12:04

 8        A.    In here?                                12:04

 9        Q.    Prior to October 26th, which is        12:04

10   the date of Exhibit 301, had you submitted        12:04

11   anything to the SEC?                               12:04

12        A.    Well, I was very specific with         12:04

13   Daniel Hanks about what to file and gave          12:04

14   him evidence and information.                      12:04

15        Q.    And what evidence and                   12:04

16   information did you give him?                      12:04

17        A.    Much like we've presented today,       12:04

18   prior to this date, accounting fraud,             12:04

19   breaches in regulations.                           12:04

20        Q.    As it related to what?                  12:05

21        A.    Breaches in regulations,               12:05

22   supervision, the same things that they --         12:05

23   that the company was sanctioned for,              12:05

24   supervision, bookkeeping, regulatory             12:05

25   breaches, offsetting and materializing           12:05



| | |
|---|---|
| 1 | Direct - Andriesz (Brickman) | |
| 2 | losses within the company for adverse | 12:05 |
| 3 | lawsuits or rogue traders and | 12:05 |
| 4 | materializing those losses on their own | 12:05 |
| 5 | brokers and brokered revenue books. | 12:05 |
| 6 | Bear in mind that I run a | 12:05 |
| 7 | brokered pool which I distributed bonuses | 12:05 |
| 8 | from.  So it's not my personal pool.  I | 12:05 |
| 9 | get paid myself a bonus out of that | 12:05 |
| 10 | commission. | 12:05 |
| 11 | And Mr. Aubin's retaliation, | 12:05 |
| 12 | that's why Mr. Aubin is being mentioned in | 12:05 |
| 13 | this report. | 12:05 |
| 14 | Q.   Now, Mr. Andriesz -- | 12:05 |
| 15 | CHAIRMAN KHEEL:  Where did | 12:05 |
| 16 | Mr. Aubin's name come up in this | 12:05 |
| 17 | document? | 12:05 |
| 18 | THE WITNESS:  First line -- | 12:05 |
| 19 | second line concerns regarding Cantor | 12:05 |
| 20 | Fitzgerald and Jean-Pierre Rene Aubin. | 12:05 |
| 21 | CHAIRMAN KHEEL:  Thank you. | 12:06 |
| 22 | BY MR. BRICKMAN: | 12:06 |
| 23 | Q.   Mr. Andriesz, subsequent to you | 12:06 |
| 24 | through Mr. Hanks submitting this | 12:06 |
| 25 | evidence, as you call it, to the SEC, did | 12:06 |



| | | |
|---|---|---|
| 1 | Direct - Andriesz (Brickman) | |
| 2 | you advise anyone at BGC that you had made | 12:06 |
| 3 | a submission to the SEC? | 12:06 |
| 4 | A.    Yes, I told -- after they didn't | 12:06 |
| 5 | heed my warnings, I told Patty Dreste and | 12:06 |
| 6 | Diana Rosado that I had reported to them, | 12:06 |
| 7 | that I had reported to the SEC. | 12:06 |
| 8 | Q.    And I just want to set -- | 12:06 |
| 9 | A.    And I believe I told Mr. Aubin, | 12:06 |
| 10 | but that would have been in a private | 12:06 |
| 11 | meeting. | 12:06 |
| 12 | Q.    And just so we could set this in | 12:06 |
| 13 | time, were you employed by BGC at the time | 12:06 |
| 14 | you provided this evidence to Mr. Hanks to | 12:06 |
| 15 | submit to the SEC? | 12:06 |
| 16 | A.    Absolutely. | 12:06 |
| 17 | Q.    Were you employed by BGC at the | 12:06 |
| 18 | time you advised Ms. Rosado, Ms. Dreste, | 12:06 |
| 19 | and perhaps Mr. Aubin that you had | 12:07 |
| 20 | submitted evidence to the SEC? | 12:07 |
| 21 | A.    Yes, I was. | 12:07 |
| 22 | Q.    And just one other question on | 12:07 |
| 23 | this point and then we'll go back to the | 12:07 |
| 24 | beginning of time. | 12:07 |
| 25 | While you were still employed by | 12:07 |



ARBITRATION   Vol. I Confidential                    January 09, 2024
SIMON D. ANDRIESZ vs BGC FINANCIAL, L.P.

1    SIMON D. ANDRIESZ (Chairman)

2    the SEC about that submission?                                12:08

3         A.    I spoke -- I believe the case                      12:08

4    was handled -- handed to Shannon Keyes and                    12:08

5    I -- and I asked that information from                        12:08

6    Mr. Hanks.  I believe there are some                          12:08

7    e-mails to that effect.                                       12:08

8              And I -- that's who I spoke to,                      12:08

9    Shannon Keyes.  And she was the lead                          12:08

10   investigator in the T&E fraud and the                         12:08

11   bookkeeping record, that she was the lead                     12:08

12   investigator.                                                 12:08

13             So when Mr. Tovar -- when I                         12:08

14   filed my TCR, Shannon Keyes was the SEC                       12:08

15   investigator with whom I interviewed with                     12:08

16   another four investigators.  It was a big                     12:08

17   room of investigators.                                        12:09

18        Q.    All right.  Going back --                          12:09

19             CHAIRMAN KHEEL:  Mr. Brickman,                      12:09

20        if you could -- this may be important.                   12:09

21        I want to be as close as we can to                       12:09

22        chronological dates where possible,                      12:09

23        recognizing it may not be to the 2nd                     12:09

24        of the month as opposed to a month or                    12:09

25        so.                                                      12:09



ARBITRATION   Vol. I Confidential                    January 09, 2024
SIMON D. ANDRIESZ vs BGC FINANCIAL, L.P.

