EXHIBIT "J"

ARBITRATION   Vol. IV Conf.
ANDRIESZ V. BCG FINANCIAL, L.P.

January 12, 2024
1125–1128

Page 1125

```
 1
 2                INDEX
 3
      WITNESS:  Stan Smith
 4
   EXAMINATION                                    PAGE
 5
   Direct examination by Mr. Brickman             1127
 6
   Cross-examination by Mr. Nadkarni              1170
 7
 8
      WITNESS:  Simon Andriesz
 9
   EXAMINATION                                    PAGE
10
   Continued cross-examination by Mr. Shah        1230
11
12             ***      ***      ***
```

Page 1126

1  ARBITRATION DAY IV - CONFIDENTIAL
2       CHAIRMAN KHEEL:  Good morning.  We are
3  back on the record in the matter of Simon
4  Andriesz versus BGC Financial, LLP, et al.
5  FINRA number 2202539.  We are about to have an
6  expert witness testify.
7       Before I turn it over to Mr. Brickman,
8  FINRA security people outside were very
9  adamant that they were going to close down at
10 5 p.m. today, so we need to keep that in mind
11 so we don't get locked in.
12      ARBITRATOR ELKIND:  They suggested we
13 wrap things up by 4:50 p.m., if we can.
14      CHAIRMAN KHEEL:  They can suggest all
15 they want.
16      In any event, Mr. Brickman, please begin.
17 STAN V. SMITH
18 called as a witness, having been duly
19 sworn, was examined and testified
20 as follows:
21      THE SHORTHAND REPORTER:  Would you please
22 state your full name and address for the
23 record for me?
24      THE WITNESS:  Sure.  Stan V. Smith, and
25 the address is 1165 North Clark Street,

Page 1127

1  ARBITRATION DAY IV - CONFIDENTIAL
2  downtown Chicago, Illinois.
3       THE SHORTHAND REPORTER:  Thank you.
4  Please proceed.
5
6           DIRECT EXAMINATION
7       BY MR. BRICKMAN:
8
9  Q.   Dr. Smith, what is your profession?
10 A.   Good morning.  I'm an economist by
11 background, training, education, and I think it's seeped
12 into my DNA.
13 Q.   Can you explain to the panel your educational
14 background?
15 A.   Sure.  After graduating high school
16 Milwaukee, Wisconsin, my original hometown, I came to
17 Cornell University, not too far away.  Got a bachelor of
18 science degree in operational research, which is a
19 branch of engineering involving a lot of math, computer
20 science, and statistics.
21      I then went back to Chicago, my mother's hometown
22 where I've been visiting since I was born, grandparents,
23 etc., and I got a master's degree then a Ph.D. in
24 economics from the University of Chicago.
25 Q.   Can you just trace for the panel your

Page 1128

1  ARBITRATION DAY IV - CONFIDENTIAL
2  professional history, meaning your --
3  A.   Sure.
4  Q.   -- employment history?
5  A.   Sure.  My first full-time position after
6  graduate studies was at the Federal Reserve Board of
7  Governors in the Washington, D.C., headquarters.  I was
8  there as an entry-level staff economist.  I did not
9  cause any recessions I was at the Fed, unlike subsequent
10 people.
11      Thereafter I went back to Chicago and I worked for
12 JPMorgan Chase for a time.  I worked for an investment
13 banking firm called The December Group in various
14 venture capital situations.
15      After that, I worked for a financial consulting
16 firm called Ibbotson Associates -- that's
17 I-B-B-O-T-S-O-N -- where we consulted primarily with the
18 nation's largest banking institutions.
19      And then in the middle '80s formed my own firm,
20 creatively called Smith Economics, and I've been
21 president and chief bottle washer there for the last
22 several decades.
23 Q.   All right.  That's where we should start.
24      What is -- is the full name The Smith Economics
25 Group?

