November 25, 2024

<u>VIA ECF</u>

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States District Court -Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

   Re: *Andriesz v. BGC Financial, L.P.*, No. 24-cv-07004-LJL (S.D.N.Y.) – Joint Letter Re: Proposed Briefing Schedule on Motion to Vacate

Dear Judge Liman:

  Pursuant to Your Honor's November 22, 2024 order (ECF No. 21), counsel for Petitioner Simon D. Andriesz ("Petitioner") and Respondent BGC Financial, L.P. ("Respondent," and, together with Petitioner, the "Parties") have met and conferred regarding a briefing schedule on Petitioner's pending motion to vacate or modify the arbitration award (the "Motion") from the recent FINRA arbitration between the Parties. Counsel for the Parties propose the following schedule for the filing of oppositions and replies concerning the Motion (ECF No. 4) and the accompanying petition to vacate or modify the award (the "Petition," see ECF No. 9):

- <u>December 6</u>: Respondent's Answer to the Petition and opposition papers to Motion due.

- <u>December 23</u>: Petitioner's Reply papers in support of Motion and Reply (if necessary) to Answer to Petition due.

  For avoidance of doubt, the Parties have stipulated and agreed that this proposal adjourns all current deadlines for Respondent to respond to the Petition and the Motion until the Court's order as to the briefing schedule, including the November 24, 2024 deadline contemplated by Respondent's filed Waiver of Service (*see* ECF No. 14).

  Respectfully submitted,

| | |
|---|---|
| */s/ Ethan Leonard* | */s/ Nirav S. Shah* |
| Ethan Leonard | Nirav S. Shah, Assistant General Counsel |
| The Law Offices of Neal Brickman | Cantor Fitzgerald Securities |
| 420 Lexington Avenue, Suite 2811 | 110 East 59th Street, 7th Floor |
| New York, NY 10017 | New York, NY 10022 |
| (212) 986-6840 | (212) 294-7873 |
| ethan@brickmanlaw.com | nirav.shah@cantor.com |
| | |
| *Attorney for Petitioner Simon D. Andriesz* | *Attorney for Respondent BGC Financial, L.P.* |

CC: All counsel of record (via ECF)