UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SIMON D. ANDRIESZ (Petitioner)

Plaintiff(s)

- v -

**RULE 7.1 STATEMENT**

BGC FINANCIAL, L.P.
(Respondent)

1:24-cv-07004-LJL

Defendant(s)                Case Number
_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Respondent BGC Financial, L.P.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

The ultimate corporate parent of Respondent BGC Financial, L.P. is BGC Group, Inc., a publicly held Delaware corporation with New York headquarters. Through its subsidiaries, BGC Group, Inc. indirectly holds a 100% ownership stake in Respondent. BGC Financial, L.P.'s immediate parent company is BGC Brokers U.S. L.P., a Delaware limited partnership with a 99% ownership stake in Respondent.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

The entities whose citizenship is attributed to Respondent BGC Financial, L.P. for purposes of establishing jurisdiction based upon diversity of citizenship are: 1) BGC Financial Group, Inc.; 2) BGC Holdings U.S., Inc.; 3) BGC Partners, Inc.; and 4) BGC Group, Inc.  Each of these entities is a Delaware corporation with its principal place of business in New York.

12/6/24
Date

/s/ Nirav S. Shah
Signature of Attorney

NS1229
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022