# Exhibit 1

**Award**
**FINRA Dispute Resolution Services**

---

In the Matter of the Arbitration Between:

<u>Claimant</u>  
Simon D. Andriesz

<u>Case Number</u>: 19-01751

vs.

<u>Respondents</u>  
BGC Financial, L.P.  
Cantor Fitzgerald & Co.  
Ronin Capital, LLC  
Jean-Pierre Aubin  
Stuart Andrew Fraser  
Howard William Lutnick  
Shawn Damien McLoughlin  
Stephen Marcus Merkel  
Paul Marc Pion  
Louis James Scotto  
William Michael Shields  
John Springs Stafford III  
Michael Carl Sulfaro  
Mark Webster

<u>Hearing Site</u>: New York, New York

---

Awards are rendered by independent arbitrators who are chosen by the parties to issue final, binding decisions. FINRA makes available an arbitration forum—pursuant to rules approved by the SEC—but has no part in deciding the award.

Nature of the Dispute: Associated Person vs. Members and Associated Persons

## REPRESENTATION OF PARTIES

For Claimant Simon D. Andriesz: Neal Brickman, Esq., The Law Offices of Neal Brickman, P.C., New York, New York.

For Respondents BGC Financial, L.P., Cantor Fitzgerald & Co., Jean-Pierre Aubin, Stuart Andrew Fraser, Howard William Lutnick, Shawn Damien McLoughlin, Stephen Marcus Merkel, Paul Marc Pion, Louis James Scotto, William Michael Shields, Michael Carl Sulfaro, and Mark Webster: Nirav S. Shah, Esq., and Katherine Sheridan, Esq., Cantor Fitzgerald, New York, New York. These Respondents are hereinafter collectively referred to as "BGC Respondents".

For Respondents Ronin Capital, LLC, and John Springs Stafford III: Gary M. Miller, Esq., Shook, Hardy & Bacon L.L.P., Chicago, Illinois. These Respondents are hereinafter collectively referred to as "Ronin Respondents".

## CASE INFORMATION

Simon D. Andriesz signed the Submission Agreement: June 8, 2019.

Statement of Claim filed on or about: June 19, 2019.

BGC Financial, L.P. signed the Submission Agreement: September 3, 2019.

Cantor Fitzgerald & Co. signed the Submission Agreement: September 3, 2019.

Jean-Pierre Aubin signed the Submission Agreement: September 3, 2019.

Stuart Andrew Fraser signed the Submission Agreement: September 3, 2019.

Shawn Damien McLoughlin signed the Submission Agreement: September 3, 2019.

Stephen Marcus Merkel signed the Submission Agreement: September 3, 2019.

Louis James Scotto signed the Submission Agreement: September 3, 2019.

William Michael Shields signed the Submission Agreement: September 3, 2019.

Michael Carl Sulfaro signed the Submission Agreement: September 3, 2019.

Mark Webster signed the Submission Agreement: September 4, 2019.

Statement of Answer filed by BGC Respondents on or about: September 5, 2019.

Statement of Answer, Counterclaim, and Crossclaim filed by Ronin Respondents on or about: September 5, 2019.

Ronin Capital, LLC signed the Submission Agreement: September 12, 2019.

John Springs Stafford III signed the Submission Agreement: September 13, 2019.

Statement of Answer to Counterclaim filed by Claimant on or about: September 16, 2019.

Paul Marc Pion signed the Submission Agreement: October 7, 2019.

Howard William Lutnick signed the Submission Agreement: October 7, 2019.

Statement of Answer to Crossclaim filed by BGC Respondents on or about: November 22, 2019.

Amended Statement of Claim filed on or about: June 22, 2020, pursuant to which, among other things, Claimant discontinued claims against Respondents Ronin Capital, LLC and John Springs Stafford III and Respondents (herein collectively referred to as "Discontinued BGC Respondents") Andrew Fraser, Howard William Lutnick, Stephen Marcus Merkel and Louis James Scotto, with the result that such entity and individuals were discontinued as Respondents

as at such date. The BGC Respondents other than the Discontinued BGC Respondents are hereinafter collectively referred to as "Continuing BGC Respondents".

Statement of Answer to Amended Statement of Claim filed by Continuing BGC Respondents on or about: July 13, 2020.

## CERTAIN ISSUES CONSIDERED AND DECIDED

The Arbitrators acknowledge that they have each read the pleadings and other materials filed by the parties.

On October 16, 2019, the parties were notified that Arbitrator Richard M. Gray's classification changed from public to non-public. No party objected to the change in classification, and he remained as Chairperson of the Panel.

On February 21, 2020, Claimant requested a postponement of the then-scheduled evidentiary hearing. All parties agreed to the new dates for the evidentiary hearing specified in the Panel's order dated May 26, 2020.

On November 22, 2021, Claimant requested a further postponement of the then-scheduled evidentiary hearing. All parties agreed to the new dates for the evidentiary hearing specified in the Panel's order dated December 6, 2021.

On March 28, 2022, Claimant and Respondents jointly requested a further postponement of the then-scheduled evidentiary hearing. All parties agreed to the new dates for the evidentiary hearing specified in the Panel's order dated April 7, 2022.

On July 27, 2022, Claimant requested a further postponement of the then-scheduled evidentiary hearing.

By Order dated August 8, 2022, the Panel dismissed this case without prejudice, pursuant to Rule 13601(c) of FINRA's Code of Arbitration Procedure, on the basis of all parties having jointly requested, or agreed to, more than two postponements.

