# **Exhibit 2**

1  Direct - Andriesz (Brickman)
2      THE WITNESS:  That would be --                    12:10
3      CHAIRMAN KHEEL:  In that time                     12:10
4  frame?                                                12:10
5      THE WITNESS:  Yeah, after he                      12:10
6  submitted it.  And I was instructing a                12:10
7  lawyer.  I talked to Mr. Tovar.                       12:10
8  Mr. Tovar submitted my TCRs and then                  12:10
9  he took -- because he had taken over.                 12:10
10 He handled the communication.                         12:10
11     CHAIRMAN KHEEL:  Mr. Tovar?                       12:10
12     THE WITNESS:  Yeah.  Mr. Tovar                    12:10
13 which would be in November 2016.                      12:10
14     CHAIRMAN KHEEL:  That's the kind                  12:10
15 of data that's helpful to me,                         12:10
16 November.  That's all I was trying to                 12:10
17 focus on is temporal issues.                          12:10
18 BY MR. BRICKMAN:                                      12:10
19     Q.  I just want to make sure we're                12:10
20 clear.                                                12:10
21         Your submission and the                       12:10
22 receipt -- to the extent 301 is a                     12:10
23 receipt -- and your initial conversations             12:10
24 all occurred with the -- at least with the            12:10
25 SEC while you were employed by BGC,                   12:10



```
 1        Direct - Andriesz (Brickman)
 2   correct?                                           12:10
 3        A.   That's correct.                          12:10
 4        Q.   All right.  Let's go back.  I            12:10
 5   just -- that was fresh in the Panel's              12:10
 6   head, and I wanted to correct any                  12:11
 7   misapprehension that Mr. Shah might have           12:11
 8   given with respect to this issue.                  12:11
 9        MR. SHAH:  Can we have less                   12:11
10      argument and more questioning perhaps?          12:11
11   BY MR. BRICKMAN:                                   12:11
12        Q.   Mr. Andriesz, can you please             12:11
13   give the Panel a description of your               12:11
14   history within the financial services              12:11
15   industry?                                          12:11
16        A.   Yes.  I first started in 1989.           12:11
17   I started in 1989 in the financial                 12:11
18   markets.  This is London.  This was when           12:11
19   the financial derivatives market was, late         12:11
20   '80s, was exploding, and I worked for a            12:11
21   Swiss Italian bank, called Banca della             12:11
22   Svizzera Italiana.  It's -- third or               12:11
23   fourth biggest Swiss bank.  And I joined           12:11
24   as a trainee trader.                               12:11
25            So I went through their trader            12:11
```



1      Direct - Andriesz (Brickman)
2  program.  I was transferred to Switzerland                    12:11
3  and I worked out there and I traded                           12:12
4  foreign exchange and fixed income rates                       12:12
5  markets and off balance sheet products                        12:12
6  derivatives.                                                  12:12
7      From there I went to Citibank.        12:12
8  And Citibank was in the Strand.  That's in                    12:12
9  central London, 1993, where I was head of                     12:12
10 the Italian rates and bond desk.  Citibank                    12:12
11 was one of the biggest players in the                         12:12
12 financial markets then and foreign                            12:12
13 exchange markets.                                             12:12
14     And then from there, I -- I did       12:12
15 a lot of training at Citibank.  It's a                        12:12
16 very professional institution.  And then I                    12:12
17 went to a large -- a large brokerage firm,                    12:12
18 which was probably the biggest derivatives                    12:12
19 broker in the world at the time.  I was                       12:12
20 speaking to many hedge -- hedge funds, and                    12:12
21 so it was a good place for me to go.                          12:12
22     So I joined them.  I actually         12:12
23 worked on the trading floor, which is                         12:12
24 called the light market, which is what                        12:12
25 deceived me, where you're trading in color                    12:13



1   Direct - Andriesz (Brickman)
2   jackets.                                                     12:13
3           And when that went electronic, I                     12:13
4   moved up into the office and worked for                      12:13
5   Man Financial, part of the Man Group.  It                    12:13
6   became -- spun off and became MF Global.                     12:13
7   And I did -- I worked a lot of my career                     12:13
8   at the place, and I was a highly                             12:13
9   successful producer.  I built my own team.                   12:13
10  We were one of the biggest producing teams                   12:13
11  in the office.                                               12:13
12       Q.   Where did you after Man                            12:13
13  Financial?                                                   12:13
14       A.   Man Financial -- so, Man                           12:13
15  Financial got in trouble in I think it                       12:13
16  was -- I think it's 2008, where they had a                   12:13
17  rogue trader.  I guess this is the                           12:13
18  importance of being -- having rogue                          12:13
19  traders.  So that guy lost $140 million                      12:13
20  trading at home -- trading illegal wheat                     12:13
21  contracts.                                                   12:13
22           So that really hurt the company.                    12:13
23  And then the US Senator Jon Corzine was                      12:14
24  joining from -- and it was a collaboration                   12:14
25  with Flowers institution, and they                           12:14



```
 1      Direct - Andriesz (Brickman)
 2   basically took over -- were taking over MF           12:14
 3   Global.                                              12:14
 4            And I left before Mr. Corzine               12:14
 5   came in.  I wasn't happy what they were              12:14
 6   going to do with their business plan.  And           12:14
 7   so I moved to Nomura, one of the biggest             12:14
 8   Japanese banks in the world, where I was a           12:14
 9   managing director and I ran the London               12:14
10   fixed income and equity derivatives                  12:14
11   divisions for that company.                          12:14
12            Managing director at bank is                12:14
13   quite, in my experience, is quite                    12:14
14   different from a managing director at a              12:14
15   brokerage like BGC.  It requires a lot of            12:14
16   skill, expertise, supervision,                       12:14
17   understanding -- absolute understanding of           12:14
18   compliance and regulations.                          12:14
19       Q.   Mr. Andriesz, why did you leave             12:15
20   Nomura?                                              12:15
21       A.   Because I knew the -- the                   12:15
22   executive managing director.  His name is            12:15
23   Steve Ashley.  And one of the reasons that           12:15
24   I've moved to Nomura is because I had a              12:15
25   hybrid broker payout.  But it also -- my             12:15
```



```
 1       Direct - Andriesz (Brickman)
 2   interest in going to Nomura was I've                    12:15
 3   always been very good at maximizing                     12:15
 4   business and clients, so I brought in all               12:15
 5   my clients and all of my brokers into that              12:15
 6   institution.  But, and I was -- I was able              12:15
 7   to enter into the -- the traders on the                 12:15
 8   actual trading floor.                                   12:15
 9          So I suddenly got a whole new                    12:15
10   group of clients from Nomura, their                     12:15
11   internal traders.  And I'm giving them                  12:15
12   ideas and talking about market.                         12:15
13          He started getting rid of                        12:15
14   everyone.  So that element of the                       12:16
15   increased production from the internal                  12:16
16   business was disappearing, and the deal I               12:16
17   was on was lower -- a commission deal was               12:16
18   a lower percentage payout than I would                  12:16
19   have got at a brokerage.  So it didn't                  12:16
20   make financially any sense, and we left                 12:16
21   off -- left off two years but we made them              12:16
22   a huge amount of money.                                 12:16
23       Q.    Where did you go?                             12:16
24       A.    I went to BGC.                                12:16
25       Q.    Where?  Where in BGC?                         12:16
```

