# Exhibit 3

```
ARBITRATION  Vol. IV Conf.                          January 12, 2024
ANDRIESZ V. BCG FINANCIAL, L.P.                                 1320
```

```
 1          ARBITRATION DAY IV - CONFIDENTIAL
 2      You're talking about her September visit to the
 3   Singapore office, correct?
 4      A.    This is my lawyer who wrote that, my previous
 5   lawyer.                                                  03:01:04
 6      Q.    Okay.  Maybe I should start with is there
 7   anything false between 132 and 134, those paragraphs?
 8   Anything just untrue in these allegations?
 9           (Pause.)
10             THE WITNESS:  "Well outside contractual        03:01:25
11        duties" ... through to 134?
12   BY MR. SHAH:
13      Q.    Yes, sir.
14      A.    Yes.
15             MR. BRICKMAN:  He wants to know if             03:01:43
16        anything's false.
17   BY MR. SHAH:
18      Q.    Anything you'd retract?
19      A.    I'm not retracting anything.
20      Q.    Okay.  It says "Choukroun's visit brought       03:01:53
21   this circumstance to light," reflecting -- it says "It
22   turned out that the Singapore office did not have a
23   license for futures trading and Webster had no intention
24   of getting one."
25        Do you see that?                                    03:02:04
```



```
ARBITRATION  Vol. IV Conf.                          January 12, 2024
ANDRIESZ V. BCG FINANCIAL, L.P.                                 1321
```

```
 1            ARBITRATION DAY IV - CONFIDENTIAL
 2      A.    Yes.
 3      Q.    So you knew the whole time that you were
 4  recruiting Ms. Choukroun that she didn't have -- that
 5  BGC did not have a Singapore futures license, right?      03:02:16
 6      A.    Did I know the whole time?
 7      Q.    The whole time?  You were aware --
 8      A.    No, I didn't know the whole time.  I was
 9  actually told you did have a license and then found out
10  you didn't, and then we were trying to find a solution,   03:02:26
11  because I was actually told you did have a license by
12  Mr. Aubin, but he didn't know.
13      Q.    You were told many, many times by Mr.
14  Webster, Annette Fong, and others that you did not have
15  a Singapore futures license, right?                       03:02:38
16      A.    Yeah, but Mr. Aubin is more senior than Mark
17  Webster, so he is running the show.  I'm speaking to
18  Mr. Aubin, he's speaking to Elise Choukroun, and Mark
19  Webster is getting upset because Mr. Aubin is
20  controlling the situation, not me.                        03:02:52
21      Q.    Okay.  Maybe we can at least agree on this.
22  If you go to paragraph 136, in the second sentence,
23  where you claim that "The whole Elise Choukroun debacle
24  caused a heart attack"?
25      A.    Where is this?                                  03:03:07
```



800.211.DEPO (3376)
EsquireSolutions.com

```
ARBITRATION  Vol. IV Conf.                              January 12, 2024
ANDRIESZ V. BCG FINANCIAL, L.P.                                     1322
```

 1        ARBITRATION DAY IV - CONFIDENTIAL
 2       Q.    Paragraph 136, last sentence.  You will at
 3   least admit that that's not true, right?
 4       A.    I do not admit that that's not true.  It --
 5   the chaos is that I experienced since 2012, but notably       03:03:17
 6   when I moved to New York, the stress of that caused the
 7   heart attack compiled with the absolute chaos in hiring,
 8   what should be a simple process.  And if it's not a
 9   simple process, you don't get her to sign a contract and
10   you do not start paying her.                                  03:03:39
11       You started paying her.  That means someone signed
12   off and they're happy for her to be in the office.
13   Otherwise, you wouldn't start paying her.
14       Q.    You had a heart attack in July of 2015, sir?
15       A.    Yes, I did.                                         03:03:52
16       Q.    Mr. Webster's email to you took place in
17   September 2015, correct?
18       A.    Yeah.  He knew I'd had a heart attack, so
19   wrote those emails on purpose, I guess.
20       Q.    Tell me more about that.                            03:04:04
21       A.    What do you mean?
22       Q.    You think -- you think Mr. -- you think
23   Mr. Webster wrote you that email on purpose because he
24   knew you had a heart attack?
25       A.    Well, he -- it's highly unprofessional that         03:04:14



