# **Exhibit 4**

ARBITRATION  Vol. IX Confidential          January 25, 2024
Andriesz v BGC Finanial                                  42

```
 1   S. Andriesz - Redirect - Mr. Brickman
 2   documentation or subject
 3   matters/areas they might be looking
 4   at?
 5        THE WITNESS:  Yes.
 6        ARBITRATOR ELKIND:  Did they do
 7   that with respect to the NFA audit
 8   that you were not present for?
 9        Before the date they were
10   scheduled to come, did you receive
11   any pre-communications from the NFA
12   about the subject areas or what
13   documentation they needed to perform
14   that audit?
15        THE WITNESS:  I didn't receive
16   the direct communication.
17        They would have communicated
18   with probably the head of compliance.
19        And then if they come in for an
20   audit, which they have to set a date,
21   right?
22        So they would if they don't
23   just turn up on the front door,
24   they've arranged the audit.
25        I'm supposed to be reporting to
```



800.211.DEPO (3376)
EsquireSolutions.com

```
ARBITRATION  Vol. IX Confidential                January 25, 2024
Andriesz v BGC Finanial                                        43
```

```
 1   S. Andriesz - Redirect - Mr. Brickman
 2   them and to be interviewed by them?
 3           ARBITRATOR ELKIND:  Perhaps.
 4           But did the compliance
 5   department communicate with you about
 6   this pending audit?
 7           THE WITNESS:  I knew the NFA
 8   were coming in.
 9           ARBITRATOR ELKIND:  No, no, but
10   did your compliance office in
11   New York --
12           THE WITNESS:  Yes, sir.
13           ARBITRATOR ELKIND:  --
14   communicate with you about this
15   pending audit?
16           THE WITNESS:  They did, yes.
17           ARBITRATOR ELKIND:  And what
18   did they communicate to you?
19           THE WITNESS:  That the NFA were
20   coming in to do an audit.  And that's
21   when I was pressured to rubber stamp
22   the signatory.
23           And I refused and said I'm not
24   going to lie to the NFA.
25           MR. BRICKMAN:  That's my next
```



```
 1        S. Andriesz - Redirect - Mr. Brickman
 2      question.
 3             ARBITRATOR ELKIND:  Thank you.
 4             THE WITNESS:  Was it okay?  Did
 5      I answer --
 6             ARBITRATOR ELKIND:  Yes, yes,
 7      perfect.
 8   BY MR. BRICKMAN:
 9      Q     Prior to the NFA audit, and
10      prior to, on February 8, being placed on
11      paid administrative leave, did you
12      communicate to anyone at BGC that you
13      were going to report certain things to
14      the NFA when they came in to audit?
15      A     I said I'm not going to lie
16      about what the company is doing to the
17      NFA.
18             I said ahead of that audit, I'm
19      not going to lie.  And I would be
20      reporting breaches in regulation,
21      accounting, everything that a branch
22      manager's signatory would be responsible
23      for.
24      Q     If we look for a second at
25      Exhibit 174, Mr. Andriesz --
```



```
 1        S. Andriesz - Redirect - Mr. Brickman
 2        A    Yes.
 3        Q    -- that's an email you wrote to
 4   Ms. Risotto on February 4, 2016, correct?
 5        A    Yes.
 6        Q    What does that email relate to?
 7        A    This is the NFA audit.
 8             I'm reporting the fraudulent
 9   accounting, highlighting how big an issue
10   that is for the company.
11             And I've reported this to the
12   head of compliance, Mike Sulfaro.
13             And then JP told me --
14   Mr. Aubin told me not to -- told me not
15   to.
16        Q    And you write:
17             "I just had a meeting with
18        him," meaning Mike Sulfaro, "about
19        the NFA visit, and I'm noting to
20        lie about what is going on."
21        A    Yes.
22        Q    For the record, I have reported
23   this even though JP told me not to.
24        A    Correct.
25        Q    Now, four days later on
```



```
 1        S. Andriesz - Redirect - Mr. Brickman
 2   February 8th, you were placed on
 3   administrative leave, correct?
 4        A    Correct.
 5        Q    And just so everyone is on the
 6   same page, if we look at Exhibit 195,
 7   that's the letter you received, did you
 8   not, about being put out on
 9   administrative leave, correct?
10        A    Yes, I was just reading it.
11             MR. SHAH:  You're looking at
12        the wrong document.
13             MR. BRICKMAN:  Oh, no.  This is
14        the February 22.
15             THE WITNESS:  This is 195.
16             MR. BRICKMAN:  No, no.
17   BY MR. BRICKMAN:
18        Q    So February 8th.
19        A    What page, please?
20        Q    I just have to find it.
21             Give me one second.
22             I'm sorry, it's 185.  I
23   apologize.
24             So you were put out according
25   to this letter, Mr. Andriesz, from
```



```
 1        S. Andriesz - Redirect - Mr. Brickman
 2   February 8th through February 19th.
 3           Do you see that?
 4        A    Yes.
 5        Q    And, to the best of your
 6   recollection, did the NFA audit you had
 7   discussed with Mr. Sulfaro occur during
 8   the period that you were put out?
 9        A    Yes.
10           MR. SHAH:  Objection.
11        Foundation.
12           I don't think this witness has
13        any basis to testify about whether
14        the audit took place while he wasn't
15        in the office.
16           ARBITRATOR KHEEL:  In terms of
17        the timing, though, when it actually
18        occurred.
19           MR. BRICKMAN:  He certainly
20        does.  He spoke and met with
21        Mike Sulfaro about the NFA audit.
22           ARBITRATOR KHEEL:  No, no, no,
23        no.
24           As I am hearing it, a very
25        technical question is:  What evidence
```



800.211.DEPO (3376)
EsquireSolutions.com

```
ARBITRATION  Vol. IX Confidential                January 25, 2024
Andriesz v BGC Finanial                                        48
```

```
 1   S. Andriesz - Redirect - Mr. Brickman
 2   do we have that the audit took place
 3   on a particular date?
 4        MR. BRICKMAN:  You have
 5   testimony of this witness, and you
 6   have testimony of this witness
 7   talking about, prior to the NFA
 8   audit, he had met with and spoke to
 9   Mike Sulfaro.
10        ARBITRATOR KHEEL:  No, I got
11   everything.
12        MR. BRICKMAN:  So he obviously
13   knew --
14        ARBITRATOR KHEEL:  That it was
15   going to take place?
16        ARBITRATOR ELKIND:  Within a
17   certain time frame, but not a
18   date-specific.
19        MR. SHAH:  Right.
20        That's all I'm asking.
21        ARBITRATOR ELKIND:  But I think
22   we're talking about a date-specific?
23        MR. SHAH:  I think witnesses
24   will come that actually know the
25   answers to these questions.  So you
```

