# **Exhibit 7**

```
 1           M. Sulfaro - Cross - Ms. Cardenas
 2     heat products and the nat-gas and some
 3     energy products.
 4           So that was their primary
 5     focus, not traditional futures.
 6       Q    What does Mr. Andriesz trade?
 7     Do you know?
 8       A    Traditional futures.
 9       Q    So not commodities?
10       A    He does not do commodities.
11       Q    How do you -- how do you say
12     it?
13       A    It's "commoditized futures."
14       Q    Commoditized futures.  Thank
15     you.
16           I'm going to hand you and the
17     panel -- I think this is 469.
18           ARBITRATOR KHEEL:  It's new to
19       the book?
20           MS. CARDENAS:  Yes, it's new to
21       the book.
22           And we'll get you electronic
23       versions, too.
24     BY MS. CARDENAS:
25       Q    Mr. Sulfaro, you can take a
```



```
ARBITRATION  Vol. IX Confidential                January 25, 2024
Andriesz v BGC Finanial                                       265
```

```
 1        M. Sulfaro - Cross - Ms. Cardenas
 2   on-site?
 3        A    Correct.
 4        Q    Do you know whether
 5   Mr. Andriesz was back from being his
 6   administrative leave, at this point?
 7        A    I'm not sure.  I believe he
 8   was.
 9        Q    Ms. Hass, who's the sender of
10   the bottom email, do you work with Ms.
11   Hass?
12        A    Yes, I do.
13        Q    Can you tell me the panel a
14   little bit about her experience?  Because
15   there was an allegation she was not
16   qualified to review futures activity.
17             Do you agree with that
18   statement?
19        A    I do not.  Christie has a lot
20   of experience.
21             She's been with the firm for
22   more than 20 years.  She was head of
23   surveillance at this time.
24             Right now, she's one of the
25   head business managers in the U.S.
```



```
 1        M. Sulfaro - Cross - Ms. Cardenas
 2   moment to review this document.
 3            It's a document bearing Bates
 4   stamp BGC00008394.  It's dated March 1st,
 5   2016, on the top email.
 6            If you look at the bottom
 7   email, it's an email from Christie Hass,
 8   who we've heard a little bit about today,
 9   to Mr. Andriesz, and copying you, Mr.
10   Sulfaro.
11            What does this email tell you
12   about the timing of the NFA on-site exam
13   in 2016?
14      A    We wanted to provide a lot of
15   the documents before March 1st, which was
16   their start date.
17            I think we'd provided a lot of
18   the trading activity already, and we
19   provided some other documents, and then
20   they wanted some corporate governance
21   stuff.
22            I believe this was referencing
23   like an org chart, just a personal chart.
24      Q    So this email exchange would
25   have been in advance of the NFA being
```



```
 1        M. Sulfaro - Cross - Ms. Cardenas
 2           She has, I would say, plenty of
 3   licenses:  3, 7, 24.  So she has the
 4   supervisory licenses.
 5           And she, as head of
 6   surveillance, was reviewing a lot of
 7   trading activity, more so than probably
 8   most of the supervisors.
 9           She would be really diving in
10   on stuff.
11      Q    Switching gears a little bit --
12           Oh, actually, one last question
13   on the NFA exam.
14           Do you recall or did you
15   observe Mr. Andriesz being excluded from
16   any NFA regulator when they were on-site?
17      A    No.  The NFA regulators were in
18   a conference room right on 199,
19   19th floor.  And we actually put a note
20   on the door, "Reserve for the NFA."
21      Q    So switching gears a little
22   bit, I'm going to go backwards a little
23   bit to BGC's compliance group.
24           So does BGC maintain any formal
25   compliance policies that brokers are
```



```
 1        M. Sulfaro - Cross - Ms. Cardenas
 2   subject to?
 3       A    Yes.
 4            So we have a written
 5   supervisory procedures manual, and we
 6   have an IB manual.
 7            The IB manual would be more in
 8   focus here for the actual stuff that
 9   pertains to futures because it's part of
10   the IB group.
11            The procedures will outline all
12   the basic things that they need to do,
13   supervising signing off, all the
14   different rules and regulations that
15   follow there.
16            Any type of special reviews
17   would be in the appendix to those manuals
18   and stuff.  And that's basically what the
19   supervisors are going to review, or what
20   they should review.
21       Q    You're familiar with the WSPs,
22   as you call them?
23       A    Yes.
24       Q    Are they distributed to brokers
25   when they join BGC, or how are they
```

