# **Exhibit 15**

# Exhibit 69

| | |
|---|---|
| **From:** | McLachlan, Jonathan [JMcLachlan@bgcpartners.com] |
| **Sent:** | 5/15/2015 5:55:02 PM |
| **To:** | Rosado, Dyanne [DRosado@cantor.com]; Aubin, Jean Pierre [jpa@bgcpartners.com] |
| **Subject:** | Re: Simon Andriesz: Notice to return to London |

For point 3 I would just point out that he and i already agreed to have further discussions next week - nothing has changed on my side, I am working to the plan we agreed.

---

**From:** Rosado, Dyanne
**Sent:** Friday, May 15, 2015 06:47 PM
**To:** McLachlan, Jonathan; Aubin, Jean Pierre
**Subject:** RE: Simon Andriesz: Notice to return to London

I believe the issue was compounded by a check he received today in the amount of Gross $4345. Net $2164. Which was explained as Q1 bonus for the US. Incidentally, he has returned this check to me stating, that he will not accept it.

I have reached out to US legal – Kim Malaska - in order to draft a response to Simon but I will be speaking with him to tell him that: 1) he is under contract in the US, 2) he should not do anything drastic, like break his housing lease, and 3) that we need to have further discussions next week to resolve his issues.

Please advise if there is anything else that you would like me to communicate to him today.

Thank you,
Dyanne

---

**From:** McLachlan, Jonathan
**Sent:** Friday, May 15, 2015 1:38 PM
**To:** Rosado, Dyanne; Aubin, Jean Pierre
**Subject:** RE: Simon Andriesz: Notice to return to London

I am very surprised by Simon's email as I spoke at length to Simon yesterday, listened to his concerns and agreed a way forward which was to sort out any issues by the end of this month including a review of his US deal which I will prepare for JP/SW review. Outstanding issues are:

- Q2 & Q3 bonus WAS awarded but he should have sold stock to get to 90% cash. This has now been done and Dyanne has the check for this in her hand to give to Simon. Simon knew that this has been sorted out on 5 May and that he would get the cash today. I do not know why he is returning to the issue now as we fixed it weeks ago.

- Simon received his Q1 US override bonus today. The contractual payment is zero, JP proposed $12k which SW approved. The net to Simon on the cash part of this bonus is $2k. He has returned it saying it is a humiliating amount and asked that we give it to charity.

- The $20k advance JP agreed to make. Simon said he did not want this – he now does. He needs to sign a loan form and then he can have this money.

The main issue here is that he wants to re-write his deal as he feels the US part of the contract does not give him enough reward. I have said I am open to the idea of having this reviewed and would make a review happen by the end of the month. He was satisfied with this position yesterday. Clearly he is not now.

---

**From:** Rosado, Dyanne
**Sent:** 15 May 2015 18:22

CONFIDENTIAL

**To:** McLachlan, Jonathan; Aubin, Jean Pierre
**Subject:** Simon Andriesz: Notice to return to London

Please see below. We should speak in order to craft a response.

- Dyanne

---

**From:** Andriesz, Simon
**Sent:** Friday, May 15, 2015 1:16 PM
**To:** Rosado, Dyanne
**Subject:** Notice to return to London


Dyanne , please take this as notice that I will have to return to the UK because I have not been paid my bonuses by BGC as reconciled since Q3/Q4. This is not decision I take lightly and is deeply regrettable to me. The business is going very well , both the NY, Chicago and London teams are all coming together well as a global group and we are certainly making a name for ourselves with the client base and in the market.
In terms of the overall business, I feel I have done a good job in restoring order, stabilizing the brokers teams in a very chaotic situation and fulfilled absolutely my responsibility in terms of managing all 3 teams . The business runs smoothly because I have a lot of experience and manage well, not because it is easy. I received a 2000 USD bonus Q1 for overseeing 3 centers , while an accounts person received 15 000 for doing nothing except sign a few forms. On this basis it seems BGC wants to pay me just for production and puts no value nothing I'm doing . This is fine and so then I need to focus on purely client facing . The current role takes away 50% of time on management work and I have had to hire my own business manager to help BGC out ( at a personal cost to me of 75000 to deal with all the business activities and broker numbers). If I'm not being paid for an MD/management role and I'm also not being paid Broker commission related to contractual bonuses , then I'm not left with any other choice but to leave. This doesn't really need much explanation I feel. It's very clear no one would work for nothing. I have been on every week since December in a very calm and patient way. Unfortunately nothing has been done despite my efforts to rectify the situation and I can't sustain this . It causes me a lot of anxiety and really I just want to excel at my job and grow the business for BGC.
 I need to speak to Gehry Building about breaking my rental contract , can I assume BGC will not pay anything towards this for the penalty ?
Regards , Simon

*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*

