# **Exhibit 16**

# Exhibit 101

**From:** Rosado, Dyanne [DRosado@cantor.com]
**Sent:** 9/18/2015 8:29:34 PM
**To:** Aubin, Jean Pierre [jpa@bgcpartners.com]
**Subject:** URGENT: SIMON ANDRIESZ

Jp,

Please note, Simon has come into my office and stated that he is resigning as a result of the email exchange with Mark Webster.

I have asked him to wait to speak with you next week as he will be in London and I stated that I will not be terminating him until I hear from you because he under contract.

*Dyanne M. Rosado*
**Deputy Director of Human Resources**
Cantor Fitzgerald|BGC Partners
1 Seaport Plaza, New York, NY 10038
t - 646 346 7218|m – 646 379 4647
drosado@cantor.com |f - 646-514-9040

---

**From:** Andriesz, Simon
**Sent:** Friday, September 18, 2015 4:21 PM
**To:** Rosado, Dyanne
**Subject:**

Please let me know if I need to go into the office Monday. We also have to talk about my recent rental and also my work Visa . I am extremely sad about all this and the wasted opportunity at BGC.
Thanks for all your help.
Regards , Simon

*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*



CONFIDENTIAL