# Exhibit 17

# Exhibit 119

| | |
|---|---|
| **From:** | Andriesz, Simon [SAndriesz@bgcpartners.com] |
| **Sent:** | 10/16/2015 2:42:19 PM |
| **To:** | Edward Kirk [Edward.Kirk@smab.co.uk] |
| **Subject:** | FW: Harrasement |

I have sent this to those animals

*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*



---

**From:** Andriesz, Simon
**Sent:** Friday, October 16, 2015 10:30 AM
**To:** 'jribet@lmplaw.co.uk'; 'jlevison@LMPlaw.co.uk'; 'spigott@LMPlaw.co.uk'
**Subject:** Harrasement

I am just about to board a flight to see my son. Your continued abuse and harassment is noted. I have just had a heart attack and you caused this through blackmail and the dissemination of my private information which caused severe anxiety and depression. You will be held accountable for this. Again , cease immediately . You are a disgusting law firm who prey on vulnerable people and I am going to expose you and ensure you never do this to anyone ever again.

*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*



CONFIDENTIAL                                                                                                                                    BGC00011641