# **Exhibit 18**

# Exhibit 126

| | |
|---|---|
| **From:** | Andriesz, Simon [SAndriesz@bgcpartners.com] |
| **Sent:** | 11/20/2015 2:34:25 PM |
| **To:** | Edward Kirk [Edward.Kirk@smab.co.uk]; Simon Conroy [Simon.Conroy@smab.co.uk] |
| **Subject:** | FW: Harassement |
| **Attachments:** | 115112012125602125.gif; FAX_20151120_1448018315_26.pdf |

**Importance:** High

FYI .. I'm going to spend every penny I have destroying this person as they have destroyed my life.

---

**From:** Andriesz, Simon
**Sent:** 20 November 2015 14:25
**To:** 'jribet@lmplaw.co.uk'; 'jlevison@LMPlaw.co.uk'; 'spigott@LMPlaw.co.uk'
**Subject:** Harassement
**Importance:** High


Ribet , I have received this disgusting fax from you .. I have told you not to harass and bully me . I will be using this as further evidence against you . You caused so much stress it caused a heart attack and you are continuing to do deliberately cause me harm despite receiving warnings from a leading NY cardiologist not to do so.. I am allowed to get on with my life, recover and meet someone nearly two years later. You can't deny me access because I'm going to lunch and bowling with a friend ! Have you lost your mind ? I know how to respect my son and his feelings. Any suggestion otherwise is your perverted thinking. Your continued desire to persecute and harass me will be dealt with in the most severe way I promise you.. I will not stop until you are disbarred permanently and never allowed to practice law again . You are a disgusting human being and I will prove this in court.

CONFIDENTIAL

BGC00011643

CONFIDENTIAL

# Levison • Meltzer • Pigott

Our Ref:  JR/7298-2/nb/00713481                                             20 November 2015
Your Ref:  SC/23180/1

Secretary e-mail: nbrown@lmplaw.co.uk
Secretary direct line: 020 7556 2421

Simons Muirhead & Burton
DX 144060 Soho Square 5

By DX and Fax:  020 3206 2800

# URGENT

Dear Sirs

**Mr and Mrs Andriesz**
**Dylan**

It is deeply regrettable that your client instructed you to write to us in relation to what is an important issue (the introduction of his girlfriend to Dylan) at the very last minute.

Of course these situations arise when couples separate and of course our client accepts that Dylan ought, in due course, to be introduced to your client's girlfriend providing she is a serious fixture in his life.

This however needs to happen very gradually and over time. That approach is one that is in Dylan's best interest.

Our client simply does not accept that this is the right time for the introduction to be made.

She says this for a number of reasons:

1.  Dylan has not seen his father for a month since your client's last visit (23-25 October).

2.  Dylan is supposed to be spending Christmas with your client – this is the first time that Dylan is spending Christmas with your client since the divorce and more importantly, the first time that Dylan will be going to stay in New York with your client.

3.  The trip to New York is a long period of time for Dylan to be away from home and in a new environment.

Our client understands that as well as taking Dylan to New York your client may well also be taking him on holiday to the Bahamas for 10 days.

Our client would not be available to support Dylan and help him understand the new arrangements.

Our client's position is clear.

Cont/...

Divorce & Family Law Solicitors

Authorised and regulated by the Solicitors Regulation Authority (No. 282412)
45 Ludgate Hill, London EC4M 7JU • Tel 020 7556 2400 • Fax: 020 7556 2401
DX: 200 London Chancery Lane • e-mail: enquiries@LMPlaw.co.uk

Jeremy Levison • Simon Pigott • Alison Hayos • Nicola Fletcher • Julian Ribet • Amanda Andrews • Alistair Myles

CONFIDENTIAL                                                                                                                         BGC00011644

# Levison • Meltzer • Pigott

Page 2                                                                                          20 November 2015

If your client is willing to focus purely on Dylan during the 10 day period that Dylan is to be spending with him without his girlfriend being present then our client is agreeable to Dylan going with him to New York and the Bahamas. If however your client is living with his girlfriend (and has not told our client of this) and/or has made plans for her to join them during Christmas either in New York or in the Bahamas then our client's view is that that would not be in Dylan's best interest, would not be appropriate and Dylan's trip to New York will need to be postponed.

As indicated above, it is our client's clear view that in due course, Dylan should be introduced to your client's girlfriend and this should be a gradual process after Dylan gets to know her and feels more comfortable with the situation. At that point in time the parties can then start considering the way in which Dylan may spend more time with both your client and his girlfriend either over weekends or going away with them for a longer period.

This situation would, our client feels, be far better discussed directly between the parties than via solicitors.

Your client is of course picking up Dylan this evening at 7pm.

You will therefore need to confirm by 3pm this afternoon that he will not be introducing Dylan to his girlfriend this Sunday and that she will not be present during his agreed time with Dylan over this weekend (20-22 November) and the following weekend (27-29 November).

Please therefore contact your client and take his urgent instructions by return.

Please could your client confirm either by your firm to us or directly to our client by 4pm on 25 November whether he would still like to spend time with Dylan from 17 to 28 December on the strict condition that his new girlfriend would not be present during that time.

Our client's position is clear. If your client is unable to agree to this and would like to spend these 10 days with his girlfriend instead our client will respect this decision and will make alternative arrangements for Dylan for Christmas and the 10 day period between 17 and 28 December.

Yours faithfully

Levison Meltzer Pigott