# **Exhibit 19**

# Exhibit 147

| | |
|---|---|
| **From**: | Carmichael, Sandra [SCarmichael@bgcpartners.com] |
| **Sent**: | 1/26/2016 6:31:12 PM |
| **To**: | Aubin, Jean Pierre [jpa@bgcpartners.com] |
| **Subject**: | FW: Andriesz |

FYI

**From:** Rosado, Dyanne
**Sent:** 26 January 2016 18:28
**To:** Carmichael, Sandra
**Subject:** Andriesz

Hi Sandra – I hate to bother you with this but, we need to coach Simon to stop telling his staff that he is not returning to NY. This is the 3rd time in about 12 months that he threatens to resign (the Firm, his managerial post or the NY assignment). He cannot tell his staff that he does not think he is returning. The team in NY asked me today if he is indeed not returning.

It is silly and unprofessional – do you have any insight into the situation. Aldric and he appear to be disagreeing about bonus calculations..

**Dyanne M. Rosado**
**Deputy Director of Human Resources**
Cantor Fitzgerald|BGC Partners
1 Seaport Plaza, New York, NY 10038
t - 646 346 7218|m – 646 379 4647
drosado@cantor.com |f - 646-514-9040

CONFIDENTIAL