# **Exhibit 20**

# Exhibit 151

**From:** Andriesz, Simon [SAndriesz@bgcpartners.com]
**Sent:** 1/28/2016 3:34:53 PM
**To:** Aubin, Jean Pierre [jpa@bgcpartners.com]
**Subject:** RE: London desk situation

Jp what about all the revenue being generated form my business in the pit , pit rebates , CME rebates and crosses. I haven't asked for this revenue at all.. but still it's generated form my clients and brokers clients  . I don't mind you keeping it , but don't say I'm negative.. I am absolutely not and I Never agreed an offset US VS London . why would I do that ? ..it's not my London team's fault that Mike created chaos and left and I had to pick up the pieces.. They can't be accountable  for that. I can't work without getting paid , I need the money . I absolutely want to grow the business and produce , but if you support this you will force me into a place I can't get out of financially. It will be a disaster all round for me and BGC.

**From:** Aubin, Jean Pierre
**Sent:** 28 January 2016 15:29
**To:** Andriesz, Simon
**Subject:** Re: London desk situation

Simon,

It is Aldric job

I need you to tell him where he is wrong if he is wrong
Our business is simple

I agree London is on profit but it looks like in nyc only Paul is

Jp Aubin
Executive Managing Director
BGC Partners
www.bgcpartners.com

**From:** Andriesz, Simon
**Sent:** jeudi 28 janvier 2016 16:27
**To:** Aubin, Jean Pierre
**Subject:** RE: London desk situation

JP he's not my boss id dint sign up for an accountant who does not understand the business. He is never available to speak and he refuses to talk. I have a serious situation on my hands with people threatening  to leave if not paid. Aldric is producing false accounting and now I've reached my limit . I am getting very sick through the stress. I cant be expected to work under these conditions .. I just want to produce and grow the business . Tell Aldric he needs to unravel the mess he has created very quickly. Both the US and the London are in  large profit .

**From:** Aubin, Jean Pierre
**Sent:** 28 January 2016 15:23
**To:** Andriesz, Simon
**Subject:** Re: London desk situation

You need to find an agreement on nyc Chicago and London figures with Aldric

Pls talk to him

CONFIDENTIAL                                                                                                                                                                                              BGC00008149

Jp Aubin
Executive Managing Director
BGC Partners
www.bgcpartners.com

**From:** Andriesz, Simon
**Sent:** jeudi 28 janvier 2016 16:16
**To:** Aubin, Jean Pierre
**Subject:** London desk situation

Ok JP I'm available. Just so you know what is going on . Aldric revealed the bonus pool numbers to Jeremy and he in turn told few on the desk. These numbers are highly confidential and he stated that despite producing a million dollars in revenue they will receive no bonus because the US is in deficit. The US is not in deficit and this disclosure has created huge chaos on the London desk.   How do you expect these guys to come and work flat out to produce if they are being told they won't get paid ? Aldric has created an extreme situation since he got in and I have to pick up the pieces  , keep everyone motivated . This is a serious misconduct  and totally unprofessional.
Thanks, Simon

CONFIDENTIAL                                                                                                                                                                        BGC00008150