# **Exhibit 21**

# Exhibit 178

| | |
|---|---|
| **From:** | Andriesz, Simon [SAndriesz@bgcpartners.com] |
| **Sent:** | 2/5/2016 1:05:27 PM |
| **To:** | Aubin, Jean Pierre [jpa@bgcpartners.com] |
| **CC:** | Rosado, Dyanne [DRosado@cantor.com]; Dreste, Patricia [PDreste@cantor.com]; Scotto, Louis [LScotto@bgcpartners.com] |
| **Subject:** | RE: London and NY |

That was a private mail and was in response to an incident that happened during a Tandberg. I will have another meeting with HR later and hopefully an independent investigation can be carried out and a decision can be reached. The chain of e mails is in response to you this morning, since then you told me to sit tight and not do anything. I do not accept your comments sorry and you have manipulated the truth again. I'm very happy with no more e mails as I am trying to work.
Thanks, Simon

*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*



---

**From:** Aubin, Jean Pierre
**Sent:** Friday, February 05, 2016 8:01 AM
**To:** Andriesz, Simon
**Cc:** Rosado, Dyanne; Dreste, Patricia; Scotto, Louis
**Subject:** RE: London and NY

Simon,

Please stop this chain of emails

You sent me an email, no one forced you, this email is crystal clear and its content is common sense. I do share this content and I agreed.
Re your meeting with HR in nyc, it is separate and P Dresde and D Rosado are running it

Best

Jp Aubin


Executive Managing Director

www.bgcpartners.com



---

**From:** Andriesz, Simon
**Sent:** vendredi 5 février 2016 13:57
**To:** Aubin, Jean Pierre

**Cc:** Rosado, Dyanne; Dreste, Patricia; Scotto, Louis
**Subject:** RE: London and NY

JP as you told me , leave it with HR and they will investigate The truth will come out. I will not be controlled or manipulated like this anymore and I will not allow a very good team and business to be wrecked by manipulation and control. I am not Mike, you do not need to take the aggressive and hostile approach with me. Everyone has the right to work in a decent environment and be treated with respect. As I said since I have shown nothing but loyalty to you throughout , it is inconceivable you would do this to me.
Regards, Simon


*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*




**From:** Aubin, Jean Pierre
**Sent:** Friday, February 05, 2016 7:51 AM
**To:** Andriesz, Simon
**Cc:** Rosado, Dyanne; Dreste, Patricia; Scotto, Louis
**Subject:** RE: London and NY

Simon,

I am your direct Boss . you emailed me . I answered you

Best

Jp Aubin


Executive Managing Director

www.bgcpartners.com




**From:** Andriesz, Simon
**Sent:** vendredi 5 février 2016 13:29
**To:** Aubin, Jean Pierre
**Cc:** Rosado, Dyanne; Dreste, Patricia; Scotto, Louis
**Subject:** RE: London and NY

No thanks , JP .I do not agree this and I won't let you destroy my career and a business I have built over 26 years. This was a private mail between us and not given to HR.
I have spoken to HR as you suggested this was a good idea. That's where were are and they are investigated the false accounting procedures that represent my business . The NFA are coming in soon to see us and since I have the sign off I will ensure compliance understand what is going on. I have also explained to HR the totally unfair hiring scheme that was imposed on me where my pool is talks 100% of the downside with 100% of the risk in poor quarters. You have

driven a wedge between my team , Aldric created chaos in trying to offset the NY pool against the London pool in one poor quarter and refusing to pay out small bonuses.  I did not agree this with Jon Mac and then you try and say the US is in deficit when it is not. I Inherited a mess over her with what Mike left , it's inconceivable you would try and do this to me. I'm not Mike and I have been extremely loyal to BGC , aggressive a bullying tactics will not be tolerated by me. Please let HR investigate .
Regards , Simon

*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*



---

**From:** Aubin, Jean Pierre
**Sent:** Friday, February 05, 2016 3:38 AM
**To:** Andriesz, Simon
**Cc:** Rosado, Dyanne; Dreste, Patricia; Scotto, Louis
**Subject:** RE: London and NY

Dear Simon,


I do respect your decision. It is fine to proceed
So from now on , as stated in your email below :

1)      You will book your revenue in NYC and Jeremy s  in London ( as it is already  the case for him  today)
2)      You will run NYC and I will consider if he can run London as stated in your email
3)      You will pay the London desk an  execution fees for the business they execute for you
4)      I do think and I will make sure it does resolve the accounting issues if any
5)      I agree , none of our clients globally must be involved in this new organization , I will make it clear ; we are on the same page
6)      Let's talk about your point re your client business in the US at your convenience

I think , as I am  demonstrating  above by accepting your points , you will have a better feeling about your treatment . I do thank you for your loyalty , past and future

Thanks


Best


Jp Aubin


Executive Managing Director

www.bgcpartners.com



**From:** Andriesz, Simon
**Sent:** jeudi 28 janvier 2016 18:10
**To:** Aubin, Jean Pierre
**Subject:** London and NY

Since Jeremy thinks it's his team and his clients I have instructed him to make a list of his clients and mine. I will book al the revenue for my clients in NY and he can do the same in London.
In addition he can run the London team and I will run the US . I will pay him an execution fee for the business he executes for me in London. I hope this resolves the accounting issues Aldric is experiencing. At no point must any client be contacted and made aware of an internal issue as this will damage business. He and I will thrash out any clients ownership from the last 15 years. We need to speak about the business my clients are crossing in the US this is a lot of revenue. At worst I should get an override for the revenue generated .
I'm seriously upset at how I have been treated here JP , as I said I have been extremely loyal to you and a lot of damage has been done.
Thanks, Simon