# **Exhibit 22**

Case 1:24-cv-07004-LJL    Document 27-22    Filed 12/06/24    Page 2 of 5

# Exhibit 215

| | |
|---|---|
| From: | Dreste, Patricia [PDreste@cantor.com] |
| Sent: | 3/11/2016 10:07:45 PM |
| To: | Andriesz, Simon [SAndriesz@bgcpartners.com] |
| BCC: | Rosado, Dyanne [DRosado@cantor.com]; Vu, Vi [VVu@cantor.com] |
| Subject: | RE: BGC Internal policy. |

Simon,

We have already discussed these issues with you on numerous occasions. You have not been retaliated against.

The warning we gave to you orally on February 22nd will not be in your personnel file.

Patty

---

**From:** Andriesz, Simon
**Sent:** Friday, March 11, 2016 2:54 PM
**To:** Dreste, Patricia
**Subject:** RE: BGC Internal policy.

Thanks for your opinion. I will retrieve the relevant information from elsewhere as you are unwilling to help my understanding of the BGC policy.
All accounting grievances have been vindicated and supporting evidence provided that exposed serious irregularities in our procedures .
All retaliatory action and false written warnings by HR will now have to be retracted to avoid further action from myself. I will not allow my record to be tarnished in this way. There are very strict internal policies regarding whistle blowing and these have been broken. Please let me know when you intend to do that. Internal policies are written for good reason and I expect them to upheld without exception, especially by HR.
Regards , Simon

1.2 Reporting Possible Ethics Violations and Disciplinary Action Employees have an obligation to report potential ethics violations to Compliance. Compliance will maintain the confidentiality of the individual reporting the possible violation; the employee may also report anonymously the identity of the parties involved. Retaliation against employees who report possible violations is strictly prohibited and will subject those who retaliate with disciplinary action which may include termination. Those who violate the Code are subject to disciplinary action which may include termination. For example, if an employee would feel more comfortable in merely reporting that they suspect several of their co-employees are involved in what appears to be falsifying credit reports or that a fellow employee is involved in a transaction that may be a conflict of interest on his or her part, the employee need only report the suspected Code violation, the persons involved, and the department in which they suspect the activity is occurring.


*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*



**From:** Dreste, Patricia
**Sent:** Friday, March 11, 2016 2:33 PM
**To:** Andriesz, Simon
**Subject:** RE: BGC Internal policy.

Simon,

Our HR procedures and the Employee Handbook are not based on the likes and dislikes of employees, they are based on the law and the Company's discretion.

Your allegations of illegal harassment were addressed and the investigation has been closed.

Thank you,

Patty

---

**From:** Andriesz, Simon
**Sent:** Friday, March 11, 2016 12:36 PM
**To:** Dreste, Patricia
**Subject:** RE: BGC Internal policy.

Please provide details of lawyer who you spoke to internally.
Thank you, Simon

*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*



---

**From:** Dreste, Patricia
**Sent:** Friday, March 11, 2016 12:35 PM
**To:** Andriesz, Simon
**Subject:** RE: BGC Internal policy.

Dear Simon,

Our Prohibition of Unlawful Harassment policy from BGC's Employee Handbook is attached in its entirety. As we told you in our meeting on February 22nd, while the tone of the e-mail was not in keeping with the preferred professional communication style of BGC, we did not find any unlawful harassment. In addition, as we also told you, the situation was promptly addressed in September 2015 when the email was sent.

Best,

Patty

**From:** Andriesz, Simon
**Sent:** Friday, March 11, 2016 8:16 AM
**To:** Dreste, Patricia
**Subject:** BGC Internal policy.

Good morning , during your investigation you stated that BGC's lawyer found nothing abusive in calling someone a Juvenile Retard , Moron ,Numpty or comparing them to a 6 year old child playing with toys. I am finding this very hard to understand , especially given one of my brokers has just found out his son is autistic. Please give me the name and number of the lawyer so I can set up a meeting to understand BGC's internal policy better.
Regards , Simon

*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*



**Subject:** BGC internal policy.

This policy prohibits any unlawful harassing conduct which: (i) is made a condition of employment, (ii) is used as a basis for employment decisions, (iii) has the purpose or effect of unreasonably interfering with an employee's work performance or creating an intimidating, hostile or offensive working environment, or (iv) otherwise adversely affects an individual's employment opportunities. Harassing conduct includes, but is not limited to, the following conduct where based upon a characteristic protected by law: epithets, slurs or negative stereotyping; threatening, intimidating or hostile acts; denigrating jokes; display or circulation of written or graphic material that denigrates or shows hostility or aversion toward a protected individual or group, either in the workplace (including via e-mail) or outside of work (including via social media); and threats or intimidating conduct.
The Company takes various actions in order to prevent unlawful discrimination or harassment from occurring and to promptly remedy any inappropriate conduct that occurs. These include our procedures for employees to make complaints of such conduct and for the Company's investigation of such complaints.

*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*



CONFIDENTIAL                                    BGC00008839