# Exhibit 23

Document Filed Entirely Under Seal