# **Exhibit 24**

# Exhibit 277

| From: | Bauer, Jacqueline [Jacqueline.Bauer@bgcpartners.com] |
|---|---|
| Sent: | 9/20/2016 4:57:58 PM |
| To: | Fertig, Carrie [CFertig@bgcpartners.com]; Scotto, Louis [LScotto@bgcpartners.com]; Aubin, Jean Pierre [jpa@bgcpartners.com] |
| CC: | Marinos, Aldric [AMarinos@aurel-bgc.com] |
| Subject: | FW: Notice |

Please see below.

**From:** Bauer, Jacqueline
**Sent:** Tuesday, September 20, 2016 12:58 PM
**To:** Andriesz, Simon
**Subject:** RE: Notice

Confirmation of receipt.

**From:** Andriesz, Simon
**Sent:** Tuesday, September 20, 2016 12:57 PM
**To:** Bauer, Jacqueline
**Subject:** Notice

Hi , I give notice in line with my contract  date of  my contract notice date is 2/1/2017.
Thanks , Simon

*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*



BGC00010782