# **Exhibit 25**

# Exhibit 305

### RE: Your fitness for work - PRIVATE & CONFIDENTIAL

Nicolaou, Hayley <Hayley.Nicolaou@bgcpartners.com>

Date: Tue, 08 Nov 2016 22:08:34 UTC
To: Fertig, Carrie <CFertig@bgcpartners.com>

Excellent thank you Carrie.

Can't receive faxes remotely, nor do we have one in the office (as far as I'm aware).

Thanks for your help!

Hayley

Sent with Good Work (www.blackberry.com)

---

From: Fertig, Carrie <CFertig@bgcpartners.com>
Date: Tuesday, 08 Nov 2016, 10:04 pm
To: Nicolaou, Hayley <Hayley.Nicolaou@bgcpartners.com>
Subject: RE: Your fitness for work - PRIVATE & CONFIDENTIAL

I gave Simon our fax. As soon as I get it, I will send it to you so you can turn on his access.

---

From: Nicolaou, Hayley
Sent: Tuesday, November 08, 2016 4:58 PM
To: Andriesz, Simon
Cc: Skitt, John; McLoughlin, Shawn; Aubin, Jean Pierre; Fertig, Carrie; Windeatt, Sean
Subject: RE: Your fitness for work - PRIVATE & CONFIDENTIAL

Simon,

We do not have a fax number, it must be an attachment to an email for me to receive.

Or an email direct from your doctor will suffice giving amended recommendations.

The business is concerned over your wellbeing and is following the professional medical advice you have given us, regardless of cover for the next 24 hours.

Kind regards,

Hayley Nicolaou


Sent with Good Work (www.blackberry.com)

---

From: Andriesz, Simon <SAndriesz@bgcpartners.com>
Date: Tuesday, 08 Nov 2016, 9:51 pm
To: Nicolaou, Hayley <Hayley.Nicolaou@bgcpartners.com>
Cc: Skitt, John <JSkitt@bgcpartners.com>, McLoughlin, Shawn <SMcLoughlin@bgcpartners.com>, Aubin, Jean Pierre <jpa@bgcpartners.com>, Fertig, Carrie <CFertig@bgcpartners.com>, Windeatt, Sean <SWindeatt@bgcpartners.com>
Subject: Re: Your fitness for work - PRIVATE & CONFIDENTIAL

Hi Hayley thanks ,
  please confirm all FAX numbers required to send the doctor's letter to. Please confirm on receipt you will switch my pass on immediately after .

I have to go to bed soon as I'm in very early with the team. We are running a carefully planed rotation system through the next 24 hrs and if I'm not in there will be a severe shortage for client coverage . This could potentially result in large losses for the company in such volatile markets .
Regards , Simon
Sent from my iPhone

On Nov 8, 2016, at 21:23, Nicolaou, Hayley <Hayley.Nicolaou@bgcpartners.com> wrote:

> Simon,
>
> To confirm, once the letter from your doctor is received your access will be reinstated. Please ensure your doctor has the correct email address for me.
>
> If you have any questions please do not hesitate to contact me.
>
> Kind regards,
>
> Hayley Nicolaou
>
> Sent with Good Work (www.blackberry.com)

**From:** Andriesz, Simon <SAndriesz@bgcpartners.com>
**Date:** Tuesday, 08 Nov 2016, 9:11 pm
**To:** Nicolaou, Hayley <Hayley.Nicolaou@bgcpartners.com>
**Cc:** Skitt, John <JSkitt@bgcpartners.com>, McLoughlin, Shawn <SMcLoughlin@bgcpartners.com>, Aubin, Jean Pierre <jpa@bgcpartners.com>, Fertig, Carrie <CFertig@bgcpartners.com>, Windeatt, Sean <SWindeatt@bgcpartners.com>
**Subject:** Re: Your fitness for work - PRIVATE & CONFIDENTIAL

My doctor has confirmed he is happy for me to come in and has written a letter . This is what was asked for . It is a major operation to manage the clients over the US election in different time zones . Once you receive the letter please confirm everything has been switched back in please . Again this is causing much more stress than the job and is most unwelcome .
Regards , Simon

Sent from my iPhone

On Nov 8, 2016, at 17:54, Nicolaou, Hayley <Hayley.Nicolaou@bgcpartners.com> wrote:

> Simon,
>
> I have tried to contact you by telephone but it appears you have left for the day.
>
> I have discussed the situation with management and it is their instruction that you adhere to the professional medical advice you have been given, to remain away from work for a period of 2-3 weeks from the 28th October 2016.
>
> From our conversation and your emails to me, I do not believe you intend to follow this instruction, therefore in the interests of your personal health and safety (which I reiterate is our priority) I have suspended your access until you are signed as medically fit to return to work.
>
> If you would like to discuss this further, please do not hesitate to contact me.
>
> Kind regards,

**Hayley Nicolaou** | HR Manager
BGC Partners
1 Churchill Place | Canary Wharf | London E14 5RD
**t :** +44 (0)20 7894 8749
**e:** Hayley.Nicolaou@bgcpartners.com

---

**From:** Andriesz, Simon
**Sent:** 08 November 2016 15:32
**To:** Nicolaou, Hayley
**Cc:** Skitt, John
**Subject:** RE:

It's the US election .. I hold most of the main accounts. The business will be down considerably if I'm not here .. and I've already spoken to my doctor and relayed that information to HR.
This I creating more stress for me and counterproductive. I could not have been clearer about what is happening.
Thanks , Simon

---

**From:** Nicolaou, Hayley
**Sent:** 08 November 2016 15:06
**To:** Andriesz, Simon
**Cc:** Skitt, John
**Subject:** RE:

Hi Simon,

No problem, I will move the meeting to 3:45pm.

I do not believe there is any confusion on the advice that's been given from NY HR and the UK.

Carrie Fertig explained to you in her email yesterday that the wording of your Doctor's note states that you are not to return to work for 2-3 weeks from 28th October until 12th November at the earliest. It was also explained that if you do feel fit to be at work sooner you will need to provide an updated note from your Doctor clearing you to do so.

John Skitt's email to you later in the day yesterday reiterated Carrie's advice that if you are signed off sick you should not be attending work unless you have a Doctor's note to the contrary.

As it appears you are still at work, I would like to discuss this further with you as from a business and HR perspective your health is priority and you should be following the Doctor's advice as also reiterated to you by Shawn McLoughlin on the 4th November.

I am concerned for your wellbeing and whilst I appreciate fully that you don't want to be away from the office, your health and adherence to medical advice is of the upmost importance.

As mentioned above, I've moved the meeting to 3:45pm in the 19th floor boardroom. If you have any questions in the meantime please do not hesitate to contact me.

Kind regards,

**Hayley Nicolaou** | HR Manager

BGC Partners
1 Churchill Place | Canary Wharf | London E14 5RD
**t :** +44 (0)20 7894 8749
**e:** Hayley.Nicolaou@bgcpartners.com

---

**From:** Andriesz, Simon
**Sent:** 08 November 2016 14:39
**To:** Nicolaou, Hayley
**Cc:** Skitt, John
**Subject:**


Hi, I can't make the meeting .. I have a conf call with an important HF client. I can do around 3.45 -4.00 PM .. I have a call also with my doctor to go over results or all blood work I did before returning to the UK. He will clarify the situation around working and the instructions he gave. I did inform NY HR exactly what I intended to do , so I don't understand the confusion here.
Regards , Simon
*Simon Andriesz*
*MD , Head of Futures & Options*
*BGC London & the Americas*
*646-346-7188 (direct)*
*347-331-5054 (mobile)*