# **Exhibit 26**

# Exhibit 310

| | |
|---|---|
| **From:** | Andriesz, Simon [SAndriesz@bgcpartners.com] |
| **Sent:** | 11/10/2016 6:40:37 PM |
| **To:** | Nicolaou, Hayley [Hayley.Nicolaou@bgcpartners.com] |
| **CC:** | Skitt, John [JSkitt@bgcpartners.com] |
| **Subject:** | RE: Follow up |

I think it's very obvious .I will make the complaint myself then when we are not trading over a million lots with my clients this week , when BGC wanted me to stay out
Thanks, Simon

**From:** Nicolaou, Hayley
**Sent:** 10 November 2016 18:30
**To:** Andriesz, Simon
**Cc:** Skitt, John
**Subject:** Follow up

Dear Simon,

Thank you for your email and subsequent emails yesterday and today.

I am sorry if you feel the situation caused you anxiety and concern, however I would like to reiterate our conversation during our meeting on Tuesday whereby I explained that despite you saying you were fit to work, we had a doctors certificate from a medical professional stating the contrary, that you were <u>not fit to work</u> for 2-3 weeks from 28th October 2016. The instruction from senior management since 4th November 2016 reflected this medical advice. As a result we had no alternative but to follow the advice you had provided us. As reiterated by senior management and I, your health and wellbeing must take absolute priority.

With regards to the formal complaint you have raised, I am unsure of the basis of the complaint, given the above.

However, as also discussed in our meeting on Tuesday 8th November, I reiterate the support I offered you during that meeting. Let me assure you again that I am here to support you and your best interests in terms of your health and wellbeing and am happy to arrange meeting to discuss further if you wish?

With regards to the incomplete 2015 training reminder, I can assure you that this is a programmed reminder and would have automatically been sent to all that have outstanding training to be completed.

I would also like to discuss setting in place you part time hours, as recommended by your most recent Doctors note, received on Tuesday evening.

If you have any questions or there is anything else I can help with please do not hesitate to contact me.

Kind regards,

**Hayley Nicolaou** I HR Manager
BGC Partners
1 Churchill Place | Canary Wharf | London E14 5RD
**t :** +44 (0)20 7894 8749
**e:** <u>Hayley.Nicolaou@bgcpartners.com</u>

**From:** Andriesz, Simon
**Sent:** 09 November 2016 06:53
**To:** Nicolaou, Hayley

 BGC00012387

**Cc:** Skitt, John
**Subject:** RE: He scanned

No, I had to get signed in .I have a temporary pass. I'm sorry, but last night and this morning are totally unacceptable. I have had 2 hours sleep and 15 hours to go.
This is not my idea of the company caring about my health. Quite the opposite it caused so much stress I was unable to sleep and made me extremely anxious .That's not how you treat someone who is recovering from a heart attack.
Please lodge my complaint at the handling of this matter from the HR department.

---

**From:** Nicolaou, Hayley
**Sent:** 09 November 2016 06:20
**To:** Andriesz, Simon
**Cc:** Skitt, John
**Subject:** RE: He scanned

Simon,

Instructions were sent immediately last night.

I understand you are on site and your pass is now working.

Kind regards,

Hayley


Sent with Good Work (www.blackberry.com)

---

**From:** Andriesz, Simon <SAndriesz@bgcpartners.com>
**Date:** Wednesday, 09 Nov 2016, 4:38 am
**To:** Nicolaou, Hayley <Hayley.Nicolaou@bgcpartners.com>
**Cc:** Skitt, John <JSkitt@bgcpartners.com>
**Subject:** RE: He scanned

Good morning , I had two hours sleep after the late night chaos and stress of last night . So you know I had to contact my doctor out of hours . He was on duty at Lenox Hill hospital IN NYC and had to get to a fax machine.
When I arrived at work at 4.00 am my pass was not working as promised and I was unable to enter the building. Please ensure my pass is working when you get in.
Simon

---

**From:** Nicolaou, Hayley
**Sent:** 08 November 2016 22:39
**To:** Aubin, Jean Pierre; Andriesz, Simon; McLoughlin, Shawn; Windeatt, Sean; Skitt, John; Fertig, Carrie
**Subject:** RE: He scanned

No problem, I'm pleased we got the necessary clarity on the matter.

Simon, please do keep in mind that your Doctor still feels you should only be working part time hours. We can pick this up tomorrow/ Thursday after your busy few hours ahead have passed.

Best wishes,

Hayley

Sent with Good Work (www.blackberry.com)

---

**From:** Aubin, Jean Pierre <jpa@bgcpartners.com>
**Date:** Tuesday, 08 Nov 2016, 10:26 pm
**To:** Nicolaou, Hayley <Hayley.Nicolaou@bgcpartners.com>, Andriesz, Simon <SAndriesz@bgcpartners.com>, McLoughlin, Shawn <SMcLoughlin@bgcpartners.com>, Windeatt, Sean <SWindeatt@bgcpartners.com>, Skitt, John <JSkitt@bgcpartners.com>, Fertig, Carrie <CFertig@bgcpartners.com>
**Subject:** Re: He scanned

Dear All,

Hayley - thank you for working late

Simon - can you please let me know who will be attending the office from your team @ 4am

Thks

Best

Jp Aubin

Executive Managing Director

www.bgcpartners.com

[OBJ]

**From:** Hayley.Nicolaou@bgcpartners.com
**Sent:** November 8, 2016 11:16 PM
**To:** SAndriesz@bgcpartners.com; SMcLoughlin@bgcpartners.com; jpa@bgcpartners.com; SWindeatt@bgcpartners.com; JSkitt@bgcpartners.com; CFertig@bgcpartners.com
**Subject:** RE: He scanned

Thank you Simon.

Now we know that a medical professional is comfortable for you to return to work you will be regranted acccess.

If you have any questions please do not hesitate to contact me.

Kind regards

Hayley Nicolaou

Sent with Good Work (www.blackberry.com)

---

**From:** Andriesz, Simon <SAndriesz@bgcpartners.com>
**Date:** Tuesday, 08 Nov 2016, 10:10 pm

CONFIDENTIAL                                                                                     BGC00012389

**To:** Nicolaou, Hayley <Hayley.Nicolaou@bgcpartners.com>, McLoughlin, Shawn <SMcLoughlin@bgcpartners.com>, Aubin, Jean Pierre <jpa@bgcpartners.com>, Windeatt, Sean <SWindeatt@bgcpartners.com>, Skitt, John <JSkitt@bgcpartners.com>, Fertig, Carrie <CFertig@bgcpartners.com>
**Subject:** He scanned

Please let me know my pass is on .

CONFIDENTIAL
BGC00012390