# **Exhibit 27**

# Exhibit 314

Discharge summary
Andriesz, Simon <SAndriesz@bgcpartners.com>

Date: Tue, 15 Nov 2016 15:38:15 UTC
To: Fertig, Carrie <CFertig@bgcpartners.com>; Skitt, John <JSkitt@bgcpartners.com>

Andriesz d-sum.pdf (62KB), ATT00001.htm (168B)

Subject: Discharge summary

Dear Simon,

Further to our telephone conversation please find attached your discharge summary from Chelsea and Westminster hospital.

Your medical notes have left the ward to be scanned and are in the medical records department so your doctor there will have to send a request to the hospital should he wish for any more information but I hope this provides what he is looking for.

Thanks a lot,
Barry.


emailmoderator@chelwest.nhs.uk

This e-mail is confidential and may well also be legally privileged. If you have received it in error, you are on notice of its status.
Please notify us immediately by reply e-mail and then delete this message from your system.
Please do not copy it or use it for any purposes, or disclose its contents to any other person: to do so could be a breach of confidence.
Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Trust.
Thank you for your co-operation.

This footnote confirms that the message has been swept for computer viruses: while every care is taken to avoid the transmission
of virus code, please ensure that you have up to date virus detection software before opening any email messages or attachments.

Chelsea and Westminster Hospital NHS Foundation Trust

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

If you have received this email in error please notify the originator of the message.

Any views expressed in this message are those of the individual sender.

# Chelsea and Westminster Hospital NHS
**NHS Foundation Trust**

## DISCHARGE SUMMARY REPORT
Patient Copy

Dr GP UNKNOWN
Unknown Gp/not Reg/non Gp Ref
Unk Gp/not Reg/non Gp Ref

Chelsea and Westminster Hospital
369 Fulham Road
London
SW10 9NH
Tel: 020 8746 8000
Created: 15 Nov 2016

Dear Doctor GP UNKNOWN,

**Patient Details**  **Care Details**



1/2    Hospital num: 02710176

CONFIDENTIAL    BGC00011111



Please note an updated report will only be sent if necessary. If you have any queries do not hesitate to contact my secretary.

Yours sincerely

Signed on behalf of **HANNAH SKENE** 15 Nov 2016

2/2    Hospital num: 02710176

CONFIDENTIAL    BGC00011112