# Exhibit 29

# Exhibit 361



**STRICTLY PERSONAL AND CONFIDENTIAL**

December 21, 2016

Mr. Simon Andriesz
8 Warren St., 2E
New York, NY 10007

Via UPS Overnight Mail & E-Mail @ SimonAndriesz@btinternet.com

Dear Simon:

As you know, you are currently on paid administrative leave pending the completion and results of separate examinations by a licensed physician and qualified mental health professional to determine (1) your fitness to perform the essential functions of your position, with or without a reasonable accommodation, and (2) what, if any, reasonable accommodations may be provided to allow you to perform the essential functions of your job.

As detailed in my December 8, 2016 letter to you, your physical health examination with Christopher P. Busillo, M.D. was scheduled for Tuesday, December 13, 2016 at 11:00 am and your mental health examination with Randall A. Solomon, M.D. was scheduled for today, Wednesday, December 21, 2016, at 12:30 p.m. You were previously instructed that you were not permitted to cancel or reschedule either of these appointments for any reason. However, we learned from Dr. Busillo's office that you failed to appear for your physical health examination and, at the last minute, you informed me for the first time today that you are not attending your mental health examination with Dr. Solomon because you are on your honeymoon. This is unacceptable.

I understand that you informed another member of the HR team that you were unavailable on Monday, December 19, 2016, but would be available thereafter. Therefore, I am rescheduling your appointments with Drs. Busillo and Solomon and will follow up with new appointment dates and times under separate cover. Again, if you fail (1) to appear for either of these rescheduled appointments, (2) to fully participate in either of the examinations, and/or (3) to sign the appropriate HIPAA or other release forms, then the Company will immediately revisit the question as to whether you are qualified for your position and whether your failure to properly perform the essential functions of your job was due to your medical condition or due to insubordination.

Sincerely,

*Patricia Dreste*

Patricia Dreste
Director of Human Resources, the Americas