# **Exhibit 30**

# Exhibit 362



**STRICTLY PERSONAL AND CONFIDENTIAL**

December 23, 2016

Mr. Simon Andriesz
8 Warren St., 2E
New York, NY 10007

Via UPS Overnight Mail & E-Mail@ SimonAndriesz@btinternet.com

Dear Simon:

I write to follow-up on my December 21, 2016 correspondence. Your medical examinations with Christopher P. Busillo, M.D. and Randall A. Solomon, M.D. have been rescheduled.

Your appointment with Dr. Busillo for your physical health examination has been rescheduled for Wednesday, January 4, 2017 at 12:30 p.m. Dr. Busillo's office is located at NYU Langone at Trinity, 111 Broadway, 2nd Floor, New York, New York, 10006. His office telephone number is (212) 263-9700. You are not permitted to cancel or reschedule this appointment for any reason.

Your appointment with Dr. Solomon for your mental health examination has been rescheduled for Wednesday, January 18, 2017 at 10 a.m. Dr. Solomon's office is located at 55 Nesconset Highway, Suite 1, Port Jefferson Station, New York, 11776. His office telephone number is (631) 474-8099. You are not permitted to cancel or reschedule this appointment for any reason. If you would like the Company to arrange for car service to take you to your appointment with Dr. Solomon, please let me know on or before Thursday, January 12, 2017, and I will arrange it.

You must arrive to your appointments on time and bring signed copies of each of the attached HIPPA forms so that Dr. Busillo and Dr. Solomon can (1) obtain your prior medical records relating to the condition(s) giving rise to your accommodation request in connection with their examinations of you, and (2) provide information regarding your examinations to BGC. While at Dr. Busillo's and Dr. Solomon's offices, please complete any other release forms that will allow them to obtain your prior medical records so that they can conduct an appropriate evaluation regarding whether you can perform the essential functions of your

position, with or without a reasonable accommodation, and what, if any, reasonable accommodations may be provided to allow you to perform the essential functions of your job, and provide information regarding their examinations of you to BGC.

Please note that your failure (1) to appear for the above-referenced examinations on the days and times indicated above, (2) to fully participate in the examinations, and/or (3) to sign the appropriate HIPAA or other release forms will cause the Company to immediately revisit the question as to whether you are qualified for your position and whether your failure to properly perform the essential functions of your job was due to a medical condition.

Sincerely,

Patricia Dreste
Director of Human Resources, the Americas