# Exhibit 31

Document Filed Entirely Under Seal