# **Exhibit 32**

# Exhibit 421

UNITED STATES
COMMODITY FUTURES TRADING COMMISSION
Washington, DC 20581

OMB APPROVAL
OMB Number: 3038-0082

FORM WB-APP
APPLICATION FOR AWARD FOR ORIGINAL INFORMATION PROVIDED
PURSUANT TO SECTION 23 OF THE COMMODITY EXCHANGE ACT

### A. TELL US ABOUT YOURSELF (Required for All Submissions)

1. Last Name: Andriesz
First Name: Simon
M.I.: D
SSN Last Four Digits: 9561

2. Street Address: 220 Front St
Apartment/Unit #: 3c

City: New York
State/Province: New York
ZIP/Postal Code: 10038
Country: USA

3. Telephone: +447786392102
Alt. Phone: +447340666034
E-mail Address: simon.andriesz@btinternet.com

### B. YOUR ATTORNEY'S INFORMATION (If Applicable – See Instructions)

1. Attorney's Name: Stuart Meissner

2. Firm Name: Meissner Associates

3. Street Address: 1430 Broadway, Suite 1802

City: New York
State/Province: New York
Zip/Postal Code: 10018
Country: USA

4. Telephone: 212 764 3100
Fax: 646 834 4964
E-mail Address: stuart@smeissner.com

...

## C. TELL US ABOUT YOUR TIP OR COMPLAINT

1a. How did you submit original information to the CFTC?  
Website ☐  Mail ☒  Fax ☐  Other ☐

1b. Date that you submitted the information (mm/dd/yyyy)

2a. Did you file a CFTC Form TCR? YES ☒ NO ☐

2b. Form TCR Number  
2017-02-15-01

2c. Date that you filed your Form TCR (mm/dd/yyyy)  
02.15.17

3. Name(s) of the individual(s) and/or entity(s) to which your tip or complaint relates  
BGC Financial L.P (BGCF), a subsidiary of BGC Partners (NASDAQ BGCP) and later Cantor Fitzgerald L.P USA

## D. NOTICE OF COVERED ACTION

1. Date of relevant Notice of Covered Action (mm/dd/yyyy)  
11.26.2019

2. Notice Number  
NCA No. 2019-038

3a. Case Name  
Order BGC Financial (CFTC Docket No. 20-09, Nov 22 2019)

3b. Case Number  
CFTC Docket No-20-09, Release number 8083-19

## E. CLAIMS PERTAINING TO RELATED ACTIONS

1. Name of other agency or organization to which you provided your information

2. Name and contact information for point of contact at the agency or organization, if known

3a. Date that you provided the information (mm/dd/yyyy)

3b. Date of action by the agency or organization (mm/dd/yyyy)

4a. Case Name

4b. Case Number

CONFIDENTIAL                                            Andriesz004088

## F. ELIGIBILITY REQUIREMENTS AND OTHER INFORMATION

1. Are you currently, or were you at the time that you acquired the original information that you submitted to the CFTC, a member, officer or employee of: the CFTC; the Board of Governors of the Federal Reserve System; the Office of the Comptroller of the Currency; the Board of Directors of the Federal Deposit Insurance Corporation; the Director of the Office of Thrift Supervision; the National Credit Union Administration Board; the Securities and Exchange Commission; the Department of Justice; a registered entity; a registered futures association; a self-regulatory organization; a law enforcement organization; or a foreign regulatory authority or law enforcement organization?

YES ☐ NO ☒

2. Did you provide the information identified in Section C above pursuant to a cooperation agreement with the CFTC or another agency or organization?

YES ☐ NO ☒

3. Before you provided the information identified in Section C above, did you (or anyone representing you) receive any request, inquiry or demand that relates to the subject matter of your submission (i) from the CFTC, (ii) in connection with an investigation, inspection or examination by any registered entity, registered futures association or self-regulatory organization, or (iii) in connection with an investigation by the Congress, or any other federal or state authority?

YES ☐ NO ☒

4. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information identified in Section C above and upon which your application for an award is based?

YES ☐ NO ☒

5. Did you acquire the information that you provided to the CFTC from any person described in Questions 1 through 4 above?

YES ☐ NO ☒

6. If you answered "Yes" to any of Questions 1 through 5 above, please provide details. Use additional sheets, if necessary.

3

CONFIDENTIAL                                                                                                        Andriesz004089

## G. ENTITLEMENT TO AWARD

Explain the basis for your belief that you are entitled to an award in connection with your submission of information to the CFTC, or to another agency or organization in a related action. Provide any additional information that you think may be relevant in light of the criteria for determining the amount of an award set forth in Section 23 of the Commodity Exchange Act and Part 165 of the CFTC's regulations. Include any supporting documents in your possession or control, and use additional sheets, if necessary.

