# <u>Exhibit 33</u>

Document Filed Entirely Under Seal