# Exhibit 34

# Exhibit 467

CONFIDENTIAL ANDRIESZ 003493

March 2, 2022

<u>WORK NOTES</u> (SRU/SRU)

<u>BASIC FACTS:</u> WRONGFUL TERMINATION OF A 48.3-YEAR-OLD INVESTMENT MANAGER WHEN HE REPORTED FRAUD AND MISMANAGEMENT AT HIS COMPANY.

<u>CONTROL INFO</u>
NAME: SIMON ANDRIESZ
GENDER: MALE
RACE: CAUCASIAN
DOB: OCTOBER 23, 1968

DATE OF EMPLOYMENT: FEBRUARY 1, 2015
DATE OF TERMINATION: JANUARY 31, 2017
DOL: FEBRUARY 1, 2015
DOT: APRIL 15, 2022

AGE AT DOI: 46.3
AGE AS OF DOT: 53.5
RLE AS OF DOT: 27.5
LE AS OF DOT: 81.5
HLE AS OF DOT: 74.0

GROWTH RATE: 1.00%
DISCOUNT RATE: 1.25%

<u>FAMILY BACKGROUND</u>
MARITAL STATUS: MARRIED
FAMILY MEMBERS: AMANDA CALLAN - WIFE; DOB 10-20-1976; ADOI 46.3;
        ADOT 44.9; RLEDOT 38.1; LEDOT 83.0;
    DYLAN ANDRIESZ - SON; DOB 11-22-2009; ADOI 5.2; ADOT 11.9;
        RLEDOT 65.0; LEDOT 76.9;

<u>WAGES AND EMPLOYEE BENEFITS</u>
SIMON ANDRIESZ STATES THAT HE HAS WORKED IN THE MARKETS IN ONE RESPECT OR ANOTHER FOR OVER 30 YEARS. BASED ON HIS U.K. TAX RETURNS, MR. ANDRIESZ WORKED FOR MAN GROUP SERVICES IN 2007, MF GLOBAL FROM 2008 THROUGH 2010, NOMURA BANK INTERNATIONAL IN 2011 AND 2012, AND THEN HE BEGAN WORKING FOR BGC IN SEPTEMBER 2012. BASED ON HIS UK TAX RETURNS, HIS EARNINGS WERE £1,806,309 FROM APRIL 6, 2007 THROUGH APRIL 5, 2008, £1,243,686 FROM APRIL 6, 2008 THROUGH APRIL 5, 2009, £1,286,595 FROM APRIL 6, 2009 THROUGH APRIL 5, 2010, £1,681,517 FROM APRIL 6, 2010 THROUGH APRIL 5, 2011, £421,962 FROM APRIL 6, 2011 THROUGH APRIL 5, 2012, AND £330,112 FROM APRIL 6, 2012 THROUGH APRIL 5, 2013. BASED ON A CONVERSION RATE OF 1.358921 USD/GBP FROM <u>WWW.X-RATES.COM</u> AND U.K. INFLATION RATES, MR. ANDRIESZ'S INCOME IN 2021 DOLLARS IS $3,403,952 FOR HIS 2007 EARNINGS, $2,275,172 FOR HIS 2008 EARNINGS, $2,286,803 IN 2009, $2,883,872 IN 2010, $694,005 IN 2011, AND $529,031 IN 2012. BASED ON HIS UK TAX RETURNS, MR. ANDRIESZ'S EARNINGS FROM 2007 THROUGH 2012 AVERAGED $2,012,139 IN

1

CONFIDENTIAL ANDRIESZ 003493

CONFIDENTIAL                            ANDRIESZ                                    003494

YEAR 2021 US DOLLARS, AND HIS EARNINGS FROM 2007 THROUGH 2010
AVERAGED $2,712,450 IN YEAR 2021 DOLLARS.

SIMON ANDRIESZ STATES THAT HE BEGAN WORKING FOR BGC FINANCIAL IN
SEPTEMBER OF 2012 WHEN HE RAN THEIR LONDON TRADING DESK.  HE
STATES THAT IN 2015 HE MOVED TO NEW YORK AND BECAME THE MANAGING
DIRECTOR OF THE CHICAGO AND NEW YORK FUTURES TRADING DESK AND THE
SERIES 30 SIGNATORY.  MR. ANDRIESZ STATES THAT HE FORMULATED A
MODEL THAT WOULD INCREASE REVENUES FOR BGC ACROSS ALL THREE
CENTERS, LONDON, CHICAGO AND NEW YORK.  HE STATES THAT HE MANAGED
A POOL OF BROKERS THAT WAS COMPRISED OF SOME PEOPLE THAT HE
BROUGHT IN PERSONALLY AND SOME THAT WERE ALREADY THERE.  MR.
ANDRIESZ STATES THAT HE WAS THE SUPERVISOR FOR THE ENTIRE
OPERATION BETWEEN CHICAGO AND NEW YORK FROM A REGULATORY AND
COMPLIANCE PERSPECTIVE.  HE STATES THAT HE MADE SURE THAT HE AND
HIS TEAM OPERATED WITHIN THE RULES AND REGULATIONS.  PART OF HIS
JOB WAS TO PROTECT THE COMPANY FROM THE REGULATORS WHO MIGHT TRY
TO CATCH THEM IN IMPROPRIETIES.  MR. ANDRIESZ STATES THAT FUTURES
ARE THE MOST REGULATED ASPECT OF TRADING.  THEY HANDLED HUGE
AMOUNTS OF BUSINESS AND THEY NEVER HAD A PROBLEM UNDER HIS
TENURE.

MR. ANDRIESZ REPORTS THAT FROM THE BEGINNING OF HIS TIME IN NEW
YORK UNDER JP AUBIN, THE REVENUES AND PROFITS OF HIS GROUP WERE
MANIPULATED BY BGC TO THE DETRIMENT OF HIM AND HIS TEAM.  HE
STATES THAT REVENUES WERE SHUFFLED BETWEEN DESKS IN AN EFFORT TO
COVER THE LOSSES OF A ROUGE TRADER THAT WAS OPERATING WITH THE
COMPANY. THESE MANIPULATIONS RESULTED IN LOSSES OF EARNINGS
THROUGH BONUSES AND THE DRAW FROM THE GROUP'S POOL TO MR.
ANDRIESZ AND HIS TEAM.  THROUGH HIS INVESTIGATIONS, MR. ANDRIESZ
DISCOVERED THAT THE BEHAVIOR OF BGC WAS NOT LIMITED TO MR.
ANDRIESZ AND HIS TEAM, BUT HAD ALSO OCCURRED TO OTHERS WITHIN THE
COMPANY.

MR. ANDRIESZ STATES THAT HE EARNED APPROXIMATELY $700,000 IN BOTH
2015 AND 2016, THOUGH HE BELIEVES IT SHOULD HAVE BEEN MORE.  HE
STATES THAT HE WAS PAYING HIMSELF LESS THAN HE WAS DUE AND DID
NOT TAKE A BONUS IN ORDER TO PAY HIS TEAM WHAT THEY WERE OWED.
MR. ANDRIESZ STATES THAT HIS COMPENSATION WAS A MIXTURE OF
SEVERAL FACTORS: SALARY, CLIENT BUSINESS, COMMISSIONS ON TRADES,
FEES FROM MARKET MAKERS, REBATES PAID BY THE CHICAGO MERCANTILE
EXCHANGE, AND BONUSES.  MR. ANDRIESZ REPORTS THAT BONUSES WERE
PAID QUARTERLY BASED ON THE REVENUES OF THAT PERIOD.

