# **Exhibit 35**

# Exhibit 469

| | |
|---|---|
| From: | Andriesz, Simon [SAndriesz@bgcpartners.com] |
| Sent: | 3/1/2016 1:23:07 PM |
| To: | Attrill, Tommy [TAttrill@bgcpartners.com] |
| Subject: | FW: Personnel |

**From:** Haas, Kristi
**Sent:** 01 March 2016 13:22
**To:** Andriesz, Simon
**Cc:** Sulfaro, Michael
**Subject:** RE: Personnel

I need a list of all the people that report to you in the US....their names, function (broker, support etc..) and location (Chicago or NY)

**From:** Andriesz, Simon
**Sent:** Tuesday, March 01, 2016 6:18 AM
**To:** Haas, Kristi
**Cc:** Sulfaro, Michael
**Subject:** RE: Personnel

Morning , I'm not sure what you need here Kristi , can you explain in more detail please

**From:** Haas, Kristi
**Sent:** 29 February 2016 19:22
**To:** Andriesz, Simon
**Cc:** Sulfaro, Michael
**Subject:** Personnel

Hi Simon,

I need to do a personnel org chart for the NFA exam. Can you please list the brokers and support people for all in the US broken out by NY and Chicago? This is an urgent request because we need to reply to the NFA by EOD tomorrow. I will be using this info to create an org chart for the company.

Thanks,
Kristi

*Kristi Haas*
Senior Vice President
BGC Partners Inc. - Nasdaq "BGCP"
BGC Financial, L.P. (SEC / FINRA/ NFA)
199 Water Street, 19th Floor
New York, NY  10038
T: 646.346.7078
E: khaas@bgcpartners.com

CONFIDENTIAL                                                                                                                              BGC00008394