# **Exhibit 36**

| | |
|---|---|
| **From:** | Ethan Leonard |
| **To:** | Shah, Nirav |
| **Cc:** | Neal Brickman |
| **Subject:** | Andriesz v. BGC Financial, L.P. |
| **Date:** | Thursday, September 19, 2024 11:31:18 AM |

[<span style="color:red">**External Email:**</span> Use Caution when clicking on links and attachments]

Nirav –

Good morning.

I hope that all is well with you and yours.

Please be advised that we have commenced an action on behalf of Mr. Andriesz seeking, *inter alia*, vacatur of the arbitration award in the recently concluded FINRA arbitration.

Please advise if you will accept service on behalf of BGC Financial, L.P.

Thank you for your time and attention in this regard.

Ethan

Ethan Leonard
The Law Offices of Neal Brickman, P.C.
420 Lexington Avenue – Suite 2811
New York, New York 10170
(212) 986-6840