```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
SIMON DAVID ANDRIESZ, :
 :
               Petitioner, :
 : 24-cv-7004 (LJL)
   -v- :
 : ORDER
BGC FINANCIAL, L.P., :
 :
               Respondent. :
 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court has reviewed Respondent's proposed redactions at Dkt. No. 29 and finds that they relate to information that is truly commercially or personally sensitive. Because the redactions satisfy the standard for sealing set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), Respondent's letter motion to seal documents filed in opposition to the motion to vacate is granted.

    The Clerk of Court is respectfully directed to close Dkt. No. 28.

    SO ORDERED.

Dated: December 17, 2024
       New York, New York

                                                LEWIS J. LIMAN
                                        United States District Judge