# Exhibit 1 to Proposed Shah Declaration

FINRA.org | Help | Sign Out

FInra

Welcome Sid Nadkarni

Dispute Resolution Portal

| Home | Arbitration Cases | Mediation Cases | Arbitration Claims | Messages **(106 Unread)** |

# 22-02539 Simon D. Andriesz vs. BGC Financial, L.P., Cantor Fitzgerald & Co., Jean Pierre Aubin, Michael Carl Sulfaro, et al.

## Arbitration Case Abstract

Submit Documents

**Case Status**: Closed
**Filed On Date**: 11/08/2022
**Office**: New York
**Hearing Location**: New York, NY

**Milestones**
**Case Received**: 11/08/2022
**Claim Served on Respondents**: 11/17/2022
**Award Served on Parties**: 06/17/2024
**Case Closed**: 06/17/2024

**Assigned Staff**
Leonie Feliciano
FINRA Dispute Resolution Services
Brookfield Place
200 Liberty Street
New York, New York 10281
Phone: 212-858-3928
E-mail: Neprocessingcenter@finra.org

| Messages **(66)** | Details | Pleadings | Deficiencies | List Selection | Hearings | Scheduling | Documents **(49)** | Drafts & Submissions | Fees |

## Documents

In the Documents column, click "Expand All" in the column header, or click the plus sign (+) to see the list of documents for that Subject.

| Subject | Portal Posted Date | Documents (File Date) Expand All | Sent By |
|---|---|---|---|
| **FINRA Correspondence** | **09/30/2024** | **Document List** | **FINRA DR** |
| **Submitted Documents by Party** | **09/25/2024** | **Document List** | **Nirav S Shah, Esq.** |
| FINRA Correspondence | 07/11/2024 | Response Claimant's Request for an Explained Decision.pdf (07/11/2024) | FINRA DR |
| Documents Sent by Another Party | 07/08/2024 | Andriesz BGC FINRA Letter S 7 8 24.pdf (07/08/2024) | Neal Brickman, Esq. |
| FINRA Correspondence | 07/05/2024 | Closed Case - Does Not Comply.pdf (07/05/2024) | FINRA DR |
| **Documents Sent by Another Party** | **07/03/2024** | **Andriesz Panel Letter S July 2 2024.pdf (07/03/2024)** | **Neal Brickman, Esq.** |
| Award | 06/17/2024 | Award Payment 30 Day Warning.pdf (06/17/2024) | FINRA DR |
| Award | 06/17/2024 | Document List<br>⬇ CREATE MERGED FILE<br>Award Service Letter.pdf (06/17/2024)<br>22-02539 Award.pdf (06/17/2024) | FINRA DR |
| **FINRA Correspondence** | **05/13/2024** | **Document List** | **FINRA DR** |
| **Submitted Documents by Party** | **05/10/2024** | **Document List** | **Nirav S Shah, Esq.** |
| **Documents Sent by Another Party** | **05/10/2024** | **Andriesz BGC Panel Supp Resp.pdf (05/10/2024)** | **Neal Brickman, Esq.** |
| **Arbitrator Disclosure(s)** | **05/08/2024** | **Document List** | **FINRA DR** |

«  ‹  **1**  2  3  4  ›  »

1 of 4

| Subject | Portal Posted Date | Documents (File Date)  Expand All | Sent By |
|---|---|---|---|
| **Order** | **05/06/2024** | **Document List** | **FINRA DR** |
| **FINRA Correspondence** | **04/15/2024** | **Document List** | **FINRA DR** |
| Submitted Documents by Party | 04/12/2024 | Document List | Nirav S Shah, Esq. |
| Documents Sent by Another Party | 04/12/2024 | SA Memorandum April 12 2024.pdf (04/12/2024) | Neal Brickman, Esq. |
| **FINRA Correspondence** | **04/01/2024** | **Document List** | **FINRA DR** |
| **Documents Sent by Another Party** | **04/01/2024** | **Andriesz FINRA Panel Letter April 1 2024_.pdf (04/01/2024)** | **Neal Brickman, Esq.** |
| Order | 03/19/2024 | Document List | FINRA DR |
| **FINRA Correspondence** | **03/15/2024** | **Document List** | **FINRA DR** |
| **Documents Sent by Another Party** | **03/15/2024** | **Andriesz FINRA Letter S 3 15 2024.pdf (03/15/2024)** | **Neal Brickman, Esq.** |
| Submitted Documents by Party | 03/15/2024 | Document List | Nirav S Shah, Esq. |
| **FINRA Time Sensitive Correspondence** | **03/14/2024** | **Chair's Request for Hearing Format Preference.pdf (03/14/2024)** | **FINRA DR** |
| Scheduling Correspondence | 03/13/2024 | Hearing Location Letter-1.pdf (03/13/2024) | FINRA DR |
| **Documents Sent by Another Party** | **03/07/2024** | **Andriesz FINRA Panel Letter S March 7 2024.pdf (03/07/2024)** | **Neal Brickman, Esq.** |

«  ‹  1  2  3  4  ›  »

1 of 4

© 2024 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.

Sitemap | Privacy | Legal