# Exhibit 5 to Shah **<u>Declaration</u>**

| | |
|---|---|
| **From:** | Neal Brickman |
| **To:** | Shah, Nirav; Ethan Leonard |
| **Cc:** | Cardenas, Virginia; Nadkarni, Sid |
| **Subject:** | RE: Andriesz v. BGC |
| **Date:** | Tuesday, June 18, 2024 1:08:59 PM |
| **Attachments:** | image001.png |

**[External Email:** Use Caution when clicking on links and attachments**]**

Thank you, although, I suspect, that you are as confused by the Award as we are:

1. How did you get a copy of the Award?  We did not receive anything and the first we knew of it is when you sent your note; and
2. Is this really a "reasoned award?" If so, can you point me to the portion of the Award that contains the Panel's reasoning?

In any event,  for payment you can either forward a check made payable to "The Law Offices of Neal Brickman, P.C." to the address below or you can wire the funds to Neal Brickman IOLA Account, ABA Routing Number 222370440, Account Number 329761005431 at Key Bank.
I am interested in your further thoughts on this.

Neal Brickman, Esq.
The Law Offices of Neal Brickman, P.C.
The GrayBar Building
420 Lexington Avenue, Suite 2811
New York, New York 10170
Telephone: 212-986-6840
Facsimile: 212-986-7691



**From:** Shah, Nirav <Nirav.Shah@cantor.com>
**Sent:** Tuesday, June 18, 2024 11:30 AM
**To:** Neal Brickman <neal@brickmanlaw.com>; Ethan Leonard <ethan@brickmanlaw.com>
**Cc:** Cardenas, Virginia <Virginia.Cardenas@cantor.com>; Nadkarni, Sid <Sid.Nadkarni@cantor.com>
**Subject:** Andriesz v. BGC

Caution! This message was sent from outside your organization.

Neal and Ethan, congratulations on the award.  At your earliest convenience, can you please provide instructions as to payment?  Thanks.

**Nirav S. Shah** (he/him)

Senior Managing Director | Co-Head of Litigation
Cantor Fitzgerald | BGC Group | Newmark Group
110 E. 59th St., 7th Fl. | New York, NY 10022
Direct: (212) 294-7873 | Nirav.Shah@cantor.com

DISCLAIMER This communication may include confidential and privileged information, is for information purposes only, is not a recommendation or a trade confirmation, is not an offer to sell, or a solicitation of an offer to buy. If you are not the intended recipient, please advise the sender immediately and delete or destroy this communication and any copies. Use by other than intended recipients is prohibited. For additional disclosures, including disclosures relevant to your region, please see https://www.cantor.com/disclosures/electronic-communications-disclaimers-disclosures/ . For disclosures related to how your personal data is processed in certain please see https://www.cantor.com/customer-privacy-notice/