**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SIMON DAVID ANDRIESZ,

                          Petitioner,                      24 **CIVIL** 7004 (LJL)

                  -against-                               **JUDGMENT**

BGC FINANCIAL, L.P.,

                        Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 23, 2025, Petitioner's motion to vacate, modify, or remand the arbitration award is DENIED and the Petition is DISMISSED; accordingly, the case is closed.

**Dated**: New York, New York
         April 24, 2025

                                                                    **TAMMI M. HELLWIG**
                                                                      **Clerk of Court**

                                       **BY:**

                                                                       **Deputy Clerk**