# United States District Court
## Southern District of New York

Simon David Andriesz

Simon David Andriesz

(List the full name(s) of the plaintiff(s)/petitioner(s).)

24 CV 07004 (LJL)( )

-against-

**NOTICE OF APPEAL**

BGC Financial, L.P

BGC Financial, L.P

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Simon David Andriesz

Simon David Andriesz

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☐ order  entered on: **April 24, 2025**

(date that judgment or order was entered on docket)

that: denied the Petitioner's motion to vacate, modify, or remand the arbitration award a

denied the Petitioner's motion to vacate, modify, or remand the arbitration award and dismissed the Petition.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

22 May 2025                          *simon andriesz*

Dated                                Signature*

Andriesz, Simon David

Name (Last, First, MI)

6 Fore Street         Devon        United Kingdom        EX151JL

Address               City         State                 Zip Code

+44 7786 392102                   skanda2222@gmail.com

Telephone Number                  E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13