1

2    What I've heard so far -- and                12:09

3    please correct me if I'm wrong -- is         12:09

4    that the first communications with the       12:09

5    SEC through Mr. Hanks took place in or        12:09

6    about the end of October.  And as            12:09

7    you're testifying --                         12:09

8        THE WITNESS:  Yes.                        12:09

9        CHAIRMAN KHEEL:  And that you             12:09

10   thereafter at some subsequent point          12:09

11   had correspondence communications with       12:09

12   Ms. Keyes and others.                        12:09

13       THE WITNESS:  Yes.                        12:09

14       CHAIRMAN KHEEL:  Is that the              12:09

15   next day?  The next week?  The next          12:09

16   month?  The next year?  Just give me a       12:09

17   frame of reference as to the follow-up       12:09

18   communications.                              12:09

19       THE WITNESS:  Well, I think              12:09

20   Mr. Hanks was following up.  And he          12:09

21   was calling the SEC, and he informed        12:09

22   me that Shannon Keyes is the                 12:09

23   investigator.                                12:10

24       CHAIRMAN KHEEL:  Was that the             12:10

25   next week?  The next month?              12:10



1  

2         THE WITNESS:  That would be --                    12:10

3         CHAIRMAN KHEEL:  In that time                      12:10

4     frame?                                                  12:10

5         THE WITNESS:  Yeah, after he                        12:10

6     submitted it.  And I was instructing a                  12:10

7     lawyer.  I talked to Mr. Tovar.                         12:10

8     Mr. Tovar submitted my TCRs and then                    12:10

9     he took -- because he had taken over.                   12:10

10    He handled the communication.                          12:10

11        CHAIRMAN KHEEL:  Mr. Tovar?                         12:10

12        THE WITNESS:  Yeah.  Mr. Tovar                      12:10

13    which would be in November 2016.                        12:10

14        CHAIRMAN KHEEL:  That's the kind                    12:10

15    of data that's helpful to me,                           12:10

16    November.  That's all I was trying to                   12:10

17    focus on is temporal issues.                            12:10

18 BY MR. BRICKMAN:                                           12:10

19    Q.   I just want to make sure we're                    12:10

20 clear.                                                     12:10

21        Your submission and the                            12:10

22 receipt -- to the extent 301 is a                          12:10

23 receipt -- and your initial conversations                 12:10

24 all occurred with the -- at least with the                12:10

25 SEC while you were employed by BGC,                       12:10



1       Direct - Andriesz (Brickman)

2    correct?                                        12:10

3       A.    That's correct.                        12:10

4       Q.    All right.  Let's go back.  I          12:10

5    just -- that was fresh in the Panel's           12:10

6    head, and I wanted to correct any               12:11

7    misapprehension that Mr. Shah might have        12:11

8    given with respect to this issue.               12:11

9            MR. SHAH:  Can we have less             12:11

10       argument and more questioning perhaps?      12:11

11   BY MR. BRICKMAN:                                12:11

12       Q.    Mr. Andriesz, can you please         12:11

13   give the Panel a description of your            12:11

14   history within the financial services          12:11

15   industry?                                       12:11

16       A.    Yes.  I first started in 1989.        12:11

17   I started in 1989 in the financial             12:11

18   markets.  This is London.  This was when        12:11

19   the financial derivatives market was, late     12:11

20   '80s, was exploding, and I worked for a         12:11

21   Swiss Italian bank, called Banca della          12:11

22   Svizzera Italiana.  It's -- third or           12:11

23   fourth biggest Swiss bank.  And I joined        12:11

24   as a trainee trader.                            12:11

25            So I went through their trader         12:11



1      Direct - Andriesz (Brickman)

2   interest in going to Nomura was I've          12:15

3   always been very good at maximizing           12:15

4   business and clients, so I brought in all     12:15

5   my clients and all of my brokers into that    12:15

6   institution.  But, and I was -- I was able    12:15

7   to enter into the -- the traders on the       12:15

8   actual trading floor.                         12:15

9          So I suddenly got a whole new          12:15

10  group of clients from Nomura, their           12:15

11  internal traders.  And I'm giving them        12:15

12  ideas and talking about market.               12:15

13         He started getting rid of              12:15

14  everyone.  So that element of the             12:16

15  increased production from the internal        12:16

16  business was disappearing, and the deal I     12:16

17  was on was lower -- a commission deal was     12:16

18  a lower percentage payout than I would        12:16

19  have got at a brokerage.  So it didn't        12:16

20  make financially any sense, and we left       12:16

21  off -- left off two years but we made them    12:16

22  a huge amount of money.                       12:16

23  Q.    Where did you go?                       12:16

24  A.    I went to BGC.                          12:16

25  Q.    Where?  Where in BGC?                   12:16

```
 1        Direct - Andriesz (Brickman)
 2        A.    So I started in BGC I believe it          12:16
 3   was September 2012, around there.  I took            12:16
 4   some time out of work.  Had a lot of                 12:16
 5   gardening leave.                                     12:16
 6             And, yeah, I joined BGC and they           12:16
 7   poached me from Nomura.  The ex-managing             12:16
 8   director who worked for Jean-Pierre Aubin,           12:16
 9   who was subsequently terminated, he -- he            12:16
10   employed me on behalf of Jean-Pierre                 12:16
11   Aubin.  And, you know, I had a long                  12:16
12   interview process.  I had to, you know,              12:17
13   obviously make sure the whole team was on            12:17
14   hold.  It was a complex --                           12:17
15        Q.    What position did you accept at           12:17
16   BGC Partners London UK?                              12:17
17        A.    Oh, I accepted a managing                 12:17
18   director position.  But when I -- when I             12:17
19   received the contract, they deliberately             12:17
20   excluded the managing director position             12:17
21   and made me head of the London division.            12:17
22   That's not what was agreed.                          12:17
23        Q.    What was -- what were -- what              12:17
24   were you doing for BGC broker -- Partners?           12:17
25        A.    I basically came into a London            12:17
```



1        Direct - Andriesz (Brickman)

2    division, which had the business was                    12:17

3    nonexistent, and they had brokers there                 12:17

4    who -- when I arrived, Mr. Aubin gave me a               12:17

5    list of brokers that I had to sort out.  I              12:17

6    was quite shocked because many of those                 12:17

7    brokers weren't -- were no longer employed              12:17

8    by the company.  So I was surprised that                12:17

9    he didn't know who -- who the team was.                 12:17

10           So I brought my team in.  We               12:17

11   plugged all the customers in and started               12:17

12   trading in the futures and options                      12:18

13   markets, predominantly options on rate --               12:18

14   on rate and bond markets.                               12:18

15   Q.    And I'm just curious.                             12:18

16           Is BGC Brokers in the UK an                 12:18

17   inter-dealer broker?                                    12:18

18   A.    It's an inter-dealer broker, but               12:18

19   we're not -- in the futures division, it's              12:18

20   not an inter-dealer broker business is say              12:18

21   you're facing the hedge -- mainly I speak               12:18

22   to hedge funds.  So it's not an essential               12:18

23   connecting of bank to bank, who are -- the              12:18

24   bank is seeing the hedge fund flow and --               12:18

25   and then they are matching them with                    12:18



1        Direct - Andriesz (Brickman)

2    another bank counterparty.  That's an                    12:18

3    inter-dealer broker.                                     12:18

4        Q.    All right.  Just so the Panel                  12:18

5    knows some names we're going to talk                     12:18

6    about, when you were in BGC Brokers in                   12:18

7    London, who was your direct supervisor?                  12:18

8        A.    Jean-Pierre Aubin.                             12:18

9        Q.    Was Mr. Velez -- Roberto Velez                 12:18

10   employed?                                                12:19

11       A.    Roberto Velez was on the London                12:19

12   equity -- he was head of the London equity              12:19

13   division, so he was then working in                      12:19

14   London.  But previous to that, he had been              12:19

15   employed in BGC Financial.  And he was                   12:19

16   also on the executive team, so he was                    12:19

17   privy to the decisions of the highest                    12:19

18   executives in the company.                               12:19

19            CHAIRMAN KHEEL:  Mr. Brickman,                  12:19

20       can I just interrupt you?                            12:19

21            MR. BRICKMAN:  Sure.                            12:19

22            CHAIRMAN KHEEL:  You mentioned                  12:19

23       earlier BGC.  You used the word                      12:19

24       "Partners" in some questions.  Now                   12:19

25       I've heard the word "Brokers" and now               12:19



```
 1        Direct - Andriesz (Brickman)
 2        of determining how much bonus should        12:22
 3        be distributed?                             12:22
 4             THE WITNESS:  Exactly.                  12:22
 5             CHAIRMAN KHEEL:  Thank you.             12:22
 6   BY MR. BRICKMAN:                                  12:22
 7        Q.   Simon, how long did you stay            12:22
 8   with BGC Brokers?                                 12:22
 9        A.   Until they promoted me in              12:22
10   November 2014.                                    12:22
11        Q.   All right.  Let's just --              12:23
12        A.   So they promoted me to the             12:23
13   managing director position that I already         12:23
14   agreed when I came.                               12:23
15        Q.   Was it still in London?                12:23
16        A.   I was still in London until            12:23
17   November 2014, and that's when Mike               12:23
18   Riffice was terminated, my predecessor,           12:23
19   for insubordination.  And I took over             12:23
20   his -- they gave me his role, also the            12:23
21   London division.                                  12:23
22        Q.   We'll get to that.  If you can          12:23
23   go to Book No. 1.                                 12:23
24             Now we'll go back to                    12:23
25   chronological order so it makes sense.            12:23
```