On August 16, 2022, the Ronin Respondents filed a notice confirming that their Counterclaim and Crossclaim were withdrawn.

The Award in this matter may be executed in counterpart copies.

## AWARD

After considering the pleadings, and multiple adjournment requests, the Panel hereby confirms, as its final award, its August 8, 2022 order of dismissal of this case without prejudice.

# FEES

Pursuant to the Code of Arbitration Procedure ("Code"), the following fees are assessed:

## Filing Fees
FINRA Dispute Resolution Services assessed a filing fee* for each claim:

| | |
|---|---|
| Initial Claim Filing Fee | =$ 2,250.00 |
| Counterclaim Filing Fee | =$ 1,700.00 |

*The filing fee is made up of a non-refundable and a refundable portion.*

## Member Fees
Member fees are assessed to each member firm that is a party in these proceedings or to the member firms that employed the associated person at the time of the events giving rise to the dispute. Accordingly, as parties, Respondents BGC Financial, L.P, Cantor Fitzgerald & Co., and Ronin Capital, LLC are each assessed the following:

| | |
|---|---|
| Member Surcharge | =$ 4,025.00 |
| Member Process Fee | =$ 7,000.00 |

## Late Pre-Hearing Cancellation Fees
Fees apply when a pre-hearing conference is cancelled within three business days of the scheduled conference:

| | |
|---|---|
| April 6, 2020, cancellation requested by the parties | =$ 300.00 |
| Total Late Pre-Hearing Cancellation Fees | =$ 300.00 |

The Panel has assessed $150.00 of the late pre-hearing cancellation fees to Claimant.

The Panel has assessed $150.00 of the late pre-hearing cancellation fees jointly and severally to Continuing BGC Respondents.

## Postponement Fees
Postponements granted during these proceedings for which fees were assessed or waived:

| | |
|---|---|
| September 2-3, October 5-9, 12-16, 2020 postponement requested by Claimant | =$ 1,500.00 |
| January 10-14, 20-21, 24, 2022, postponement requested by Claimant | =$ 1,500.00 |
| April 5-8 and 11-13, 2022, postponement requested by the parties | =$ 1,500.00 |
| Total Postponement Fees | =$ 4,500.00 |

The Panel has assessed $2,250.00 of the postponement fees jointly and severally to Claimant.

The Panel has assessed $750.00 of the postponement fees jointly and severally to Continuing BGC Respondents.

The Panel has assessed $1,500.00 postponement fees to Respondent Jean-Pierre Aubin.

**Last-Minute Cancellation Fees**
Fees apply when a hearing on the merits is cancelled within ten calendar days before the start of a scheduled hearing session:

| | |
|---|---|
| April 5-8 and 11-14, 2022, cancellation requested by the parties | =$ 1,800.00 |
| Total Last-Minute Cancellation Fees | =$ 1,800.00 |

The Panel has assessed the total last-minute cancellation fees to Respondent Jean-Pierre Aubin.

**Hearing Session Fees and Assessments**
The Panel has assessed hearing session fees for each session conducted. A session is any meeting between the parties and the Arbitrators, including a pre-hearing conference with the Arbitrators, which lasts four (4) hours or less. Fees associated with these proceedings are:

One (1) pre-hearing session with a single Arbitrator @ $450.00/session          WAIVED
Pre-Hearing Conference:   April 20, 2021

One (1) pre-hearing session with a single Arbitrator @ $450.00/session          =$ 450.00
Pre-Hearing Conference:   April 26, 2021          1 session

Six (6) pre-hearing sessions with the Panel @ $1,500.00/session                =$ 9,000.00
Pre-Hearing Conferences:   November 21, 2019     1 session
                           May 22, 2020          1 session
                           June 23, 2021         1 session
                           October 4, 2021       1 session
                           December 6, 2021      1 session
                           April 7, 2022         1 session

Total Hearing Session Fees                                                     =$ 9,450.00

The Panel has assessed $3,975.00 of the hearing session fees to Claimant.

The Panel has assessed $3,975.00 of the hearing session fees jointly and severally to Continuing BGC Respondents.

The Panel has assessed $1,500.00 of the hearing session fees to Respondent BGC Financial, L.P.

All balances are payable to FINRA Dispute Resolution Services and are due upon receipt.

## ARBITRATION PANEL

| | | |
|---|---|---|
| Richard M. Gray | - | Non-Public Arbitrator, Presiding Chairperson |
| Lise Gabrielle Hunter | - | Public Arbitrator |
| Jennifer Lupo | - | Non-Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm, pursuant to Article 7507 of the Civil Practice Law and Rules, that I am the individual described herein and who executed this instrument, which is my award.

**Concurring Arbitrators' Signatures**


*Richard M. Gray*                                         09/07/2022
Richard M. Gray                                           Signature Date
Non-Public Arbitrator, Presiding Chairperson


*Lise Gabrielle Hunter*                                   09/07/2022
Lise Gabrielle Hunter                                     Signature Date
Public Arbitrator


*Jennifer Lupo*                                           09/04/2022
Jennifer Lupo                                             Signature Date
Non-Public Arbitrator


Awards are rendered by independent arbitrators who are chosen by the parties to issue final, binding decisions. FINRA makes available an arbitration forum—pursuant to rules approved by the SEC—but has no part in deciding the award.


September 12, 2022
Date of Service (For FINRA Dispute Resolution Services use only)