800.211.DEPO (3376)
EsquireSolutions.com

```
 1            ARBITRATION DAY IV - CONFIDENTIAL
 2   he -- I mean, I would never write that email in the
 3   first place, but if I knew someone had just had a heart
 4   attack and were recovering and trying to do a good job
 5   and being extremely proactive, there's no way I would        03:04:30
 6   ever write that, because I know that if I did that, it
 7   would exacerbate that person's conditions and cause them
 8   harm.
 9       So is Mr. Webster aware that I had had a heart
10   attack?  Yes, he is, because he spoke to me in the           03:04:45
11   London office.
12              CHAIRMAN KHEEL:  Could you read the
13          question back?
14              (Thereupon, the requested portion of the
15          stenographic record was read back by the              03:05:02
16          shorthand reporter.)
17              CHAIRMAN KHEEL:  I understand your
18          answer, but it wasn't directly responsive to
19          the question, which was:  "Do you think he did
20          it because you had a heart attack?"                   03:05:10
21              And I only use that as -- I don't want
22          you to change your answer.  I just want to use
23          it as an example of listening to the
24          question --
25              THE WITNESS:  Yeah, I --                          03:05:21
```



```
 1              ARBITRATION DAY IV - CONFIDENTIAL
 2              CHAIRMAN KHEEL:  -- and only answering
 3        the question as asked.
 4              I know you have a lot you want to say.
 5        You're welcome to say it, but I think it would    03:05:28
 6        help us all if you could just answer the
 7        precise question.
 8              I don't want any further -- you know,
 9        answers with respect to that, because I think
10        you covered the field.                            03:05:39
11              But, Mr. Shah, you --
12              THE WITNESS:  I have no idea whether he
13        did it on purpose or not.
14   BY MR. SHAH:
15        Q.    Okay, but that email could not have caused  03:05:47
16   your heart attack, because you'd had it months earlier,
17   fair?
18        A.    If it came after the -- yeah, it came after,
19   so that's agreed.
20        Q.    Okay.  I want to shift gears a little bit.  03:05:57
21              (Thereupon, an informal discussion was
22         held off the record.)
23   BY MR. SHAH:
24        Q.    One of your allegations in this case is that
25   when you returned from an administrative leave in       03:06:39
```



```
 1              ARBITRATION DAY IV - CONFIDENTIAL
 2    February 2016, you received a warning letter, a conduct
 3    warning, that you contend was retaliation, correct?
 4         A.    What page are you on?
 5         Q.    There's no document in front of you.  I just      03:06:59
 6    want to set the stage.
 7               ARBITRATOR ELKIND:  Did you have a date,
 8         time?  I know it's somewhere floating around.
 9               (Indistinguishable crosstalk.)
10               MR. BRICKMAN:  February 2016.                     03:07:07
11               CHAIRMAN KHEEL:  You have at least three
12         warning letters.
13    BY MR. SHAH:
14         Q.    One of the allegations in your case is that
15    when you returned from an administrative leave in            03:07:14
16    February 2016 --
17         A.    Yes.
18         Q.    -- you received a conduct warning that you
19    claim in this case is retaliation for you engaging in
20    (inaudible); is that right?                                  03:07:25
21         A.    Obviously, they -- a conduct warning.  They
22    tried several conduct warnings.
23         Q.    And the one that you received when you
24    returned from the administrative leave in February
25    related to a certain payment arrangement with members of    03:07:40
```



800.211.DEPO (3376)
EsquireSolutions.com