Please see attached section G.

4

CONFIDENTIAL                                     Andriesz004090

## G. ENTITLEMENT TO AWARD

Simon D Andriesz 26 Milliner House Hortensia Rd
London sw10 0qb
UK

During my tenure at BGC Financial (BGCF abbreviation used herein) I was the Managing Director and head of Listed Products from 2015-2017 for the US (NY and Chicago.) Prior to that I had been head of BGC Partners' London division from 2012-2015 before relocating to New York. I was also the NFA Branch manager series 30 Signatory for BGCF's North American activities commencing 02.20.15. I have over 30 years experience in the Securities business and held senior positions at major banks and Broker dealers.

This experience and position as the NFA series 30, gave me deep insight and involvement into BGCF's supervisory systems, accounting procedure, compliance oversight and desk trading activities. I was able to share these important insights with the CFTC both in person and by submissions through my legal counsel.

When I realised that BGCF was in serious breach of CFTC and NFA regulations, I refused to sign off and I tried to report this information to the NFA in an upcoming audit. I was retaliated against, sent home on administrative leave, and kept away from the NFA. On my return to work I filed a whistleblower complaint internally on the 5th of May 2016 and reported up the chain as required by BGCF's code of conduct. I also demanded an investigation by BGCF'S general counsel.

I contacted the SEC on several occasions in late 2016 and filed a complaint with Shannon Keyes there. No proper impartial investigation was ever carried out and executives from both firms continued to retaliate against me up until my termination in December 2016 and up to two years later post-employment. I was under extreme pressure and hostility from BGCF while still in their employment. The SEC was my first point of contact as a matter of urgency and this explains why I did not contact the CFTC until after I was terminated in January 2017.

I did this despite serious health issues after suffering a heart attack at my desk in July 2015 and in the face of extreme retaliation for my whistleblowing, which resulted in me being admitted to ER on multiple occasions in 2016.

### Timeline

While in BGCF's employment I contacted Shannon Keyes at the SEC on several occasions in late 2016 and I filed a complaint against BGCF. Soon after I was terminated in January 2017, I immediately filed TCR's with both the CFTC on 02.15.17 and the SEC on 10.02.17. I interviewed with the CFTC in Kansas City on 04.03.17 at my own expense- Flights from New York to Kansas City for myself and flights for my attorney form Iowa to Kansas City, Hotel accommodation for both of us and associated extras. SEC on 06.21.17. ( Flights from Iowa to New York for by my then attorney, Christopher H. Tovar.)

I filed multiple Whistleblower Reports to the CFTC, the SEC and other regulators on 11.2.17 with three addendums and on 08.14.18 and 11.27.19.

**Information and assistance provided to the CFTC**

I was able to provide significant information to the CFTC regarding BGCF's breaches of the Commission's controlled activities and internal investigations that had demanded from BGCF's compliance and General council. This was in the form of extensive email correspondence between myself and BGCF's compliance and senior executives, internal documents and additional information requested by the CFTC. I provided all supplementary materials to support and assisted the CFTC with the related topics listed below. I believe this information significantly enhanced the CFTC's ability to enforce commodity laws and supported successful claims in the commission's related actions against BGCF. It also highlighted more widespread issues related to audit trails, Block trades and compliance at other similar IDB brokers in the marketplace.

1. BGC Financial ("BGCF")'s internal controls (or lack thereof).

2. BGCF's processes for maintaining audit trail, any training provided to BGCF employees related to audit trail maintenance and Block trade procedures. -I provided email evidence of improper Block trades related to BGCF's trader Richard Anthony and others.

3. Training provided to (or requested to be provided to) BGCF futures traders. Inadequacies in these training programmes.

4. BGCF's policies and procedures, trading desk manuals, etc.

5. BGCF's relationship with ABN AMRO.

6. BGCF's trading and risk monitoring systems and lack thereof.

7.. BGCF's compliance department – including communications with BGCF's CCO. BGCF's risk department.

8. Employment contracts with BGCF.

9. Complaints made by myself, BGCF customers, and/or any BGCF employees internally or externally to third-parties related to BGCF's internal controls, compliance, risk monitoring, and/or trade practices – including all of the reports that are referenced in the Form TCR.

10. I exposed and reported an $800,000 rogue trader loss caused by a New York employee on the Listed Futures platform, including the reported concealment of this issue from the NFA auditors and the CFTC

11. Evidence of my "sign-off" rejection for Listed Futures activity due to an upcoming NFA audit in February 2016 and BGCF's non disclosures to the NFA and CFTC.