MR. ANDRIESZ ESTIMATES THAT HE SHOULD HAVE EARNED APPROXIMATELY
$1 MILLION IN 2015, AND THEN 2016 SHOULD HAVE BEEN APPROXIMATELY
$1.5 MILLION CONSIDERING THE HUGE JUMP IN REVENUES THEY HAD.  HE
STATES THAT THE FOURTH QUARTER OF 2016 WAS 250 PERCENT HIGHER
THAN THE PREVIOUS YEAR, AND IT COULD HAVE BEEN EVEN BETTER IF
MANAGEMENT HAD SUPPORTED HIM.  MR. ANDRIESZ STATES THAT IN 2017
HE WOULD HAVE ADDED SOME NEW CLIENTS AND BUILT THE BASE UP, AND
HE WOULD HAVE EXPECTED AN INCREASE OF 25 PERCENT TO 50 PERCENT IN

2

CONFIDENTIAL                            ANDRIESZ                                    003494

CONFIDENTIAL    ANDRIESZ    003495

2017.  MR. ANDRIESZ STATES THAT HAD HE BEEN PROPERLY COMPENSATED AND THERE HAD BEEN NO FRAUD, HE WOULD HAVE CONTINUED WORKING FOR BGC AND GROWING HIS BUSINESS.  MR. ANDRIESZ STATES THAT THE MARKET IN 2020 WAS DOWN SIGNIFICANTLY, SO HE WOULD HAVE EXPECTED A DECLINE IN EARNINGS THAT YEAR.  HE STATES THAT THE FIRST QUARTER OF 2020 WAS GOOD, AND THEN IN THE SECOND HALF OF THE YEAR THE MARKET WAS PRETTY DEAD.  HE STATES THAT HE WOULD HAVE HAD A SUBSTANTIAL REDUCTION IN INCOME IN 2020, AND HE ESTIMATES HE WOULD HAVE EARNED $1,250,000 IF HE WAS STILL AT BGC.  MR. ANDRIESZ STATES THAT IN THE LONG RUN HE BELIEVES HIS EARNINGS AT BGC TO BE AT LEAST IN THE $2.5 TO $3 MILLION RANGE, WHICH IS CONSISTENT WITH HIS PEERS.  THIS EARNINGS RANGE IS ALSO CONSISTENT WITH MR. ANDRIESZ'S PAST EARNINGS, WHICH FROM 2007 THROUGH 2012 AVERAGED $2,012,139 IN YEAR 2021 US DOLLARS, AND FROM 2007 THROUGH 2010 AVERAGED $2,712,450 IN YEAR 2021 DOLLARS.

THE LOSS OF EARNINGS FOR SIMON ANDRIESZ IS SHOWN IN THREE SCENARIOS.  THE EARNINGS LOSS IN SCENARIO 1 IS ILLUSTRATED TO BEGIN IN 2015 AT $431,329 IN YEAR 2015 DOLLARS.  THIS EARNINGS LOSS IS BASED ON MR. ANDRIESZ ESTIMATE OF WHAT HE WOULD HAVE EARNED BUT FOR THE MALFEASANCE OF BGC OF $1.0 MILLION AND HIS ACTUAL EARNINGS OF $568,671.  THE LOSS IN 2016 IS ILLUSTRATED TO BE $758,347 BASED ON MR. ANDRIESZ'S ESTIMATED POTENTIAL EARNINGS OF $1.5 MILLION AND HIS ACTUAL EARNINGS OF $741,653.  EARNINGS IN 2017 ARE GROWN AT 25 PERCENT BASED ON THE LOWER ESTIMATE BY MR. ANDRIESZ OF THE POTENTIAL 2017 REVENUES FOR HIS DEPARTMENT. EARNINGS ARE GROWN AT 8.0 PERCENT IN 2018 AND 7.0 PERCENT IN 2019.  EARNINGS IN 2020 ARE ILLUSTRATED AT $1,250,000 BASED ON MR. ANDRIESZ'S ESTIMATE BASED ON THE MARKET.  THE EARNINGS FOR SCENARIO 1 ARE GROWN IN 2025 TO THE AVERAGE OF MR. ANDRIESZ'S 2007 THROUGH 2012 EARNINGS OF $2,012,139 IN YEAR 2021 DOLLARS. EARNINGS ARE GROWN AT A NOMINAL RATE OF 2.0 PERCENT IN 2022 AND ZERO PERCENT REAL THEREAFTER.

THE EARNINGS LOSS IN SCENARIO 2 FOLLOWS SCENARIO 1 THROUGH 2020. THE EARNINGS FOR SCENARIO 2 ARE GROWN IN 2025 TO THE AVERAGE OF MR. ANDRIESZ'S 2007 THROUGH 2010 EARNINGS OF $2,712,450 IN YEAR 2021 DOLLARS.  EARNINGS ARE GROWN AT A NOMINAL RATE OF 2.0 PERCENT IN 2022 AND ZERO PERCENT REAL THEREAFTER.

THE EARNINGS LOSS IN SCENARIO 3 FOLLOWS SCENARIO 1 THROUGH 2016. EARNINGS IN 2017 ARE GROWN AT 50 PERCENT BASED ON MR. ANDRIESZ'S UPPER ESTIMATE OF REVENUE GROWTH FOR HIS DEPARTMENT IN 2017. EARNINGS ARE GROWN AT A RATE OF 8.0 PERCENT IN 2018 AND 7.0 PERCENT IN 2019.  EARNINGS IN 2020 ARE ILLUSTRATED AT $1,250,000 BASED ON MR. ANDRIESZ'S ESTIMATE BASED ON THE MARKET.  THE EARNINGS FOR SCENARIO 2 ARE GROWN IN 2025 TO MR. ANDRIESZ'S 2007 EARNINGS OF $3,403,952 IN YEAR 2021 DOLLARS.  EARNINGS ARE GROWN AT A NOMINAL RATE OF 2.0 PERCENT IN 2022 AND ZERO PERCENT REAL THEREAFTER.

CONFIDENTIAL    ANDRIESZ    003495

CONFIDENTIAL ANDRIESZ 003496

EARNING HISTORY (FROM US & UK TAX RETURNS):
UK 2007-08 = **£1,806,309** = £570,063 (MAN GROUP SERVICES LTD) +
    £1,236,246 (UNKNOWN)
UK 2008-09 = **£1,243,686** (MF GLOBAL UK SERVICES LTD)
UK 2009-10 = **£1,286,595** (MF GLOBAL UK SERVICES LTD)
UK 2010-11 = **£1,681,517** = £1,041,059 (NOMURA BANK INT'L) +
    £640,458 (MF GLOBAL UK SERVICES LTD)
UK 2011-12 = **£421,962** (NOMURA BANK INT'L)
UK 2012-13 = **£330,112** = £226,892 (NOMURA BANK INT'L) + £103,220
    (BGC BROKERS)
UK 2013-14 = **£155,485** = £73,695 (BGC BROKERS) + £81,790
    (PARTNERSHIP INCOME)
UK 2014-15 = **£0**
US 2015 = **$568,671** = $536,427 (2015 TAXES) + $32,244 (BGC SCH E)
UK 2015-16 = **£0**
US 2016 = **$741,653** = $734,756 (2016 BGC W-2) + $6,897 (BGC SCH E)
US 2017 = **$166,013** (WAGES FROM US TAXES)
UK 2017-18 = **£211699** (SQUARE GLOBAL LTD)
UK 2018-19 = **£361915** = £32339 (SQUARE GLOBAL LTD) + £329576
    (TRADITION COMPANIES)
UK 2019-20 = **£322856** (TRADITION COMPANIES)
UK 2020-21 = **£254562** (FROM TAX CALCULATION)