1       Direct - Andriesz (Brickman)
2     managing director at a brokerage house.                      12:31
3            And I can vouch for that, quite                       12:31
4     clearly is very different.                                   12:31
5       Q.    How did you do at BGC Brokers?                       12:31
6       A.    Oh, I had record performance.                        12:31
7       Q.    What does that mean?                                 12:32
8       A.    I took the business from nothing                     12:32
9     in one year to a $7 million business.  The                   12:32
10    company had offered me a windfall bonus if                   12:32
11    I hit a certain target, which I believe                      12:32
12    was 10, 12 million.  I think over that                       12:32
13    period over 18 months, I think we just                       12:32
14    missed the target.                                           12:32
15           We missed the target because                          12:32
16    Mr. Aubin interfered with my clients and                     12:32
17    hedge funds and was giving the names of                      12:32
18    those brokers to those brokers of my                         12:32
19    clients.  One of them was the biggest                        12:32
20    producer in the company.  He spoke to the                    12:32
21    head of that hedge fund.                                     12:32
22           And by the time I had even                            12:32
23    started, this guy was speaking to my                         12:32
24    client because Mr. Aubin had tipped him                      12:32
25    off.  So we didn't meet the target which                     12:32



```
 1      Direct - Andriesz (Brickman)
 2   we could have easily done because of          12:32
 3   Mr. Aubin's involvement which was             12:33
 4   obviously to prevent me from hitting the      12:33
 5   target.                                       12:33
 6           But I think we did probably           12:33
 7   $10 million.  We were about a million --      12:33
 8      Q.    During the time that you were        12:33
 9   working for London for BGC Broker or          12:33
10   whatever other name it went by, were you      12:33
11   ever given a conduct warning of any sort?     12:33
12      A.    Never.                               12:33
13      Q.    Were you ever -- did you ever        12:33
14   have any regulatory blemish?                  12:33
15      A.    No, as you said, I have never        12:33
16   had one.                                      12:33
17      Q.    There were times during your         12:33
18   employment in London where the name of        12:33
19   your employer was changed, correct?           12:33
20      A.    I was BGC Brokers and then           12:33
21   became BGC Financial in 2014.                 12:33
22           (Whereupon, Exhibit 12,               12:33
23      Employment transfer document, was          12:33
24      identified.)                               12:33
25   BY MR. BRICKMAN:                              12:33
```



1       Direct - Andriesz (Brickman)

2       A.    This is a transfer to BGC                12:38

3   Services Holding.                                  12:38

4       Q.    Well, are you transferring from          12:38

5   BGC Holdings LLP to BGC Holdings LLP?              12:38

6       A.    Well, yeah.  It's the same               12:38

7   confirmation, yes.                                 12:38

8       Q.    Does it make any sense to you?           12:38

9       A.    Absolutely not.                          12:38

10      Q.    All right.  Now, how did it              12:38

11  happen that you even learned of this new          12:38

12  job in New York?                                   12:38

13      A.    Everyone knew what happened to           12:38

14  Michael Riffice.                                   12:38

15      Q.    And what was that?                       12:38

16      A.    He came to blows with                    12:38

17  Jean-Pierre Aubin over contractual                12:38

18  payouts, market maker revenue, CME                12:38

19  rebates.  He came to blow -- he had               12:38

20  uncovered fraudulent activity related to          12:39

21  share units.                                       12:39

22      Q.    Well, what happened to him?              12:39

23      A.    He was fired for                         12:39

24  insubordination.  I mean what actually           12:39

25  happened is that Shaun Lynn, the head            12:39



```
 1        Direct - Andriesz (Brickman)
 2    of -- the CEO of London, had given him          12:39
 3    additional work to perform on behalf of         12:39
 4    the group.  And -- and Michael Riffice did      12:39
 5    that work, but he wasn't compensated by         12:39
 6    Jean-Pierre Aubin.                              12:39
 7            And that's my entire career             12:39
 8    working with Jean-Pierre Aubin's standard       12:39
 9    practice.                                       12:39
10            MR. SHAH:  I'm going to move to         12:39
11        strike the last testimony as being         12:39
12        without foundation.                        12:39
13            MR. BRICKMAN:  My question is,          12:39
14        and you've got to listen to it very        12:39
15        carefully because I'll reword the          12:39
16        question.                                  12:39
17            CHAIRMAN KHEEL:  Thank you.             12:39
18    BY MR. BRICKMAN:                                12:39
19        Q.   Did someone tell you what had         12:39
20    happened to Mike Riffice?                       12:39
21        A.    It was common knowledge around       12:39
22    the company.  But probably Jon McLachlan,       12:39
23    I found out from him.  That's where the         12:40
24    job opportunity came I guess.                   12:40
25        Q.   Well, did you apply for this job      12:40
```



 1      Direct - Andriesz (Brickman)
 2  or did someone approach you about this new          12:40
 3  job?                                                12:40
 4      A.    They offered the job to me.               12:40
 5      Q.    Who offered the job to you?               12:40
 6      A.    Jean-Pierre Aubin.                        12:40
 7      Q.    What did he say?                          12:40
 8            CHAIRMAN KHEEL:  Before we get            12:40
 9      to what he said, what time frame are            12:40
10      we talking about?                               12:40
11            MR. BRICKMAN:  2015.                      12:40
12            THE WITNESS:  2014 -- I was               12:40
13      offered the job in 2014.  And I                 12:40
14      joined --                                       12:40
15            CHAIRMAN KHEEL:  These may or             12:40
16      may not be important.  It would help            12:40
17      me.                                             12:40
18            When you were offered a job, you          12:40
19      were offered a job on January 1st,              12:40
20      July 1st, you know, the fall of '14.            12:40
21            Can you give us a time                    12:40
22      reference?                                       12:40
23            THE WITNESS:  It would have been          12:40
24      second half of 2014.  Probably nearer          12:40
25      to, like, after the summer I would             12:40