12. Details of BGCF fraudulent accounting and BGCF's programme of realising company losses on it's own employees. Evidenced from March 15, 2016 emails from Jean-Pierre Aubin (BGCF's Executive Managing Director of listed products) representing that there was no $500k loss to the New York trading desk.

I actively encouraged other BGCF senior executives, HR and compliance personnel, not to collude with BGCF's illicit behaviour and to report to the CFTC and other regulators. I provided information to the CFTC that was volunteered to me by other former BGCF employees who had witnessed similar problems at the firm.

### Hardship suffered as a Whistleblower

In my function as the NFA Series 30 I refused to sign off on BGCF's widespread financial fraud and significant breaches in regulations. This resulted in extreme retaliation against me as a Whistleblower from both BGCF's and Cantor Fitzgerald's senior executives and HR personnel. As referenced I suffered a heart attack at the desk and subsequently I was hospitalised on 3 subsequent occasions with heart-related issues and panic attacks during the period of 2016-2017.

The fear of suffering another heart attack and the ongoing retaliation left me very traumatised. I had to start seeing a trauma specialist in New York and subsequently in London for PTSD for three years. Post employment the retaliation continued from BGCF for over two years. This included attempts to blackball me from the industry, torturously interfering with my regulatory registrations at two subsequent firms. In addition they failed to give the proper employer references to my new company and refused to respond to tax questions raised by the IRS and HMRC related to my share unit holdings in BGCP, which were stolen from me. This resulted in my having to hire a UK-based Tax attorney at a significant cost to myself. BGCF's actions resulted in me having to leave my team of 35-40 brokers/analysts at the firm as they were all signed up on long term contracts.

I have had to build a successful 30 year career in the securities business from scratch. I have tried to mitigate my loses, but re-establishing myself and the relationship with my clients has been a difficult process at 51 years of age with my health conditions.

The stress and anxiety of this experience has left me chronically ill for over 5 years now. During the period from 2018-2019 I have been admitted to the ER in the UK on three separate occasions again for heart-related and stress-induced gastric issues. I suffer from PTSD, panic attacks, heart-related issues and Myalgic Encephalomyelitis (a chronic neurological condition that causes symptoms that affect the nervous and immune systems.) The M.E. has been especially debilitating. I have had to spend large sums of money on medical practitioners that are not covered on my company Health Insurance in the UK.

### Financial loss

Due to BGCF's highly litigious reputation in the market and their attempts to defame me in the market place I was unable to find employment in New York and I had to relocate to London to seek a job. I had recently been married to my wife Amanda Callan and due to Visa issues in the UK she had to remain in New York leaving us apart for six months. I had to incur rental and mortgage fees in two different countries. When my wife obtained her UK marriage Visa we had to put all of our belongings in storage incurring large expense for this and the relocation costs to London. In addi-

tion, I have had to take a substantial pay cut both on my basic salary and bonuses generated through client commissions. I have had to pay large attorney fees in order to prosecute my rights under Dodd Franks as a Whistleblower and to launch a FINRA arbitration in New York. My previous attorney, Christopher Tovar, charged me an hourly rate to file multiple Whistleblower reports at personal cost to me of +$500,000 over three years. As a result I have had to liquidate most of my assets and remortgage my UK apartment. This has added to my overall anxiety and has exacerbated my health conditions.

### H. CLAIMANT'S DECLARATION

I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the Commodity Futures Trading Commission, or my dealings with another agency or organization in connection with a related action, I knowingly and willfully make any false, fictitious or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious or fraudulent statement or entry.

Print Name

SIMON D ANDRIESZ

Signature *[signed]*

Date 02.22.20

### I. COUNSEL CERTIFICATION

I certify that I have reviewed this form for completeness and accuracy and that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I further certify that I have verified the identity of the whistleblower award claimant on whose behalf this form is being submitted by viewing the claimant's valid, unexpired government issued identification (e.g., driver's license, passport) and will retain an original, signed copy of this form, with Section H signed by the claimant, in my records. I further certify that I have obtained the claimant's non-waivable consent to provide the Commodity Futures Trading Commission with his or her original signed Form WB-APP upon request, and that I consent to be legally obligated to do so within seven (7) calendar days of receiving such a request from the Commodity Futures Trading Commission.

Print Name of Attorney and Law Firm, if Applicable

Stuart D. Meissner, Meissner Associates

Signature *[signed]*

Date 2/23/20

CONFIDENTIAL

Andriesz004095