SCENARIO 1
2015 = 1000000 (15 EST EARN) - 568671 (15 ACTUAL) = **431329**
2016 = 1500000 (16 EST EARN) - 741653 (16 ACTUAL) = **758347**
2017 = 1500000 * 25.0% (EST 17 LOWER GRW) = **1875000**
2018 = 1875000 * 8.0% (EST 18 GRW) = 2025000
2019 = 2025000 * 7.0% (EST 19 GRW) = 2166750
2020 = 1250000 (EST PER MR. ANDRIESZ) **THRU 2024 AT 10.43%**
    [10.43% = (2052382 / 125000)^(1/5)]
2025 = 2012139 (07-12 AVG IN Y2021$) * 2.0E% (EST 22 GRW) =
    **2052382 THRU LE AT 0%**

SCENARIO 2
2015 = 1000000 (15 EST EARN) - 568671 (15 ACTUAL) = **431329**
2016 = 1500000 (16 EST EARN) - 741653 (16 ACTUAL) = **758347**
2017 = 1500000 * 25.0% (EST 17 LOWER GRW) = **1875000**
2018 = 1875000 * 8.0% (EST 18 GRW) = 2025000
2019 = 2025000 * 7.0% (EST 19 GRW) = 2166750
2020 = **1250000** (EST PER MR. ANDRIESZ) **THRU 2024 AT 17.22%**
    [17.22% = (2766699 / 125000)^(1/5)]
2025 = 2712450 (07-10 AVG IN Y2021$) * 2.0E% (EST 22 GRW) =
    **2766699 THRU LE AT 0%**

SCENARIO 3
2015 = 1000000 (15 EST EARN) - 568671 (15 ACTUAL) = **431329**
2016 = 1500000 (16 EST EARN) - 741653 (16 ACTUAL) = **758347**
2017 = 1500000 * 50.0% (EST 17 UPPER GRW) = **2250000**
2018 = 2250000 * 8.0% (EST 18 GRW) = 2430000
2019 = 2430000 * 7.0% (EST 19 GRW) = 2600100
2020 = **1250000** (EST PER MR. ANDRIESZ) **THRU 2024 AT 22.67%**

CONFIDENTIAL ANDRIESZ 003496

CONFIDENTIAL                                ANDRIESZ                                003497

```
    [22.67% = (3472032 / 125000)^(1/5)]
2025 = 3403952 (2007 EARN IN Y2021$) * 2.0E% (EST 22 GRW) =
    3472032 THRU LE AT 0%
```

OFFSET

MR. ANDRIESZ REPORTS THAT HE HAD SIGNIFICANT DIFFICULTY IN
SECURING EMPLOYMENT AFTER HIS TERMINATION FROM BGC. MR. ANDRIESZ
BELIEVES THAT BGC HAS SABOTAGED HIS EFFORTS BY VARIOUS MEANS,
INCLUDING HAVING BEEN IN CONTACT WITH A MARKET MAKER, TIM
O'LEARY, WHO WOULD SEND HIM MESSAGES SAYING THAT HE HAD
DISCREDITED HIM WITH OTHER COMPANIES SAYING HE IS A DRUG ADDICT
AND MAKING IT IMPOSSIBLE FOR HIM TO GET A JOB.

DESPITE HAVING A GREAT CLIENT BASE AND BEING A HIGHLY SUCCESSFUL
PRODUCER IN THE INDUSTRY, NO ONE WANTED TO HIRE HIM BECAUSE BGC
IS SO LITIGIOUS. SEVERAL FIRMS THAT HE HAD REACHED OUT TO,
INCLUDING RJ O'BRIEN, SIGMA BROKING, DEUTCHE BANK, AND ICAP HAVE
SAID SIMILAR THINGS. HE STATES THAT SOME OF THEM ALREADY HAVE
LAWSUITS WITH BGC OVER PEOPLE WHO WERE OUT OF CONTRACT. MR.
ANDRIESZ REPORTS THAT HE HAD NEVER HAD A GAP IN EMPLOYMENT IN 30
YEARS IN THE FINANCIAL INDUSTRY.

MR. ANDRIESZ STATES THAT HE OBTAINED A JOB WITH SQUARE GLOBAL
MARKETS IN LATE 2017. THEY ARE A LONDON BASED FIRM, BUT THE PLAN
WAS FOR HIM TO GO TO THE U.S. IN 2018 TO SET UP THE NEW YORK
OFFICE. HE REPORTS THAT HE WAS BE THE HEAD OF FIXED INCOME,
FUTURES, AND OPTIONS. THE EMPLOYMENT CONTRACT BETWEEN SQUARE
GLOBAL MARKETS AND SIMON ANDRIESZ INDICATES A COMMENCEMENT DATE
OF SEPTEMBER 4, 2017, AND IN 2018 MR. ANDRIESZ LEFT SQUARE GLOBAL
FOR TRADITIONS COMPANIES. MR. ANDRIESZ STATES THAT HE NEXT
WORKED AS THE HEAD OF FUTURES AND OPTIONS AT TRADITION UK
COMPANIES, WHERE HE WAS AGAIN PAID A SALARY, COMMISSIONS, AND
BONUSES. HE STATES THAT HIS SALARY WAS ORIGINALLY £200,000 AND
WAS LATER REDUCED TO £180,000 IN DECEMBER 2020, AND HIS LAST
BONUS WAS IN MARCH 2020. MR. ANDRIESZ WENT ON MEDICAL LEAVE FROM
TRADITION UK COMPANIES IN MARCH 2021 AND HAS NOT BEEN PAID SINCE
JULY 2021. MR. ANDRIESZ WAS UNABLE TO MAINTAIN HIS POSITION AT
TRADITION UK COMPANIES DUE TO HIS MEDICAL LEAVE, BUT IT IS MY
UNDERSTANDING THAT HE HAS RECENTLY OBTAINED NEW EMPLOYMENT
WORKING WITH KYTE BROKERING LIMITED.

MR. ANDRIESZ STATES THAT HE RECEIVED HIS BASE SALARY OF $400,000
THROUGH JUNE OF 2017, AND HIS 2017 TAX RETURN SHOWS EARNINGS OF
$166,013. MR. ANDRIESZ'S UK TAX RETURNS SHOW EARNINGS FROM APRIL
6, 2017 THROUGH APRIL 5, 2018 OF £211,698, FROM APRIL 6, 2018
THROUGH APRIL 5, 2019 OF £361,915, AND FROM APRIL 6, 2019 THROUGH
APRIL 5, 2020 OF £322,856. PRELIMINARY TAX INFORMATION FROM
APRIL 6, 2020 THROUGH APRIL 5, 2021 SHOW TOTAL EARNINGS OF
£254,562. BASED ON A CONVERSATION RATE OF 1.358921 USD/GBP, MR.
ANDRIESZ'S POST-TERMINATION EARNINGS ARE $453,694 IN 2017,
$491,814 IN 2018, $438,736 IN 2019, AND $345,521 IN 2020.
ALTHOUGH MR. ANDRIESZ WAS UNABLE TO WORK FOR THE MAJORITY OF

P5

CONFIDENTIAL                                ANDRIESZ                                003497

CONFIDENTIAL                                    ANDRIESZ                                    003498

2021, I CONSERVATIVELY ILLUSTRATE THE OFFSET IN 2021 AT THE
AVERAGE OF MR. ANDRIESZ'S 2017 THROUGH 2019 EARNINGS OF $497,261
IN YEAR 2021 DOLLARS.   OFFSET EARNINGS ARE GROWN AT 2.0 PERCENT
NOMINAL IN 2022 AND ZERO PERCENT REAL GROWTH THEREAFTER.