1    Direct - Andriesz (Brickman)

2    say.                                                          12:40

3         CHAIRMAN KHEEL:  That's the kind            12:40

4    of answer that would be helpful to me.           12:40

5         THE WITNESS:  Yeah.  Sure.                  12:40

6    BY MR. BRICKMAN:                                 12:40

7    Q.    And do you recall what he said             12:40

8    to you about this opportunity?                   12:40

9    A.    He described the role that I was           12:41

10   taking over running the London desk,             12:41

11   running the New York desk, running the           12:41

12   Chicago desk, the supervision, and I had         12:41

13   to become a Series 30.                           12:41

14   Q.    And did he pitch this to you as            12:41

15   a promotion?  As a demotion?                      12:41

16   A.    Absolutely -- well, absolutely.            12:41

17   He's saying I'm managing director --             12:41

18   started go down that -- saying what he was       12:41

19   a managing director, but he promoted me to       12:41

20   a managing director.                             12:41

21        And he told me, Go and sort the             12:41

22   mess out that Mike Riffice has created in        12:41

23   New York because they are losing money.          12:41

24   Q.    So then London -- you said                 12:41

25   you -- the new position was the New York         12:41



| | | |
|---|---|---|
| 1 | Direct - Andriesz (Brickman) | |
| 2 | desk, the London desk, and the Chicago | 12:41 |
| 3 | desk, correct? | 12:41 |
| 4 | A.    That's correct. | 12:41 |
| 5 | Q.    Was it the same London desk that | 12:41 |
| 6 | you had been managing or was it a | 12:41 |
| 7 | different one? | 12:41 |
| 8 | A.    It was that same. | 12:41 |
| 9 | So my producer team that I came | 12:41 |
| 10 | in with and the brokers I inherited, I | 12:42 |
| 11 | still had the overall supervision, | 12:42 |
| 12 | although not the day-to-day supervision | 12:42 |
| 13 | because I obviously wasn't there, and | 12:42 |
| 14 | distribution of that bonus pool.  So | 12:42 |
| 15 | everything in London remained the same. | 12:42 |
| 16 | Q.    And you remained the manager of | 12:42 |
| 17 | that desk? | 12:42 |
| 18 | A.    Absolutely.  Absolutely. | 12:42 |
| 19 | Q.    And the -- were there additional | 12:42 |
| 20 | responsibilities assigned to you? | 12:42 |
| 21 | A.    After the contract?  After the | 12:42 |
| 22 | offer?  Yes.  I had to become a Series 30 | 12:42 |
| 23 | branch manager signatory, not the desk | 12:42 |
| 24 | signatory. | 12:42 |
| 25 | CHAIRMAN KHEEL:  Responsible for | 12:42 |



1    Direct - Andriesz (Brickman)

2    A.    November 2016 I arrived in                    12:45

3    New York, and that's when I signed my              12:45

4    contract subsequently.                             12:45

5    Q.    Which is dated January 21?                    12:45

6    A.    Yes.  As I said, it started                   12:45

7    November.  But, you know, I hadn't been            12:45

8    given enough time to review the contract,          12:45

9    so I reviewed the contract under duress.           12:45

10    Q.    Was -- at the time you signed               12:45

11    this contract, this is January 21, 2015,          12:45

12    had you already taken the Series 30 test?          12:45

13    A.    I took the Series 30 when I                  12:45

14    arrived.  I had two weeks to study, and I          12:45

15    passed the exam the first time.                    12:45

16    Q.    And can you tell the Panel what,            12:45

17    if anything, BGC did in terms of having            12:45

18    someone supervise the New York desk before        12:45

19    you obtained your Series 30?                       12:46

20    A.    Post Mike Riffice being                      12:46

21    terminated, the Series 30 role was given           12:46

22    to a nondesk broker to -- I think she was          12:46

23    in probably in accounts or something.              12:46

24    Kristi Haas.                                       12:46

25    Q.    H-A-A-S?                                      12:46



```
 1        Direct - Andriesz (Brickman)
 2        A.    Yeah.  So she wasn't a broker.          12:46
 3   She didn't have any experience on a                12:46
 4   trading desk or supervision or regulatory          12:46
 5   controls.                                          12:46
 6        Q.    What, if anything, were you             12:46
 7   asked to do with respect to Ms. Haas               12:46
 8   taking over?                                        12:46
 9        A.    Jon McLachlan asked me prior to         12:46
10   arriving in New York, so before                    12:46
11   November 2016, said that she had been              12:46
12   doing the Series 30 and she needed to be           12:46
13   compensated for extra money for taking on          12:46
14   the role.  So Jon McLachlan asked me to            12:46
15   pay $15,000 out of my personal bank                12:47
16   account offline to her personal bank               12:47
17   account.  And HR New York and Jon                  12:47
18   McLachlan gave me her bank account                 12:47
19   details.                                           12:47
20             He also said -- I initially             12:47
21   refused, but why I ended up paying it is           12:47
22   because he said the CEO of New York, Lou           12:47
23   Scotto would be furious at me if I didn't          12:47
24   pay it for her services, and said that             12:47
25   wouldn't be a good start for you.                  12:47
```



| | | |
|---|---|---|
| 1 | Direct - Andriesz (Brickman) | |
| 2 | the CEO.  This is not normal behavior. | 12:48 |
| 3 | It's like this. | 12:48 |
| 4 | Q.    What, if anything, did you | 12:48 |
| 5 | discuss with Mr. McLachlan about being | 12:48 |
| 6 | reimbursed for this $15,000? | 12:48 |
| 7 | A.    I said in the first quarter, you | 12:48 |
| 8 | have to pay this money back. | 12:48 |
| 9 | Q.    Jumping ahead, what, if | 12:48 |
| 10 | anything, happened in terms of the | 12:49 |
| 11 | reimbursement of that $15,000? | 12:49 |
| 12 | A.    They wouldn't pay it.  They | 12:49 |
| 13 | refused to pay it. | 12:49 |
| 14 | So would you allow me to say | 12:49 |
| 15 | what I did? | 12:49 |
| 16 | Q.    Yeah. | 12:49 |
| 17 | A.    So I'm thinking, this is absurd. | 12:49 |
| 18 | So I went to Lou Scotto, the CEO of the | 12:49 |
| 19 | New York office.  I went into his office | 12:49 |
| 20 | and said, I've been asked to pay this | 12:49 |
| 21 | offline but -- and I was told by Jon | 12:49 |
| 22 | McLachlan that you instructed me to pay to | 12:49 |
| 23 | cover the Kristi Haas. | 12:49 |
| 24 | And he said, Simon, I never | 12:49 |
| 25 | asked you to pay that amount.  It was | 12:49 |