OFFSET
2017 = $166013 (2017 ACTUAL WAGES) + $287681 (= £211698 (SQUARE
       GLOBAL) * 1.358921 (CONVERSION RATE)) = $453694
2018 = £32339 (SQUARE GLOBAL) + £329576 (TRADITION COMPANIES) =
       £361915 * 1.358921 (CONVERSION RATE) = $491814
2019 = £322856 * 1.358921 (CONVERSION RATE) = $438736
2020 = £254562 * 1.358921 (CONVERSION RATE) = $345521
2021 = $497261 (2017-2019 AVG IN Y2021$)
2022 = 497261 * 2.0% (EST 22 INFL) = $507206 THRU LE AT 0%


REDUCTION IN VALUE OF LIFE ("RVL")
I ILLUSTRATE THE RANGE TO BE BETWEEN 50% AND 75%.  SEE INTERVIEW
NOTES FOR DETAILS.


LOWER
2015 = 134510 / 2.07% INFLATION = 131782 * 50% = 65255 / 365DAYS
       * 333DAYS = 60114
2016 = 137348 / 2.11% INFLATION = 134510 * 50% = 67255
2017 = 139971 / 1.91% INFLATION = 137348 * 50% = 68674
2018 = 142743 / 1.98% INFLATION = 139971 * 50% = 69986
2019 = 144684 / 1.36% INFLATION = 142743 * 50% = 71372
2020 = 147578 / 2.00% EST. 21 INFL = 144684 * 50% = 72342
2021 = 147578 (BASE) * 50% = 73789
2022 = 147578 * 2.00% EST. INFLATION = 150530 * 50% = 75265 THRU
       LE AT 0%


UPPER
2015 = 134510 / 2.07% INFLATION = 131782 * 75% = 98836 / 365DAYS
       * 333DAYS = 90171
2016 = 137348 / 2.11% INFLATION = 134510 * 75% = 100882
2017 = 139971 / 1.91% INFLATION = 137348 * 75% = 103011
2018 = 142743 / 1.98% INFLATION = 139971 * 75% = 104979
2019 = 144684 / 1.36% INFLATION = 142743 * 75% = 107057
2020 = 147578 / 2.00% EST. 21 INFL = 144684 * 75% = 108513
2021 = 147578 (BASE) * 75% = 110684
2022 = 147578 * 2.00% EST. INFLATION = 150530 * 75% = 112897 THRU
       LE AT 0%


6

CONFIDENTIAL                                    ANDRIESZ                                    003498

CONFIDENTIAL ANDRIESZ 003499

## WPK INFO INT W/SIMON ANDRIESZ-CLNT ON 04-27-2017; H/C/W 347-331-5054

### WAGES

SIMON ANDRIESZ STATES THAT HE BEGAN WORKING FOR BGC IN SEPTEMBER OF 2012 WHEN HE RAN THEIR LONDON TRADING DESK. HE STATES THAT IN 2015 HE MOVED TO NEW YORK AND BECAME THE MANAGING DIRECTOR OF THE CHICAGO AND NEW YORK FUTURES TRADING DESK AND THE SERIES 30 SIGNATORY. MR. ANDRIESZ STATES THAT HE HAS WORKED IN THE MARKETS IN ONE RESPECT OR ANOTHER FOR 28 YEARS.

MR. ANDRIESZ STATES THAT HE FORMULATED A MODEL THAT WOULD INCREASE REVENUES FOR BGC ACROSS ALL THREE CENTERS, LONDON, CHICAGO AND NEW YORK. HE STATES THAT HE MANAGED A POOL OF BROKERS THAT WAS COMPRISED OF SOME PEOPLE THAT HE BROUGHT IN PERSONALLY AND SOME THAT WERE ALREADY THERE.

MR. ANDRIESZ STATES THAT HE WAS THE SUPERVISOR FOR THE ENTIRE OPERATION BETWEEN CHICAGO AND NEW YORK FROM A REGULATORY AND COMPLIANCE PERSPECTIVE. HE STATES THAT HE MADE SURE THAT HE AND HIS TEAM OPERATED WITHIN THE RULES AND REGULATIONS. PART OF HIS JOB WAS TO PROTECT THE COMPANY FROM THE REGULATORS WHO MIGHT TRY TO CATCH THEM IN IMPROPRIETIES. MR ANDRIESZ STATES THAT FUTURES ARE THE MOST REGULATED ASPECT OF TRADING. THEY HANDLED HUGE AMOUNTS OF BUSINESS AND THEY NEVER HAD A PROBLEM UNDER HIS TENURE.

MR. ANDRIESZ STATES THAT HE EARNED APPROXIMATELY $700,000 IN BOTH 2015 AND 2016, THOUGH IT SHOULD HAVE BEEN MORE. HE STATES THAT HE WAS PAYING HIMSELF LESS THAN HE WAS DUE AND DID NOT TAKE A BONUS IN ORDER TO PAY HIS TEAM WHAT THEY WERE OWED. MR. ANDRIESZ STATES THAT HIS COMPENSATION WAS A MIXTURE OF SEVERAL FACTORS: CLIENT BUSINESS, COMMISSIONS ON TRADES, FEES FROM MARKET MAKERS, REBATES PAID BY THE CHICAGO MERCANTILE EXCHANGE, AND BONUSES. MR. ANDRIESZ REPORTS THAT BONUSES WERE PAID QUARTERLY BASED ON THE REVENUES OF THAT PERIOD. HE STATES THAT THE FOURTH QUARTER OF 2016 WAS 250% HIGHER THAN THE PREVIOUS YEAR AND IT COULD HAVE BEEN EVEN BETTER IF MANAGEMENT HAD SUPPORTED HIM. HE STATES THAT HE DID NOT TAKE A BONUS THAT QUARTER AND WAS FIRED ON THE LAST DAY.

MR. ANDRIESZ STATES THAT HE WAS PROMISED COMPENSATION THAT NEVER MATERIALIZED AND HE WAS TAKEN AWAY FROM CLIENTS THAT COST HIM BUSINESS AND REVENUE.

MR. ANDRIESZ STATES THAT THE WORKLOAD IN THE US WAS EXTREME. HE WORKED ALL THE TIME UNDER HUGELY CHAOTIC CONDITIONS, LARGELY DUE TO THE BEHAVIOR OF HIS IMMEDIATE SUPERIOR AND THE FRAUD THEY WERE COMMITTING. IT WAS ENORMOUSLY STRESSFUL.

MR. ANDRIESZ STATES THAT HAD HE BEEN PROPERLY COMPENSATED AND THERE HAD BEEN NO FRAUD, HE WOULD HAVE CONTINUED WORKING FOR BGC. THERE IS NO REASON HE WOULD HAVE STOPPED. AS IT WAS, HE HAD PROVIDED NOTICE THAT HE WAS NOT GOING TO RENEW HIS CONTRACT WHEN

CONFIDENTIAL ANDRIESZ 003499

CONFIDENTIAL  ANDRIESZ  003500

IT EXPIRED.  AFTER DOING THIS, BGC SIGNED ALL OF HIS TEAM TO EXTENSIONS.  NOW HE WAS GOING TO HAVE TO REBUILD HE CAREER FROM SCRATCH AT 48 YEARS OLD.

HE STATES THAT THE COMPENSATION AT ANOTHER FIRM WOULD HAVE BEEN THE SAME OF BETTER THAN THAT AT BGC.

P8

CONFIDENTIAL  ANDRIESZ  003500

CONFIDENTIAL ANDRIESZ 003501

## WPK INFO INT W/SIMON ANDRIESZ-CLNT ON 06-06-2017; H/C/W 447-786-3921

### WAGES
### DRAW
MR. ANDRIESZ STATES THAT PART OF HIS COMPENSATION CAME FROM THE "DRAW". HE STATES THAT THE DRAW WAS AN ADVANCE ON HIS PRODUCTION. HE STATES THAT IT WAS $364,000. THE DRAW REMAINED CONSTANT OVER THE TERM OF HIS CONTRACT, IT DID NOT CHANGE YEAR TO YEAR. THE DRAW COULD HAVE BEEN ADJUSTED DOWNWARD IF THE DESK REVENUE WAS LOW, BUT IT NEVER HAPPENED TO HIM.