1     Direct - Andriesz (Brickman)

2   Jean-Pierre Aubin.  I asked him to            12:49

3   reimburse me to cover the cost of my --        12:49

4   the Series 30 in New York.                     12:49

5          So he hadn't asked me, and I had        12:49

6   been -- they'd levelled threats that he        12:49

7   would be upset.  And, in fact, it was          12:49

8   Mr. Aubin who had arranged the deal.           12:49

9     Q.    And did you ultimately receive         12:49

10   the $15,000 reimbursement?                     12:50

11     A.    Eventually, but it was paid           12:50

12   through the bonus, so obviously, it was       12:50

13   liable for tax and 10 percent altercation     12:50

14   of share units, I believe.                     12:50

15     Q.    You received $15,000 less tax         12:50

16   less --                                        12:50

17     A.    It was paid through the bonus         12:50

18   pool.  So I've already paid tax on my         12:50

19   $15,000, and now I'm getting it through        12:50

20   the bonus pool.                                12:50

21     Q.    When you first arrived in             12:50

22   New York to accept this position, did BGC     12:50

23   pay you immediately upon your arrival?         12:50

24     A.    No, they did not.                      12:50

25     Q.    Can you explain to the Panel           12:50



1      Direct - Andriesz (Brickman)

2  what, if anything, happened with regard to          12:50

3  your pay?                                            12:50

4      A.    Well, one of the conditions that          12:50

5  Mr. Aubin put on me was that I had to               12:50

6  travel back from New York to London once a          12:50

7  month, which was a heavy -- it was a big            12:50

8  ask to do that.  It was very difficult.             12:50

9          And also I was traveling through            12:50

10  border control once a month.  The border            12:50

11  control process, they take your Social              12:51

12  Security because you're not in the country          12:51

13  long enough.                                         12:51

14          So they literally just didn't              12:51

15  pay me as a managing director.  It created          12:51

16  huge amounts of anxiety, and I'm                     12:51

17  struggling to pay my rent.                           12:51

18          And the reason being, as                    12:51

19  Mr. Shah mentioned, I had ultimately                 12:51

20  almost completed my divorce proceedings in          12:51

21  2014.  Until the -- I actually got to               12:51

22  court in early 2015, then -- then my                 12:51

23  assets were frozen.                                  12:51

24          So I can't go off just spending             12:51

25  money as I want because I am -- this is             12:51



```
 1         Direct - Andriesz (Brickman)
 2    all up for in debate in a court filing.              12:51
 3            So they didn't pay me for -- I               12:51
 4    believe it was four months.  In the end I            12:51
 5    was so stressed about it.  I went to                 12:51
 6    Shawn, not Shawn -- Lou Scotto again and             12:52
 7    he took over the -- my rental.  They took            12:52
 8    over my rental directly.                             12:52
 9       Q.    We'll get to that in a second.             12:52
10            Just looking, if we could, at               12:52
11    what has been admitted into evidence as              12:52
12    Exhibit 38.                                           12:52
13            (Whereupon, Exhibit 38,                      12:52
14       Document, admitted was identified.)               12:52
15    BY MR. BRICKMAN:                                      12:52
16       Q.    And if you could turn to Section           12:52
17    3, which is I believe on the second page             12:52
18    of the document.                                      12:52
19            Can you explain to the Panel how             12:52
20    you were to be compensated?                           12:52
21       A.    Sorry.  Is this Section 3(a)300             12:52
22    and the draw?                                         12:52
23       Q.    And the salary and the bonus               12:52
24    part.                                                 12:52
25       A.    Well, the salary is not salary.            12:52
```



1       Direct - Andriesz (Brickman)

2   involvement, if any, you had with her                    01:52

3   recruitment to BGC?                                      01:52

4       A.    She was a producer who worked                  01:52

5   for me at MF Global.  She was a producer                 01:52

6   who worked for me and a highly productive                01:52

7   producer.  Spoke to some very big hedge                  01:52

8   fund clients.                                            01:52

9           She went to a company called              01:52

10  Drags (phonetic) and then moved to                       01:52

11  Tradition in Singapore.  Elise is a very                 01:52

12  good friend and colleague.  We stayed in                 01:52

13  touch the entire time.  She said she had                 01:52

14  left Singapore after Tradition, and I                    01:52

15  think she went back to Israel for a little               01:52

16  while.                                                   01:53

17          And, yeah, she wanted to come             01:53

18  and work with me because she trusted me                  01:53

19  and she had had a very bad experience at                 01:53

20  previous brokerages.  And so I engaged                   01:53

21  Mr. Aubin who was very familiar with who                 01:53

22  Elise Choukroun was.                                     01:53

23          In fact, when I was in the                 01:53

24  London office, he had tried to hire with                 01:53

25  me and offered her a 300,000 pound bonus,                01:53



```
 1        Direct - Andriesz (Brickman)
 2   upfront bonus, to come into the company.      01:53
 3   So obviously we all valued her.               01:53
 4             So I came back to Mr. Aubin --       01:53
 5   would have been in 2000 -- 2014.  And I        01:53
 6   had said there's a big opportunity here to     01:53
 7   hire Elise, and I set the wheels in motion     01:53
 8   by going through the correct channels in       01:53
 9   hiring someone, raising the contract CRF,      01:53
10   and handed over to our compliance and          01:54
11   legal departments, as I would have done        01:54
12   when I hired hundreds of other people at       01:54
13   the bank.                                      01:54
14             So that's -- that wasn't my          01:54
15   responsibility.  And I went to Annette         01:54
16   Fong, the head of compliance in London,        01:54
17   and the legal departments to initiate the      01:54
18   contracts and to --                            01:54
19   Q.    Where did Elise want to work?            01:54
20   A.    I wanted her to work in London           01:54
21   because it made the process much simpler.      01:54
22   But because she worked in Singapore and I      01:54
23   think her children had gone to school in       01:54
24   Singapore, she wanted to return there          01:54
25   which made it out of my jurisdiction.          01:54
```



| | | |
|---|---|---|
| 1 | Direct - Andriesz (Brickman) | |
| 2 | So that's exactly why I handed | 01:54 |
| 3 | over to the senior executives to process | 01:54 |
| 4 | because I'm on the front line trading.  I | 01:54 |
| 5 | don't issue contracts, and I don't look at | 01:54 |
| 6 | the legal documents involved in that.  I | 01:54 |
| 7 | understand them, but it's not -- it's not | 01:54 |
| 8 | my job to do that. | 01:55 |
| 9 | Q.    In connection with these | 01:55 |
| 10 | discussions, did Elise have occasion to | 01:55 |
| 11 | visit BGC's Singapore office? | 01:55 |
| 12 | A.    I think she went there; and she | 01:55 |
| 13 | was pretty shocked that it didn't seem | 01:55 |
| 14 | like a real office, that it seemed like | 01:55 |
| 15 | just, you know -- it wasn't many -- there | 01:55 |
| 16 | wasn't much there.  She said she was very | 01:55 |
| 17 | shocked that it somehow wasn't a | 01:55 |
| 18 | legitimate office. | 01:55 |
| 19 | Q.    Did she report that to you? | 01:55 |
| 20 | A.    Yeah, she said it's weird.  The | 01:55 |
| 21 | place is weird. | 01:55 |
| 22 | Q.    And did you report that to | 01:55 |
| 23 | anyone else? | 01:55 |
| 24 | A.    I spoke to Jon McLachlan, | 01:55 |
| 25 | mentioned it to Webster, Aubin about the | 01:55 |



```
 1        Direct - Andriesz (Brickman)
 2        Q.    If we can turn to Exhibit 45.          01:57
 3        A.    Probably me or another senior          01:57
 4   manager.                                          01:57
 5        Q.    Well, if we could look at              01:57
 6   Exhibit 45 which is a front office                01:57
 7   contract request form for Elise Choukroun.        01:57
 8             (Whereupon, Exhibit 45, Front           01:57
 9        office contract request form, was            01:57
10        identified.)                                 01:57
11        A.    Yeah, I would raise it.  Once          01:57
12   it's raised, it gets signed off.                  01:57
13   BY MR. BRICKMAN:                                  01:58
14        Q.    This is not your signature, is         01:58
15   it?  It's Mark Webster?                           01:58
16        A.    It's Mark Webster's signature.         01:58
17   So I'd raised it and, like I said, handed         01:58
18   it over to relevant areas to process             01:58
19   because it's not my job to process               01:58
20   application.                                       01:58
21        Q.    And just so we're clear, on the       01:58
22   document that Mr. Webster signed,                 01:58
23   Exhibit 45, what would be the employing          01:58
24   company be for Ms. Choukroun?                      01:58
25        A.    It's to work in the Hong Kong         01:58
```