### SALARY
IN ADDITION TO THE DRAW, MR. ANDRIESZ RECEIVED $3,000 PER MONTH IN SALARY. THIS AMOUNT WAS CONSTANT THE ENTIRE TIME HE WAS WITH BGC.

HIS TOTAL, NON-VARIABLE INCOME WAS $400,000 PER YEAR.

### POOL
MR. ANDRIESZ REPORTS THAT THE POOL SHOULD HAVE BEEN APPROXIMATELY $1,000,000 IN 2015. HE STATES THAT 2016 SHOULD HAVE BEEN MORE. IT WAS A MUCH BETTER YEAR. HE STATES THAT HE SHOULD HAVE GOTTEN BETWEEN 50 TO 60 PERCENT OF THE POOL AS THE MANAGER. BECAUSE THE COMPANY WAS SHORT CHANGING THE POOL HE GAVE MORE TO HIS TEAM IN ORDER TO KEEP THEM HAPPY. HE STATES THAT IN ADDITION TO HIS SHARE OF THE POOL, HE WAS ALSO ENTITLED TO A 4 PERCENT MANAGEMENT OVERRIDE.

MR. ANDRIESZ STATES THAT THE TOTAL REVENUES FOR THE DESK WERE APPROXIMATELY $10 TO $12 MILLION IN 2015. HE STATES THAT THIS REVENUE CONSISTED OF CLIENT, TRADER TO EXCHANGE, AND MATCH THE MARKET ORDERS. HE STATES THAT THEY ALSO RECEIVED A REBATE FROM THE CME PIT FOR EVERY TRADE.

HE REPORTS THAT 2015 WAS A GOOD, STEADY YEAR. 2016 WAS MORE PROFITABLE. HE STATES THAT THEY HAD A RECORD FOURTH QUARTER IN 2016. HE STATES THAT HE WAS NEVER PAID HIS BONUS FOR THAT QUARTER, WHICH HE BELIEVES WOULD HAVE BEEN APPROXIMATELY $250,000.


### OTHER?
MR. ANDRIESZ STATES THAT HE WAS ALSO RECEIVING A TRAVEL STIPEND EQUIVALENT TO ONE ROUND TRIP BUSINESS CLASS TICKET FROM NEW YORK TO LONDON EACH MONTH. HE STATES THAT WOULD TRAVEL BACK TO THE UK TO SEE HIS CHILD. THE TICKETS WERE APPROXIMATELY $6,500 APIECE, EQUAL TO $78,000 PER YEAR. HE STATES THAT HE STILL TRAVELS BACK AND FORTH AND IT COMES OUT OF HIS OWN POCKET NOW.

9

CONFIDENTIAL ANDRIESZ 003501

CONFIDENTIAL                                    ANDRIESZ                                    003502

MR. ANDRIESZ STATES THAT HE WAS ALSO GIVEN A HOUSING ALLOWANCE AS PART OF HIS COMPENSATION.  HE REPORTS IT WAS $5,000 PER MONTH FOR THE DURATION OF HIS EMPLOYMENT.  HE STATES THAT HE HAD TO PAY FOR TWO RESIDENCES AFTER HE WAS TERMINATED UNTIL THE LEASE EXPIRED ON HIS NEW YORK HOME.

MR. ANDRIESZ REPORTS THAT HE ALSO SHOULD HAVE BEEN REIMBURSED FOR HIS EXPENSES IN THE AMOUNT OF 3.00 PERCENT OF REVENUES GENERATED BY HIS TEAM.  HE STATES THAT HE HAD TO PAY THIS HIMSELF, AND HE NEVER RECEIVED THE REIMBURSEMENT.

MR. ANDRIESZ STATES THAT HE RECEIVED HIS BASE SALARY OF $400,000 THROUGH JUNE OF 2017.


<u>OFFSET</u>
MR. ANDRIESZ ALSO BELIEVES THAT BGC HAS BEEN IN CONTACT WITH A MARKET MAKER, TIM O'LEARY, WHO WOULD SEND HIM MESSAGES SAYING THAT HE HAD DISCREDITED HIM WITH OTHER COMPANIES SAYING HE IS A DRUG ADDICT AND MAKING IT IMPOSSIBLE FOR HIM TO GET A JOB.

DESPITE HAVING A GREAT CLIENT BASES AND BEING IN THE TOP FIVE PRODUCERS IN THE WORLD IN THE INDUSTRY, NO ONE WANTS TO HIRE HIM BECAUSE BGC IS SO LITIGIOUS.  SEVERAL FIRMS THAT HE HAS REACHED OUT TO, INCLUDING RJ O'BRIEN, SIGMA BROKING, DEUTCHE BANK, AND ICAP HAVE SAID SIMILAR THINGS.  HE STATES THAT SOME OF THEM ALREADY HAVE LAWSUITS WITH BGC OVER PEOPLE WHO WERE OUT OF CONTRACT.

MR. ANDRIESZ REPORTS THAT HE HAS NEVER HAD A GAP IN EMPLOYMENT IN 30 YEARS.

MR. ANDRIESZ STATES THAT HE MIGHT HAVE FOUND A POSSIBLE JOB WITH SQUARE GLOBAL MARKETS.  HE HAS HAD THREE MEETINGS IN THREE DAYS. HE STATES THAT THEY WANT HIM TO SET UP THEIR FIXED INCOME DEPARTMENT.

MR. ANDRIESZ STATES THAT NORMALLY PEOPLE ARE OK TO PART COMPANY. THESE THINGS ARE JUST A PART OF BUSINESS.  BUT, THESE PEOPLE SEEM TO WANT TO DESTROY HIS LIFE.

CONFIDENTIAL                                    ANDRIESZ                                    003502

CONFIDENTIAL    ANDRIESZ    003503

<u>WPK INFO INT W/SIMON ANDRIESZ - CLNT ON 07-24-2017</u>

<u>OFFSET</u>
MR. ANDRIESZ STATES THAT HE HAS TAKEN THE JOB WITH SQUARE GLOBAL
MARKETS.  THEY ARE A LONDON BASED FIRM, BUT HE IS GOING BACK TO
THE U.S. IN SIX MONTHS TO SET UP THE NEW YORK OFFICE.  HE REPORTS
THAT HE WILL BE THE HEAD OF FIXED INCOME, FUTURES, AND OPTIONS.

MR. ANDRIESZ STATES THAT THE COMPENSATION FOR THIS POSITION IS
LARGELY PERFORMANCE BASED, LIKE A TRADITIONAL BROKER.  HE STATES
THAT HIS SALARY AND DRAW ARE LOWER THAN BGC.  HE WILL HAVE TO
REBUILD HIS BUSINESS TO REAP THE REWARDS OF THIS POSITION.  HE
STATES THAT A LOT OF HIS CUSTOMERS MIGHT NOT OPEN ACCOUNTS WITH
SQUARE AND THOSE THAT DO WILL HAVE TO GO THROUGH AN INTERNAL
PROCESS TO GET THE NECESSARY APPROVALS.  HE STATES THAT MIGHT
TAKE UP TO ONE YEAR.

MR. ANDRIESZ STATES THAT HIS SALARY IS 125,000 POUNDS OVER THE
FIRST SIX MONTHS WITH SQUARE AND THEN 100,000 THEREAFTER.  HE IS
GOING TO EARNING LESS THIS YEAR.

MR. ANDRIESZ STATES THAT HE BELIEVES THE SAME EARNING POTENTIAL
THAT HE HAD AT BGC EXISTS AT SQUARE.  HE WILL HAVE TO BUILD HIS
BUSINESS BACK FROM THE GROUND UP.  BGC HAS ALL OF HIS OLD TEAM
LOCKED IN WITH CONTRACTS.  HE WILL HAVE TO HIRE ALL NEW PEOPLE.
HE STATES THAT IT WILL TAKE SOME TIME TO GET BACK TO WHERE HE
WAS.