| | | |
|---|---|---|
| 1 | Direct - Andriesz (Brickman) | |
| 2 | office for two months while obtaining a | 01:58 |
| 3 | futures license. | 01:58 |
| 4 | Q.   No, no.  Look at the front page. | 01:58 |
| 5 | And I'm asking, what's the -- | 01:58 |
| 6 | THE WITNESS:  Sorry.  What's the | 01:58 |
| 7 | problem? | 01:58 |
| 8 | MR. SHAH:  He interrupted your | 01:58 |
| 9 | testimony. | 01:58 |
| 10 | BY MR. BRICKMAN: | 01:58 |
| 11 | Q.   -- there's a sheet that says: | 01:58 |
| 12 | Employing company -- not a sheet -- a line | 01:58 |
| 13 | item saying:  Employing company. | 01:58 |
| 14 | Do you see it?  It's about -- I | 01:58 |
| 15 | want to say four-ninths of the way. | 01:58 |
| 16 | A.   BGC Partners Singapore. | 01:58 |
| 17 | Q.   Limited? | 01:59 |
| 18 | A.   Limited.  Yeah. | 01:59 |
| 19 | Q.   Were you employed by them? | 01:59 |
| 20 | A.   No. | 01:59 |
| 21 | Q.   Did you have any managing | 01:59 |
| 22 | authority over any of their employees? | 01:59 |
| 23 | A.   No, no. | 01:59 |
| 24 | Q.   And looking, if we could, at the | 01:59 |
| 25 | second page, there's some handwritten | 01:59 |



1        Direct - Andriesz (Brickman)

2        said Water.  They didn't understand                02:07

3        where I was going.                                 02:07

4              CHAIRMAN KHEEL:  Got it.  Thank              02:07

5        you.                                               02:07

6              MR. BRICKMAN:  Just bear with me             02:08

7        one second.  I apologize.                          02:08

8  BY MR. BRICKMAN:                                         02:09

9        Q.    Was Mr. Anthony -- did you                   02:09

10  supervise Mr. Anthony?                                  02:09

11       A.    It listed -- anything he was                 02:09

12  trading in listed derivatives would have                02:09

13  come on to my Series 30 function.                       02:09

14             CHAIRMAN KHEEL:  So is the                   02:09

15       answer yes?                                        02:09

16             THE WITNESS:  Yes.  Thank you.               02:09

17  BY MR. BRICKMAN:                                        02:09

18       Q.    Did you express any compliance               02:09

19  concerns with respect to Mr. Anthony's                  02:09

20  trading?                                                02:09

21       A.    Yes, I did.                                  02:09

22       Q.    Well, first of all, did you sit              02:09

23  at the same -- on the same floor as                     02:09

24  Mr. Anthony?                                            02:09

25       A.    No.                                          02:09



| | |
|---|---|
| 1 | Direct - Andriesz (Brickman) |
| 2 | Q.    Where did you sit as compared to | 02:09 |
| 3 | where he sat? | 02:09 |
| 4 | A.    I was on the 18th floor.  He was | 02:09 |
| 5 | on the 19th floor. | 02:09 |
| 6 | So just to give the Panel some | 02:09 |
| 7 | information, it's not a huge trading floor | 02:09 |
| 8 | where you have 500 people.  It's a | 02:09 |
| 9 | relatively small -- two small trading | 02:09 |
| 10 | rooms.  So there's not a vast amount of | 02:09 |
| 11 | brokers working out of that office. | 02:09 |
| 12 | But in London it was quite | 02:09 |
| 13 | different.  It was a massive trading room. | 02:09 |
| 14 | Q.    All right.  What were your | 02:10 |
| 15 | compliance concerns regarding Mr. Anthony? | 02:10 |
| 16 | A.    Transaction of trades.  He | 02:10 |
| 17 | was -- he was breaking regulations in how | 02:10 |
| 18 | he was executing trades and blocking | 02:10 |
| 19 | trades with market makers through the | 02:10 |
| 20 | price. | 02:10 |
| 21 | Q.    Again, explain that. | 02:10 |
| 22 | A.    So, if he has -- if he wants -- | 02:10 |
| 23 | he's selling a number of VIX options, so | 02:10 |
| 24 | the price is, say it's a 20 bid.  He's | 02:10 |
| 25 | going to a market maker to the banks or | 02:10 |



```
 1        Direct - Andriesz (Brickman)
 2   20 bid, 19 bid, 17 bid, he goes and blocks        02:10
 3   the entire amount, massive trade, 100,000         02:10
 4   VIX, one of the most volatile contracts           02:10
 5   around, and he goes and trades that with          02:10
 6   two market makers.                                02:11
 7            That's busting the market.  And          02:11
 8   all the bank -- all the companies'                02:11
 9   clients -- JPMorgan, Goldman's -- they are        02:11
10   all coming on and complaining to Bob Velez        02:11
11   that he has busted the market.                    02:11
12            CHAIRMAN KHEEL:  Mr. Andriesz,           02:11
13       can I ask just you, you used the word         02:11
14       "blocks."                                     02:11
15            That means buys?                         02:11
16            THE WITNESS:  Block is -- so you         02:11
17       can go to the market and trade with           02:11
18       counterparties who are bidding at a           02:11
19       better price.  And as a broker, you           02:11
20       have to follow regulations and better         02:11
21       execution.                                    02:11
22            So I need to do the best by my           02:11
23       client, which in Anthony he was               02:11
24       trading with a market maker at the            02:11
25       disadvantage of the client and                02:11
```



```
 1  Direct - Andriesz (Brickman)
 2  blocking the entire amount.                        02:11
 3       So instead of splitting that                  02:11
 4  $100,000 with 10 counterparties, like              02:11
 5  JPMorgan, Goldman's, for instance, who             02:11
 6  are bidding the proper price, he goes              02:11
 7  off the market.  And it's a blockable             02:11
 8  amount; that means you can trade it                02:11
 9  and then put it through a block on --             02:11
10  through the Exchange.                              02:11
11       CHAIRMAN KHEEL:  Who did he                   02:12
12  block it with?                                     02:12
13       THE WITNESS:  BlackRock.                      02:12
14       CHAIRMAN KHEEL:  Okay.  So he's               02:12
15  buying effectively in BlackRock.                   02:12
16       THE WITNESS:  He's trading on                 02:12
17  behalf -- he gets the order from                   02:12
18  BlackRock, sell 100,000 VIX options                02:12
19  or -- I think it was VIX options --               02:12
20  and he goes and transacts it.  But he              02:12
21  has a regulatory obligation to conduct             02:12
22  best execution on the behalf of his                02:12
23  client.                                            02:12
24       That's not what he did.  He went              02:12
25  to the market maker and blocked it,                02:12
```