CONFIDENTIAL    ANDRIESZ    003503

CONFIDENTIAL 003504

## WPK INFO INT W/SIMON ANDRIESZ - CLNT ON 11-06-2017; H/C/W 347-331-5054

SIMON ESTIMATES THAT HE SHOULD HAVE EARNED APPROXIMATELY $1 MILLION IN 2015.  2016 SHOULD HAVE BEEN APPROXIMATELY $1.5 MILLION CONSIDERING THE HUGE JUMP IN REVENUES THEY HAD.

SIMON STATES THAT HIS TEAM DID $4.5 MILLION IN NEW CONTRACTS IN 2016

### POOL
SIMON STATES THAT NORMALLY HE WOULD TAKE 60% OF THE POOL AS HIS COMPENSATION.  HE STATES THAT THIS WAS A PERCENTAGE HE SET UP WHEN HE BEGAN MANAGING A TEAM 20 YEARS AGO.  HE STATES THAT SINCE THE POOL WAS GETTING SHORTED BY THE COMPANY HE HAD TO REDUCE HIS SHARE IN ORDER TO PAY HIS TEAM AND KEEP THEM INCENTIVIZED.  HE ESTIMATES THAT HE WAS ONLY TAKING 30-40%.

### ROGUE TRADER
SIMON STATES THAT THE REASON THE POOL FROM HIS GROUP WAS BEING SHORTED BY BGC WAS TO COVER THE LOSSES OF A ROGUE TRADER FROM THE EQUITY DIVISION.

SIMON STATES THAT THE TRADER WORKED DIRECTLY FOR JP AUBIN.  HE HAD LOGGED ON TO HIS PLATFORM FROM HIS HOME, WHICH IS AGAINST REGULATIONS, AND HE PREEMPTED A CLIENT ORDER.  SIMON STATES THAT THE TRADER LOST $1.0 MILLION OR MORE.  HE DOESN'T BELIEVE THE TRADER WAS FIRED AND IT WASN'T REPORTED TO ANY REGULATORY BODY.  HE BELIEVES THEY JUST BRUSHED IT UNDER THE RUG BY ROBBING SIMON'S POOL TO RECOUP THE LOSSES.

### FUTURE GROWTH
SIMON STATES THAT 2017 WOULD NOT HAVE HAD ANOTHER 250% GROWTH LIKE 2016.  HE STATES THAT HE WOULD HAVE ADDED SOME NEW CLIENTS AND BUILT THE BASE UP.  HE STATES THAT HE WOULD EXPECT 25-50% FOR 2017 AND BEYOND.

### SQUARE
SIMON STATES THAT HIS BIGGEST PROBLEM IS A LOT OF CLIENTS HE WOULD BRING OVER TO SQUARE DON'T HAVE THE PROPER PAPERWORK.  HE STATES THAT THEY HAVE TO ON-BOARD THE NEW CLIENTS AND IT CAN 6 MONTHS OR LONGER.  ADDITIONALLY, HE STATES THAT SQUARE IS A BOUTIQUE OPERATION.  THEY AREN'T HUGE.  SIMON HAS TO CONVINCE HIS CLIENTS TO DO THE WORK IN ORDER TO WORK WITH THEM.  HE ALSO HAS HAD TO BUILD A WHOLE NEW TEAM OF HIGHLY SKILLED PEOPLE.  HE IS STARTING FROM SCRATCH.  THE FIRST YEARS ARE GOING TO BE SLOW.  HE HAS TO REBUILD THE SITUATION.

CONFIDENTIAL 003504

CONFIDENTIAL ANDRIESZ 003505

## SRU TCW/SIMON ANDRIESZ-PL ON 02-24-2021:

### WAGES

COMPENSATION IN THE INDUSTRY DEPENDS ON SEVERAL VARIABLES. SALARY CAN BE ANYWHERE FROM 50-300K, THEN YOU ARE PAID COMMISSIONS AND BONUSES.  IF YOU ARE WORKING FOR A BANK, YOUR COMPENSATION IS BASED ON PERFORMANCE.  YOU GET A DRAW AGAINST YOUR PRODUCTION.

HE HAS WORKED FOR 32 YEARS.  FOR THE LAST 20 YEARS, HE HAS BEEN BUILDING THE BUSINESS.  BGC ASKED HIM TO BUILD THEIR LONDON BUSINESS, AND THEN THEY PROMOTED HIM AND SENT HIM TO NEW YORK.  A LOT OF THE COMPANY'S CLIENTS WERE HIS CLIENTS THAT HE BROUGHT, BUT IN MANAGING A TEAM OF 50 PEOPLE, HE HANDED OVER HIS CLIENTS TO BE MANAGED BY OTHER PEOPLE, AND THEN THEY TOOK HIS CLIENTS. HE HAS HAD TO REBUILD HIS TEAM AND CLIENTS FROM SCRATCH.

HE BELIEVES THAT HE SHOULD HAVE BEEN EARNING AROUND $1M IN 2016, AND HE BELIEVES THE OTHER WHISTLEBLOWER WAS MAKING AROUND THE SAME AMOUNT.  BGC WAS TAKING HUGE SUMS OF MONEY FROM HIS POOL, SO HIS EARNINGS SHOULD HAVE BEEN HIGHER.  HE BELIEVES THERE WAS $1-$1.5M THAT THEY TOOK FROM HIM.

HE HAD EARNED $2-3M IN THE PAST AND PLANNED TO GET BACK TO THAT LEVEL OF EARNINGS.

HE PLANNED TO WORK UNTIL AROUND AGE 65 OR SO.

### IMPACT OF PANDEMIC

THE INDUSTRY HAS PICKED UP NOW, BUT IT WAS BAD LAST YEAR IN 2020. THE FIRST QUARTER WAS GOOD, BUT THEN IT WAS DEAD FOR THE SECOND HALF OF THE YEAR.  IT IS PICKING UP NOW.  HE HAD A LOT OF INFRASTRUCTURE IN PLACE, BUT IT STILL WOULD HAVE BEEN A SUBSTANTIAL REDUCTION EVEN IF HE WAS STILL AT BGC.  HE THINKS HE WOULD HAVE EARNED $1.25M LAST YEAR IF HE WAS STILL AT BGC.

### OFFSET

HE LEFT SQUARE GLOBAL IN 2018 TO WORK FOR TRADITION COMPANIES, WHERE HE IS THE HEAD OF FUTURES AND OPTIONS.  HIS COMPENSATION THERE IS PRIMARILY COMMISSIONS AND BONUSES, AND LAST YEAR HE ONLY GOT ONE BONUS IN EARLY 2020.  HIS DRAW WAS REDUCED TO 180K POUNDS, AND HE HASN'T HAD A BONUS SINCE MARCH 2020.  THE COMPANY IS MAKING A LOT OF CUTS.

HE HAS DEVELOPED SOME HEALTH PROBLEMS AND IS IN AND OUT OF THE HOSPITAL.  HE HAS EXTREME MUSCLE FATIGUE, AND IT IS IMPACTING HIS PERFORMANCE.  TRYING TO WORK IN THIS STRESSFUL, INTENSE JOB, IS NOT CONDUCIVE TO GOOD RECOVERY.

HE THINKS HE WON'T BE ABLE TO WORK AS LONG.  HE HAD TO GO REMOTE BEFORE THE PANDEMIC BECAUSE OF HIS HEALTH ISSUES.  HE PROBABLY CAN'T WORK VERY MUCH LONGER.