| | | |
|---|---|---|
| 1 | Direct - Andriesz (Brickman) | |
| 2 | 100,000 VIX, which is an astronomical | 02:12 |
| 3 | order in VIX.  It's one of the bigs. | 02:12 |
| 4 |     ARBITRATOR ELKIND:  Sorry. | 02:12 |
| 5 | That's the contract size, the number | 02:12 |
| 6 | of contracts, 100,000. | 02:12 |
| 7 |     THE WITNESS:  100,000. | 02:12 |
| 8 |     ARBITRATOR ELKIND:  So when you | 02:12 |
| 9 | say -- so I'm -- correct me if my | 02:12 |
| 10 | understanding is off.  I just want to | 02:12 |
| 11 | make sure I understand how you're | 02:12 |
| 12 | describing it. | 02:12 |
| 13 |     So what you're describing is at | 02:12 |
| 14 | this time a transaction, which is | 02:12 |
| 15 | prearranged off the floor, verbally. | 02:12 |
| 16 |     THE WITNESS:  Yes. | 02:12 |
| 17 |     ARBITRATOR ELKIND:  Either by | 02:12 |
| 18 | phone or by electronic communication | 02:13 |
| 19 | device between your firm and | 02:13 |
| 20 | BlackRock. | 02:13 |
| 21 |     THE WITNESS:  That's right. | 02:13 |
| 22 |     ARBITRATOR ELKIND:  So it's not | 02:13 |
| 23 | put down to the floor to individual | 02:13 |
| 24 | brokers. | 02:13 |
| 25 |     THE WITNESS:  That's right. | 02:13 |



```
 1    Direct - Andriesz (Brickman)
 2    It's blocked for the market maker.                  02:13
 3         ARBITRATOR ELKIND:  That's --                  02:13
 4    that's perhaps not uncommon in large                02:13
 5    size trades.                                         02:13
 6         THE WITNESS:  Yes.                              02:13
 7         ARBITRATOR ELKIND:  Okay.                       02:13
 8    Here's the question.                                 02:13
 9         So at some point, at that time,                 02:13
10    that trade has to be cleared by the --              02:13
11    the Exchange.                                        02:13
12         THE WITNESS:  Yes.                              02:13
13         ARBITRATOR ELKIND:  Is it                       02:13
14    announced on the floor, or is it -- is              02:13
15    it cross-traded on the floor?                        02:13
16         THE WITNESS:  You'll -- you'll                  02:13
17    see the block go through as reported.               02:13
18         ARBITRATOR ELKIND:  Is it an                    02:13
19    electronic crossing or at that time                  02:13
20    there's a human being crossing, floor               02:13
21    trader crossing?                                     02:13
22         THE WITNESS:  The trader puts                   02:13
23    the block through the exchange, so you              02:13
24    trade it off the exchange.  You get                  02:13
25    the block and then it gets seen by                   02:13
```



```
 1   Direct - Andriesz (Brickman)
 2   everyone.                                    02:13
 3        ARBITRATOR ELKIND:  Right, when         02:13
 4   you say through the Exchange by --           02:13
 5        THE WITNESS:  On a system.              02:13
 6        ARBITRATOR ELKIND:  Directly on         02:14
 7   the system, not through a floor              02:14
 8   trader?                                      02:14
 9        THE WITNESS:  No, you've got the        02:14
10   system.                                      02:14
11        ARBITRATOR ELKIND:  Got it.             02:14
12   That would be a price somewhere in           02:14
13   between the bid and the offer or at          02:14
14   the same price --                            02:14
15        THE WITNESS:  Way below the bid         02:14
16   he transacted.  So he could have got         02:14
17   the full size done with the banks, but       02:14
18   he didn't.                                   02:14
19        ARBITRATOR ELKIND:  One side            02:14
20   gets discounted, and another side            02:14
21   perhaps gets disadvantaged relative          02:14
22   to --                                        02:14
23        THE WITNESS:  The client got            02:14
24   disadvantaged.                               02:14
25        ARBITRATOR ELKIND:  The small           02:14
```



```
1   Direct - Andriesz (Brickman)
2   quantities, the depth of the market on          02:14
3   the floor of the Exchange, is that              02:14
4   what you're describing?                         02:14
5        THE WITNESS:  Sorry.  Say that             02:14
6   again, sir.                                     02:14
7        ARBITRATOR ELKIND:  To handle a            02:14
8   large transaction like that --                  02:14
9        THE WITNESS:  Yes.                          02:14
10       ARBITRATOR ELKIND:  -- usually             02:14
11  something gives on one side of the              02:14
12  trade or the other; is that correct?           02:14
13  In terms of -- there is a premium or a         02:14
14  discount to cross that type of an               02:14
15  amount; is that correct?                        02:14
16       THE WITNESS:  Yeah, he's --               02:14
17  you're not paying way or anything.              02:14
18  You're blocking it to get the size.            02:14
19       ARBITRATOR ELKIND:  Right.                02:14
20       THE WITNESS:  So if I'm trading           02:15
21  options, 10,000 in rates options, I            02:15
22  can go to a -- say the price is one             02:15
23  and a half, two.  I can go to the               02:15
24  market maker and say it's offered in            02:15
25  20,000.  And they'd go yes, and I'd            02:15
```



```
 1   Direct - Andriesz (Brickman)
 2   just go block it.                                    02:15
 3        But the price may be better               02:15
 4   offer than that, and what I would               02:15
 5   always do to follow best execution,             02:15
 6   find the best price of a product,               02:15
 7   wouldn't go to the market maker and             02:15
 8   pay two when it's one and two offered.          02:15
 9   I know it's offered.  So I'll get --            02:15
10   that's why I've got clients for                 02:15
11   25 years is because I look after them.          02:15
12        In this case there is a whole             02:15
13   desk, which was Bob Velez's desk,               02:15
14   trading VIX options.  So they have all          02:15
15   the counterparties ready to take that           02:15
16   100,000 lot down.  And he doesn't do            02:15
17   that.  He circumvents the desk.  Thus           02:15
18   annoying all of -- annoying is -- it's          02:15
19   not annoying.  There were outraged,             02:15
20   complaints to the company, JPMorgan,            02:15
21   massive institutions, which BGC should          02:16
22   be looking after.                               02:16
23        And they basically traded                 02:16
24   through the price and blocked it with           02:16
25   the market maker.  The reason he's              02:16
```