CONFIDENTIAL ANDRIESZ 003505

CONFIDENTIAL                                        ANDRIESZ                                        003506

RVL

PRACTICAL

HE IS PHYSICALLY IMPAIRED FROM THE STRESS.  HE HAD A HEART ATTACK AND 7 HOSPITAL VISITS.  IF YOU KNOW SOMEONE HAS HAD A HEART ATTACK, YOU DON'T ATTACK THAT PERSON WHILE THEY ARE IN THE HOSPITAL.  WHAT ARE YOU TRYING TO ACHIEVE?  ARE YOU TRYING TO KILL THEM?  THEY HAVE CAUSED PERMANENT HEART CONDITIONS FOR HIM.

HE HAS DEVELOPED A CHRONIC NERVOUS SYSTEM CONDITION.  HE CAN'T OVER EXERCISE, AND HE CAN'T EVEN WALK SOME DAYS.  HE CAN'T WALK TO THE TRAIN, AND HE CAN'T GET ON THE TRAIN.  HIS LEGS ARE TERRIBLE.  HE IS HAVING TO MOVE OUT OF HIS HOME AND MOVE TO THE COUNTRYSIDE TO RECUPERATE.

SOCIAL

THEY HAVE TO DOWNSIZE BECAUSE THEY CAN'T AFFORD TO LIVE IN METRO LONDON ANYMORE.

OCCUPATIONAL

HE WAS AT THE PEAK OF HIS CAREER AND HAD INCREASED THE BUSINESS 250%, AND THEY HAVE COMPLETELY DESTROYED HIS CAREER.  THEY CONTINUE TO RETALIATE AGAINST HIM.  HE IS TRYING TO WORK, BUT IT IS IMPOSSIBLE TO ACHIEVE.  HE'S DOING HIS BEST.

EMOTIONAL

HE WAS DIAGNOSED WITH PTSD, AND HE IS SEEING THERAPIST.  IT IS VERY DIFFICULT TO DEAL WITH WHEN THE STRESS KEEPS INCREASING.  HE HAS TO TAKE MEDICATION TO CALM HIMSELF DOWN.  THIS SITUATION HAS COMPLETELY DESTROYED HIM.  HE CAN HARDLY EXIST AS A HUMAN BEING.

CONFIDENTIAL                                        ANDRIESZ                                        003506

CONFIDENTIAL                                                                                    003507

# AVERAGE INCOME IN 2021 DOLLARS
## Simon Andriesz

| YEAR | U.K. CPI GROWTH | CUM | * | U.K. INCOME | 1.358921 INCOME IN US$ | = | 2021 $'S |
|------|------|------|---|------|------|---|------|
| 2007 | 0.0209 | 1.3867 | | 1,806,309 | 2,454,631 | | 3,403,952 |
| 2008 | 0.0301 | 1.3462 | | 1,243,686 | 1,690,071 | | 2,275,172 |
| 2009 | 0.0292 | 1.3080 | | 1,286,595 | 1,748,381 | | 2,286,803 |
| 2010 | 0.0364 | 1.2621 | | 1,681,517 | 2,285,049 | | 2,883,872 |
| 2011 | 0.0428 | 1.2103 | | 421,962 | 573,413 | | 694,005 |
| 2012 | 0.0263 | 1.1793 | | 330,112 | 448,596 | | 529,031 |
| 2013 | 0.0205 | 1.1556 | | | | | |
| 2014 | 0.0050 | 1.1499 | | | | | |
| 2015 | 0.0020 | 1.1476 | | | | | |
| 2016 | 0.0160 | 1.1295 | | | | | |
| 2017 | 0.0294 | 1.0972 | | | | | |
| 2018 | 0.0210 | 1.0747 | | | | | |
| 2019 | 0.0131 | 1.0608 | | | | | |
| 2020 | 0.0065 | 1.0540 | | | | | |
| 2021 | 0.0540 | 1.0000 | | | | | |

07-12 Avg =   2,012,139
07-10 Avg =   2,712,450

CONFIDENTIAL

# AVERAGE POST-TERMINATION INCOME IN 2021 DOLLARS

ANDRIESZ

003508

## Simon Andriesz

| YEAR | U.K. CPI GROWTH | CUM | * | U.K. INCOME | 1.358921 INCOME IN US$ | = | 2021 $'S | AVERAGE REAL INCOME | YEARS |
|------|------|------|---|------|------|---|------|------|------|
| 2017 | 0.0294 | 1.0972 | | | 453,694 | | 497,809 | 497,261 | (17-19) |
| 2018 | 0.0210 | 1.0747 | | 361,915 | 491,814 | | 528,551 | 496,987 | (18-19) |
| 2019 | 0.0131 | 1.0608 | | 322,856 | 438,736 | | 465,424 | 465,424 | |
| 2020 | 0.0065 | 1.0540 | | | | | | | |
| 2021 | 0.0540 | 1.0000 | | | | | | | |

CONFIDENTIAL                ANDRIESZ                003508

CONFIDENTIAL

# U.K. GROWTH AND INFLATION RATES

ANDRIESZ

003509

| YEAR | CPI INDEX | CPI INCREASE | WAGE INDEX | WAGE GROWTH | REAL GROWTH |
|---|---|---|---|---|---|
| 2001 | 74.0 | 1.09% | 375.9 | 4.71% | 3.61% |
| 2002 | 75.2 | 1.62% | 390.9 | 3.99% | 2.37% |
| 2003 | 76.2 | 1.33% | 404.0 | 3.35% | 2.02% |
| 2004 | 77.4 | 1.57% | 419.2 | 3.76% | 2.19% |
| 2005 | 78.9 | 1.94% | 431.2 | 2.86% | 0.92% |
| 2006 | 81.3 | 3.04% | 443.6 | 2.88% | -0.17% |
| 2007 | 83.0 | 2.09% | 457.6 | 3.16% | 1.06% |
| 2008 | 85.5 | 3.01% | 479.1 | 4.70% | 1.69% |
| 2009 | 88.0 | 2.92% | 488.5 | 1.96% | -0.96% |
| 2010 | 91.2 | 3.64% | 498.5 | 2.05% | -1.59% |
| 2011 | 95.1 | 4.28% | 498.3 | -0.04% | -4.32% |
| 2012 | 97.6 | 2.63% | 506.1 | 1.57% | -1.06% |
| 2013 | 99.6 | 2.05% | 517.4 | 2.23% | 0.18% |
| 2014 | 100.1 | 0.50% | 518.3 | 0.17% | -0.33% |
| 2015 | 100.3 | 0.20% | 527.1 | 1.70% | 1.50% |
| 2016 | 101.9 | 1.60% | 538.6 | 2.18% | 0.59% |
| 2017 | 104.9 | 2.94% | 550.0 | 2.12% | -0.83% |
| 2018 | 107.1 | 2.10% | 568.3 | 3.33% | 1.23% |
| 2019 | 108.5 | 1.31% | 585.2 | 2.97% | 1.67% |
| 2020 | 109.2 | 0.65% | 585.7 | 0.09% | -0.56% |
| 2021 | 115.1 | 5.40% | 610.7 | 4.27% | -1.13% |
| **2002-2021 AVG =** | | **2.24%** | | **2.46%** | **0.22%** |