| | |
|---|---|
| 1 | Direct - Andriesz (Brickman) | |
| 2 | blocking it with market maker is he | 02:16 |
| 3 | gets paid by the market maker.  So if | 02:16 |
| 4 | he goes to the pit or trades on a | 02:16 |
| 5 | screen, he's going to get a rebate | 02:16 |
| 6 | from the pit.  He's not going to get | 02:16 |
| 7 | paid by the market maker, and he's | 02:16 |
| 8 | getting paid by the market maker. | 02:16 |
| 9 |     And that's exactly why he did | 02:16 |
| 10 | it, to increase the revenue for | 02:16 |
| 11 | himself.  That's greedy. | 02:16 |
| 12 | BY MR. BRICKMAN: | 02:16 |
| 13 |    Q.   So he got paid by both ends of | 02:16 |
| 14 | the transaction? | 02:16 |
| 15 |    A.   That's right. | 02:16 |
| 16 |    Q.   Whereas usually you just get | 02:16 |
| 17 | paid by one end of -- | 02:16 |
| 18 |    A.   If you went -- if you trade on | 02:16 |
| 19 | the screen, you're trading with the market | 02:16 |
| 20 | and not one market making company. | 02:16 |
| 21 |    Q.   Let's see if we can move on. | 02:16 |
| 22 |    A.   Yeah. | 02:16 |
| 23 |     (Whereupon, Exhibit 64, E-mail | 02:16 |
| 24 | chain, was identified.) | 02:16 |
| 25 | BY MR. BRICKMAN: | 02:16 |



```
 1        Direct - Andriesz (Brickman)
 2        Q.    If you can turn to Tab 64.  And          02:16
 3   the way you read this is the bottom e-mail          02:16
 4   is the start of the chain.  So if you look          02:16
 5   at the second page, Simon.                          02:17
 6        A.    Page 2, yeah, on the back page.          02:17
 7        Q.    That's the start of it.                  02:17
 8              So first tell me who John                02:17
 9   Ordonez is?                                         02:17
10        A.    He's in the compliance                   02:17
11   department and producing reports to sign            02:17
12   off on for the NFA, along with Mike                 02:17
13   Sulfaro and previously Steve Duchaine who           02:17
14   was there when I first arrived.                     02:17
15        Q.    So did you receive this first            02:17
16   e-mail from Mr. Ordonez on or about                 02:17
17   April 28th of 2015?                                 02:17
18        A.    That's correct.                          02:17
19        Q.    And what is Mr. Ordonez saying           02:17
20   to you starting on the second page?                 02:17
21        A.    He's saying that Richard Anthony         02:17
22   wants to trade listed futures.  And he's           02:18
23   saying to me that JP needs to approve it.           02:18
24   It was JP wanted him -- Jean-Pierre                 02:18
25   Aubin -- wanted him to trade it.  Was              02:18
```



1         Direct - Andriesz (Brickman)
2    trying to push it through and grant him          02:18
3    permission.                                      02:18
4         Q.    What is FFastFill?                    02:18
5         A.    FFastFill is the trading              02:18
6    system -- is the trading system.  I              02:18
7    believe they used FFastFill there, and the       02:18
8    allocation systems.                              02:18
9              So basically what he's asking          02:18
10   for is a trading screen away from the            02:18
11   futures desk on a different floor without        02:18
12   any supervision.  And not only that, he          02:18
13   wants -- he wants him to trade -- have the       02:18
14   ability to trade S&P futures, which second       02:18
15   to the VIX is one of the most volatile           02:18
16   contracts to trade and the errors in that        02:18
17   can be huge.                                     02:19
18        Q.    And so you quickly respond,           02:19
19   going to the first page of this exhibit,         02:19
20   to Mr. Ordonez's request, do you not?            02:19
21        A.    Yes, I do.                            02:19
22        Q.    What do you tell him?                 02:19
23        A.    I tell him I don't want to sign       02:19
24   off on futures activities I can't monitor,       02:19
25   which is a standard procedure.  If I can't       02:19



1      Direct - Andriesz (Brickman)

2    supervise, I'm not going to sign off on                02:19

3    his activities.                                        02:19

4           In addition, Mr. Velez was                      02:19

5    giving me the background on Richard                    02:19

6    Anthony and how much lavish entertainment              02:19

7    he was conducting.  So I was very dubious              02:19

8    about this broker's character because of               02:19

9    what I was being told as the Series 30.                02:19

10   Because Bob Velez, even though he was head             02:20

11   of the equity division, reported to me as              02:20

12   the Series 30, which basically means you               02:20

13   sign off.  That is not the Series 30                    02:20

14   function in this desk.                                 02:20

15     Q.    The last sentence you write:  I                02:20

16   certainly would not be happy someone                   02:20

17   trading futures unsupervised.                          02:20

18           What did you mean by that?                     02:20

19     A.    Just as I said, I'm the Series                 02:20

20   30.  I'm the managing director, and I                  02:20

21   don't know what he's doing.  They are                  02:20

22   trying to keep his activities away from                02:20

23   me.                                                    02:20

24           CHAIRMAN KHEEL:  Can you explain               02:20

25     why you reached that conclusion that                 02:20



```
 1        Direct - Andriesz (Brickman)
 2   BY MR. BRICKMAN:                                    02:22
 3        Q.    Well, let's get to that.                 02:22
 4              Mr. Ordonez responds to you,             02:22
 5   does he not?                                        02:22
 6        A.    Yeah.                                    02:22
 7        Q.    And what does he tell you as a           02:22
 8   heads-up?                                           02:23
 9        A.    According to Richard Anthony, JP         02:23
10   has approved Richard to do futures                  02:23
11   business.  Testified to install to                  02:23
12   FFastFill on this machine.  Have you                02:23
13   spoken to JP on the situation?  Let me              02:23
14   know.                                               02:23
15              I did speak to JP.  And I spoke          02:23
16   to compliance -- basically, JP's business          02:23
17   manager -- it's just a complete breach of          02:23
18   regulations.                                        02:23
19        Q.    And what was their response to          02:23
20   you?                                                02:23
21        A.    I think they were overruled by          02:23
22   Mr. Aubin.  Eventually he didn't -- I               02:23
23   didn't allow it.                                    02:23
24        Q.    Well, did Mr. Anthony trade             02:23
25   futures?                                            02:23
```



```
 1        Direct - Andriesz (Brickman)
 2        A.    He wasn't trading -- he didn't          02:23
 3   get the screen.  That doesn't mean he              02:23
 4   wasn't trading futures.  I have no idea.           02:23
 5        Q.    Well, didn't -- did your                02:23
 6   concerns come to fruition in terms of this         02:23
 7   VIX trade you were just talking about?             02:23
 8        A.    The VIX trade --                        02:23
 9           MR. SHAH:  Objection.  I have to           02:23
10        be able to object.  I think that he's         02:23
11        mischaracterizing testimony.  I think         02:23
12        these are different products.  You            02:24
13        might want to clarify that.                   02:24
14   BY MR. BRICKMAN:                                   02:24
15        Q.    Was the VIX trade you talked            02:24
16   about, was that futures?                           02:24
17        A.    It was a VIX option -- VIX              02:24
18   option contract 100,000, so it would be            02:24
19   listed.                                            02:24
20        Q.    It's a listed product.  But is          02:24
21   it within your bailiwick?                          02:24
22        A.    I didn't trade -- I very rarely         02:24
23   traded VIX options.  That was -- that was          02:24
24   supervised by Bob Velez.  That's why               02:24
25   Richard Anthony was connected to Bob Velez         02:24
```