CONFIDENTIAL     ANDRIESZ     003509

```
01 /* ** 00 EARNINGS - SCEN 1
01 CC ** 00 02-01-2015 04-15-2022 02-01-2015 10-23-1968 04-22-2050 12-31
01 CC ** 00 WM XXXX 7 XXB A N
01 PJ WA 00 02-01-2015 12-31-2015 1 431329 0 0.00 0.00
01 PJ WA 01 01-01-2016 12-31-2016 1 758347 0 0.00 0.00
01 PJ WA 02 01-01-2017 12-31-2017 1 1875000 0 0.00 0.00
01 PJ WA 03 01-01-2018 12-31-2018 1 2025000 0 0.00 0.00
01 PJ WA 04 01-01-2019 12-31-2019 1 2166750 0 0.00 0.00
01 PJ WA 05 01-01-2020 12-31-2024 1 1250000 1 10.43 0.00
01 PJ WA 07 01-01-2025 04-22-2050 1 2052382 1 0.0 0.00
01 IN ** 00 1 04-15-2022 04-22-2050 1 1.25
01 FM ** 00 0 59 N N N X X X X X X X X X
01 TB WA P  02-01-2015 04-14-2022 0 0 1 1
01 TB WA F  04-15-2022 04-22-2050 0 1 2 1
01 TB SM B  02-01-2015 04-22-2050 0 1 3 1


02 CN ** 00 SIMON ANDRIESZ
02 /* ** 00 EARNINGS - SCEN 2
02 CC ** 00 02-01-2015 04-15-2022 02-01-2015 10-23-1968 04-22-2050 12-31
02 CC ** 00 WM XXXX 7 XXB A N
02 PJ WA 00 02-01-2015 12-31-2015 1 431329 0 0.00 0.00
02 PJ WA 01 01-01-2016 12-31-2016 1 758347 0 0.00 0.00
02 PJ WA 02 01-01-2017 12-31-2017 1 1875000 0 0.00 0.00
02 PJ WA 03 01-01-2018 12-31-2018 1 2025000 0 0.00 0.00
02 PJ WA 04 01-01-2019 12-31-2019 1 2166750 0 0.00 0.00
02 PJ WA 05 01-01-2020 12-31-2024 1 1250000 1 17.22 0.00
02 PJ WA 07 01-01-2025 04-22-2050 1 2766699 1 0.0 0.00
02 IN ** 00 1 04-15-2022 04-22-2050 1 1.25
02 FM ** 00 0 59 N N N X X X X X X X X X
02 TB WA P  02-01-2015 04-14-2022 0 0 4 1
02 TB WA F  04-15-2022 04-22-2050 0 1 5 1
02 TB SM B  02-01-2015 04-22-2050 0 1 6 1


03 CN ** 00 SIMON ANDRIESZ
03 /* ** 00 EARNINGS - SCEN 3
03 CC ** 00 02-01-2015 04-15-2022 02-01-2015 10-23-1968 04-22-2050 12-31
03 CC ** 00 WM XXXX 7 XXB A N
03 PJ WA 00 02-01-2015 12-31-2015 1 431329 0 0.00 0.00
03 PJ WA 01 01-01-2016 12-31-2016 1 758347 0 0.00 0.00
03 PJ WA 02 01-01-2017 12-31-2017 1 2250000 0 0.00 0.00
03 PJ WA 03 01-01-2018 12-31-2018 1 2430000 0 0.00 0.00
03 PJ WA 04 01-01-2019 12-31-2019 1 2600100 0 0.00 0.00
03 PJ WA 05 01-01-2020 12-31-2024 1 1250000 1 22.67 0.00
03 PJ WA 07 01-01-2025 04-22-2050 1 3472032 1 0.0 0.00
03 IN ** 00 1 04-15-2022 04-22-2050 1 1.25
03 FM ** 00 0 59 N N N X X X X X X X X X
03 TB WA P  02-01-2015 04-14-2022 0 0 7 1
03 TB WA F  04-15-2022 04-22-2050 0 1 8 1
03 TB SM B  02-01-2015 04-22-2050 0 1 9 1


04 CN ** 00 SIMON ANDRIESZ
04 /* ** 00 OFFSET
04 CC ** 00 02-01-2015 04-15-2022 02-01-2015 10-23-1968 04-22-2050 12-31
04 CC ** 00 WM XXXX 7 XXB A N
04 PJ WA 00 01-01-2017 12-31-2017 1 453694 0 0.00 0.00
04 PJ WA 01 01-01-2018 12-31-2018 1 491814 0 0.00 0.00
04 PJ WA 02 01-01-2019 12-31-2019 1 438736 0 0.00 0.00
04 PJ WA 03 01-01-2020 12-31-2020 1 345521 0 0.00 0.00
```

```
04 PU WA 04 01-01-2021 12-31-2021 1 54728 0 0.00 0.00
04 PU WA 05 01-01-2022 04-22-2050 1 50706 1 0.0 0.00
04 IN ** 00 1 04-15-2022 04-22-2050 1 1.25
04 FM ** 00 0 59 N N N X X X X X X X X
04 TB WA P  01-01-2017 04-14-2022 0 0 10 1
04 TB WA F  04-15-2022 04-22-2050 0 1 11 1
04 TB SM B  01-01-2017 04-22-2050 0 1 12 1


05 CN ** 00 SIMON ANDRIESZ
05 /* ** 00 RVL
05 CC ** 00 02-01-2015 04-15-2022 02-01-2015 10-23-1968 04-22-2050 12-31
05 CC ** 00 WM XXXX 7 XXB A N
05 PJ X1 00 02-01-2015 12-31-2015 1 60114 0 0.00 0.00
05 PJ X1 01 01-01-2016 12-31-2016 1 67255 0 0.00 0.00
05 PJ X1 02 01-01-2017 12-31-2017 1 68674 0 0.00 0.00
05 PJ X1 03 01-01-2018 12-31-2018 1 69986 0 0.00 0.00
05 PJ X1 04 01-01-2019 12-31-2019 1 71372 0 0.00 0.00
05 PJ X1 05 01-01-2020 12-31-2020 1 72342 0 0.00 0.00
05 PJ X1 06 01-01-2021 12-31-2021 1 73789 0 0.00 0.00
05 PJ X1 07 01-01-2022 04-22-2050 1 75265 1 0.0 0.00
05 IN ** 00 1 04-15-2022 04-22-2050 1 1.25
05 FM ** 00 0 59 N N N X X X X X X X X
05 TB X1 P  02-01-2015 04-14-2022 0 0 13 1
05 TB X1 F  04-15-2022 04-22-2050 0 1 14 1
05 TB SM B  02-01-2015 04-22-2050 0 1 15 1


06 CN ** 00 SIMON ANDRIESZ
06 /* ** 00 RVL UPPER
06 CC ** 00 02-01-2015 04-15-2022 02-01-2015 10-23-1968 04-22-2050 12-31
06 CC ** 00 WM XXXX 7 XXB A N
06 PJ X1 00 02-01-2015 12-31-2015 1 90171 0 0.00 0.00
06 PJ X1 01 01-01-2016 12-31-2016 1 100882 0 0.00 0.00
06 PJ X1 02 01-01-2017 12-31-2017 1 103011 0 0.00 0.00
06 PJ X1 03 01-01-2018 12-31-2018 1 104979 0 0.00 0.00
06 PJ X1 04 01-01-2019 12-31-2019 1 107057 0 0.00 0.00
06 PJ X1 05 01-01-2020 12-31-2020 1 108513 0 0.00 0.00
06 PJ X1 06 01-01-2021 12-31-2021 1 110684 0 0.00 0.00
06 PJ X1 07 01-01-2022 04-22-2050 1 112897 1 0.0 0.00
06 IN ** 00 1 04-15-2022 04-22-2050 1 1.25
06 FM ** 00 0 59 N N N X X X X X X X X
06 TB X1 P  02-01-2015 04-14-2022 0 0 16 1
06 TB X1 F  04-15-2022 04-22-2050 0 1 17 1
06 TB SM B  02-01-2015 04-22-2050 0 1 18 1
```

CONFIDENTIAL    ANDRIESZ    003511

CONFIDENTIAL    SMITH ECONOMICS GROUP, LTD.  312/943-1551    ANDRIESZ    003511